UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-02180-SVK<br><br>**ORDER OF RECUSAL** |

　　　This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

　　　**SO ORDERED.**

Dated: April 1, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge