George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

John W. Dillon (SBN 296788)
jdillon@gdandb.com
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 431-9512

Adam Kraut, Esq.
akraut@fpclaw.org
**FIREARMS POLICY COALITION**
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
*Pro Hac Vice Forthcoming*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, an individual, et al.<br><br>Plaintiffs,<br>vs.<br>COUNTY OF SANTA CLARA, CALIFORNIA, et al.<br><br>Defendants. | Case No. 5:20-cv-02874<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br>**[N.D. Civ. L.R. 3-15; FRCP 7.1]** |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned counsel for plaintiffs Janice Altman, Ryan Goodrich, Albert Lee Swann, Roman Kaplan, Yan Traytel, Dmitri Danilevsky, Greg David, City

Arms East LLC, City Arms LLC, Cuckoo Collectibles LLC d.b.a. Eddy's Shooting Sports, Second Amendment Foundation, California Gun Rights Foundation, National Rifle Association of America, California Association of Federal Firearms Licensees, Inc., and Firearms Policy Coalition, Inc. ("plaintiffs") certifies that as of this date, other than the named parties, there is no such interest to report.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to FRCP 7.1, plaintiffs make this corporate disclosure statement on behalf of and pertaining to plaintiffs City Arms LLC, City Arms East LLC, Cuckoo Collectibles LLC, d.b.a. Eddy's Shooting Sports, Second Amendment Foundation, California Gun Rights Foundation, National Rifle Association of America, California Association of Federal Firearms Licensees, Inc. and Firearms Policy Coalition, Inc. as follows:

1. Plaintiff **City Arms LLC** is a limited liability company, organized under the laws of the State of California. This plaintiff does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interest.

2. Plaintiff **City Arms East LLC** is a limited liability company, organized under the laws of the State of California. This plaintiff does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interest.

3. Plaintiff **City Cuckoo Collectibles LLC**, d.b.a. Eddy's Shooting Sports is a limited liability company, organized under the laws of the State of California. This plaintiff does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interest.

4. Plaintiff **Second Amendment Foundation** is a non-profit membership organization, incorporated under the laws of Washington. This plaintiff does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interest.

5. Plaintiff **California Gun Rights Foundation** is a non-profit foundation, incorporated under the laws of California. This plaintiff does not have a parent corporation, and

no publicly held corporation owns 10% or more of its stock or membership interest.

6. Plaintiff **National Rifle Association of America** is a non-profit corporation, organized under the laws of the State of New York. This plaintiff does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interest.

7. Plaintiff **California Association of Federal Firearms Licensees, Inc.** is nonprofit organization incorporated under the laws of California. This plaintiff does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interest.

8. Plaintiff **Firearms Policy Coalition, Inc.** is a non-profit membership organization, incorporated under the laws of Delaware. This plaintiff does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interest.

Dated: April 2, 2020                             S<small>EILER</small> E<small>PSTEIN</small> LLP

                                                 /s/ *George M. Lee*
                                                 George M. Lee

                                                 Attorney for Plaintiffs