United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>        Defendants. | Case No.20-cv-02180-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 15 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for July 14, 2020 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due July 7, 2020 by 5:00 P.M.

Please report to Courtroom 6, 2nd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

Dated: April 3, 2020

                                                   Susan Y. Soong
                                                   Clerk, United States District Court

                                                   By:_____
                                                 Mauriona Lee, Deputy Clerk to the
                                                 Honorable JON S. TIGAR
                                                 510-637-3530