Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JANICE ALTMAN, *et al.*,

                Plaintiff(s),

    v.

COUNTY OF SANTA CLARA, CA

                Defendant(s).

Case No: 5:20-CV-02180

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Adam Kraut , an active member in good standing of the bar of Pennsylvania , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Firearms Policy Coalition, Inc. in the above-entitled action. My local co-counsel in this case is George M. Lee , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1215 K Street, 17th Floor<br>Sacramento, CA 95814 | 275 Battery Street, Suite 1600<br>San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD:<br>(916) 476-2342 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 979-0500 |
| MY EMAIL ADDRESS OF RECORD:<br>akraut@fpclaw.org | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>gml@seilerepstein.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 318482 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  04/02/20

                                Adam Kraut
                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Adam Kraut is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  April 6, 2020

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*