George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

John W. Dillon (SBN 296788)
jdillon@gdandb.com
**GATZKE DILLON & BALLANCE LLP**
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 431-9512

Adam Kraut, Esq. (admitted *pro hac vice*)
akraut@fpclaw.org
**FIREARMS POLICY COALITION**
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, an individual, et al., | Case No. 4:20-cv-02180 |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| vs. | |
| COUNTY OF SANTA CLARA, CALIFORNIA, et al. | |
| Defendants. | |

PLEASE TAKE NOTICE, on April 8, 2020, John W. Dillon, counsel for Plaintiffs Janice Altman et al., hereby requests that this Court permit his removal as one of the counsel of record for Plaintiffs. Plaintiff have and will continue to have representation in this matter. Withdrawal will not result in any prejudice to Plaintiffs or delay in this case. With this notice, the undersigned counsel requests that he be removed from the docket.

Respectfully submitted,

 /s/ John W. Dillon  
John W. Dillon