George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705

Adam Kraut, Esq. (admitted *pro hac vice*)
akraut@fpclaw.org
**FIREARMS POLICY COALITION**
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, an individual, et al.,<br><br>              Plaintiffs,<br>    vs.<br><br>COUNTY OF SANTA CLARA,<br>CALIFORNIA, et al.<br><br>           Defendants. | Case No. 4:20-cv-02180-JST<br><br>**DECLARATION OF GEORGE M. LEE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER, AND/OR, IN THE ALTERNATIVE, ISSUANCE OF A PRELIMINARY INJUNCTION**<br><br>Date:    TBA<br>Time:    TBA<br>Location:  TBA<br>Judge:   Hon. Jon S. Tigar<br><br><u>First Amended Complaint Filed Apr. 10, 2020</u> |

## DECLARATION OF GEORGE M. LEE

I, George M. Lee, declare as follows:

1.     I am an attorney at law, duly licensed to practice law in this state and appear before its courts. I am admitted to the Northern District of California.  I am counsel of record for plaintiffs Janice Altman et al. in the above-captioned matter.  I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to such facts.

2.     I have personally verified the documents described below and used the factual information within each document in the drafting of the Points and Authorities in Support of Plaintiffs' Application for a Temporary Restraining Order and OSC re Preliminary Injunction.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the State of California, Executive Department, Executive Order N-33-20 signed by Governor Gavin Newsom on March 19, 2020.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of the County of Santa Clara Public Health Department Order of the Health Officer dated March 16, 2020; also found at https://www.sccgov.org/sites/phd/DiseaseInformation/novel-coronavirus/Documents/03-16-20-Health-Officer-Order-to-Shelter-in-Place.pdf.

5.     Attached hereto as **Exhibit 3** is a true and correct copy of the County of Santa Clara Public Health Department Order of the Health Officer dated March 31, 2020; also found at https://www.sccgov.org/sites/phd/DiseaseInformation/novel-coronavirus/Pages/order-health-officer-033120.aspx.

6.     Attached hereto as **Exhibit 4** is a true and correct copy of a Mercury News online article, "Bay Area courts, authorities ramp up release of inmates to stem COVID-19 risks in jail," Also available at: https://www.mercurynews.com/2020/03/19/bay-area-courts-authorities-ramp-up-release-of-inmates-to-stem-covid-19-risks-in-jails/

7.     Attached hereto as **Exhibit 5** is a true and correct copy of the notice on the home page of reedsindoorrange.com, available at http://www.reedsindoorrange.com/.

8.     Attached hereto as **Exhibit 6** is a true and correct copy of the online article, Mercury News, "Coronavirus: San Jose orders gun store to close in one of the first enforcement

1  against businesses open under shelter order", March 18, 2020.

2        9.     Attached hereto as **Exhibit 7** is a true and correct copy of the County of Alameda

3  Public Health Order, dated March 16, 2020.

4        10.    Attached hereto as **Exhibit 8** is a true and correct copy of the County of Alameda

5  Health Order, dated March 31, 2020, No. 20-04.

6        11.    Attached hereto as **Exhibit 9** is a true and correct copy of the online article, East

7  Bay Times, "Coronavirus Bay Area cities crack down on gun stores; L.A. sheriff goes back to

8  ordering gun sales there stopped", dated March 26, 2020.

9        12.    Attached hereto as **Exhibit 10** is a true and correct copy of the online article,

10  Business Insider, "Gov. Gavin Newsom is letting California's 58 counties each decide if gun

11  stores can stay open during the coronavirus shutdown as people line up to panic-buy firearms",

12  dated March 26, 2020.

13        13.    Attached hereto as **Exhibit 11** is a true and correct copy of the San Mateo County

14  Health, Policy & Planning, Order dated March 16, 2020.

15        14.    Attached hereto as **Exhibit 12** is a true and correct copy of the County of Contra

16  Costa Health Services Order, dated March 16, 2020.

17        15.    Attached hereto as **Exhibit 13** is a true and correct copy of the County of Contra

18  Costa Health Services, Order No. HO-COVID19-03, dated March 31, 2020.

19        16.    Attached hereto as **Exhibit 14** is a true and correct copy of the Santa Clara

20  County Public Health, "Bay Area Health Officers Issue Updated Stay-at-Home Order with New

21  Restrictions to Last Through May 3", dated March 31, 2020.

22        17.    Attached hereto as **Exhibit 15** is a true and correct copy of the Department of

23  Homeland Security, "Guidance on the Essential Critical Infrastructure Workforce", dated March

24  28, 2020.

25        I declare under penalty of perjury that the foregoing is true and correct.

26

27    Dated: April 10, 2020                            _____

28                                                 GEORGE M. LEE

DECLARATION OF GEORGE M. LEE IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ISSUANCE
OF PRELIMINARY INJUNCTION (CASE NO. 4:20-cv-02180-JST)

1

**EXHIBITS**
**TABLE OF CONTENTS**

2

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 1 | Executive Department, State of California: Executive Order N-33-20 | 0001-0003 |
| 2 | County of Santa Clara, Public Health Department: Order dated March 16, 2020 | 0004-0011 |
| 3 | Santa Clara County Public Health: "Order of the Health Officer of the County of Santa Clara", Order dated March 31, 2020 | 0012-0039 |
| 4 | Mercury News, "Bay Area courts, authorities ramp up release of inmates to stem COVID-19 risks in jails", dated March 19, 2020 | 0040-0045 |
| 5 | Screenshot of Reed's Indoor Range, Shooting and Training Facility website | 0046-0048 |
| 6 | Mercury News, "Coronavirus: San Jose orders gun store to close in one of the first enforcement against businesses open under shelter order", March 18, 2020 | 0049-0053 |
| 7 | County of Alameda Health Order, dated March 16, 2020 | 0054-0061 |
| 8 | County of Alameda Health Order, dated March 31, 2020, No. 20-04 | 0062-0077 |
| 9 | East Bay Times, "Coronavirus Bay Area cities crack down on gun stores; L.A. sheriff goes back to ordering gun sales there stopped", dated March 26, 2020 | 0078-0082 |
| 10 | Business Insider, "Gov. Gavin Newsom is letting California's 58 counties each decide if gun stores can stay open during the coronavirus shutdown as people line up to panic-buy firearms", dated March 26, 2020 | 0083-0088 |
| 11 | San Mateo County Health, Policy & Planning, Order dated March 16, 2020 | 0089-0096 |
| 12 | Contra Costa Health Services Order, dated March 16, 2020 | 0097-0103 |

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 13 | Contra Costa Health Services, Order No. HO-COVID19-03, dated March 31, 2020 | 0104-0117 |
| 14 | Santa Clara County Public Health, "Bay Area Health Officers Issue Updated Stay-at-Home Order with New Restrictions to Last Through May 3", dated March 31, 2020 | 0118-0122 |
| 15 | Department of Homeland Security, "Guidance on the Essential Critical Infrastructure Workforce", dated March 28, 2020 | 0123-0125 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

# EXECUTIVE DEPARTMENT
# STATE OF CALIFORNIA

### EXECUTIVE ORDER N-33-20

**WHEREAS** on March 4, 2020, I proclaimed a State of Emergency to exist in California as a result of the threat of COVID-19; and

**WHEREAS** in a short period of time, COVID-19 has rapidly spread throughout California, necessitating updated and more stringent guidance from federal, state, and local public health officials; and

**WHEREAS** for the preservation of public health and safety throughout the entire State of California, I find it necessary for all Californians to heed the State public health directives from the Department of Public Health.

**NOW, THEREFORE, I, GAVIN NEWSOM,** Governor of the State of California, in accordance with the authority vested in me by the State Constitution and statutes of the State of California, and in particular, Government Code sections 8567, 8627, and 8665 do hereby issue the following Order to become effective immediately:

**IT IS HEREBY ORDERED THAT:**

1) To preserve the public health and safety, and to ensure the healthcare delivery system is capable of serving all, and prioritizing those at the highest risk and vulnerability, all residents are directed to immediately heed the current State public health directives, which I ordered the Department of Public Health to develop for the current statewide status of COVID-19. Those directives are consistent with the March 19, 2020, Memorandum on Identification of Essential Critical Infrastructure Workers During COVID-19 Response, found at: https://covid19.ca.gov/. Those directives follow:

   ORDER OF THE STATE PUBLIC HEALTH OFFICER
   March 19, 2020

   To protect public health, I as State Public Health Officer and Director of the California Department of Public Health order all individuals living in the State of California to stay home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors, as outlined at https://www.cisa.gov/identifying-critical-infrastructure-during-covid-19. In addition, and in consultation with the Director of the Governor's Office of Emergency Services, I may designate additional sectors as critical in order to protect the health and well-being of all Californians.

   Pursuant to the authority under the Health and Safety Code 120125, 120140, 131080, 120130(c), 120135, 120145, 120175 and 120150, this order is to go into effect immediately and shall stay in effect until further notice.

   The federal government has identified 16 critical infrastructure sectors whose assets, systems, and networks, whether physical or virtual, are considered so vital to the United States that their incapacitation or

destruction would have a debilitating effect on security, economic security, public health or safety, or any combination thereof. I order that Californians working in these 16 critical infrastructure sectors may continue their work because of the importance of these sectors to Californians' health and well-being.

This Order is being issued to protect the public health of Californians. The California Department of Public Health looks to establish consistency across the state in order to ensure that we mitigate the impact of COVID-19. Our goal is simple, we want to bend the curve, and disrupt the spread of the virus.

The supply chain must continue, and Californians must have access to such necessities as food, prescriptions, and health care. When people need to leave their homes or places of residence, whether to obtain or perform the functions above, or to otherwise facilitate authorized necessary activities, they should at all times practice social distancing.

2) The healthcare delivery system shall prioritize services to serving those who are the sickest and shall prioritize resources, including personal protective equipment, for the providers providing direct care to them.

3) The Office of Emergency Services is directed to take necessary steps to ensure compliance with this Order.

4) This Order shall be enforceable pursuant to California law, including, but not limited to, Government Code section 8665.

**IT IS FURTHER ORDERED** that as soon as hereafter possible, this Order be filed in the Office of the Secretary of State and that widespread publicity and notice be given of this Order.

This Order is not intended to, and does not, create any rights or benefits, substantive or procedural, enforceable at law or in equity, against the State of California, its agencies, departments, entities, officers, employees, or any other person.

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 19th day of March 2020.

_____

GAVIN NEWSOM
Governor of California

**ATTEST:**

_____

ALEX PADILLA
Secretary of State

0003

# EXHIBIT "2"

**County of Santa Clara**
**Public Health Department**



Health Officer
976 Lenzen Avenue, 2nd Floor
San José, CA 95126
408.792.3798

---

### ORDER OF THE HEALTH OFFICER
### OF THE COUNTY OF SANTA CLARA DIRECTING
### ALL INDIVIDUALS LIVING IN THE COUNTY TO SHELTER AT THEIR
### PLACE OF RESIDENCE EXCEPT THAT THEY MAY LEAVE TO PROVIDE
### OR RECEIVE CERTAIN ESSENTIAL SERVICES OR ENGAGE IN CERTAIN
### ESSENTIAL ACTIVITIES AND WORK FOR ESSENTIAL BUSINESSES AND
### GOVERNMENTAL SERVICES; EXEMPTING INDIVIDUALS
### EXPERIENCING HOMELESSNESS FROM THE SHELTER IN PLACE
### ORDER BUT URGING THEM TO FIND SHELTER AND GOVERNMENT
### AGENCIES TO PROVIDE IT; DIRECTING ALL BUSINESSES AND
### GOVERNMENTAL AGENCIES TO CEASE NON-ESSENTIAL OPERATIONS
### AT PHYSICAL LOCATIONS IN THE COUNTY; PROHIBITING ALL NON-
### ESSENTIAL GATHERINGS OF ANY NUMBER OF INDIVIDUALS; AND
### ORDERING CESSATION OF ALL NON-ESSENTIAL TRAVEL

### DATE OF ORDER: <u>MARCH 16, 2020</u>

**Please read this Order carefully. Violation of or failure to comply with this Order is a misdemeanor punishable by fine, imprisonment, or both. (California Health and Safety Code § 120295, *et seq.*)**

UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101085, AND 120175, THE HEALTH OFFICER OF THE COUNTY OF SANTA CLARA ("HEALTH OFFICER") ORDERS:

1. The intent of this Order is to ensure that the maximum number of people self-isolate in their places of residence to the maximum extent feasible, while enabling essential services to continue, to slow the spread of COVID-19 to the maximum extent possible. When people need to leave their places of residence, whether to obtain or perform vital services, or to otherwise facilitate authorized activities necessary for continuity of social and commercial life, they should at all times reasonably possible comply with Social Distancing Requirements as defined in Section 10 below. All provisions of this Order should be interpreted to effectuate this intent. Failure to comply with any of the provisions of this Order constitutes an imminent threat to public health.

2. All individuals currently living within Santa Clara County (the "County") are ordered to shelter at their place of residence. To the extent individuals are using shared or outdoor spaces, they must at all times as reasonably possible maintain social distancing of at least six feet from

Board of Supervisors: Mike Wasserman, Cindy Chavez, Dave Cortese, Susan Ellenberg, S. Joseph Simitian
County Executive: Jeffrey V. Smith

any other person when they are outside their residence.  All persons may leave their residences only for Essential Activities, Essential Governmental Functions, or to operate Essential Businesses, all as defined in Section 10.  Individuals experiencing homelessness are exempt from this Section, but are strongly urged to obtain shelter, and governmental and other entities are strongly urged to make such shelter available as soon as possible and to the maximum extent practicable (and to utilize Social Distancing Requirements in their operation).

3.  All businesses with a facility in the County, except Essential Businesses as defined below in Section 10, are required to cease all activities at facilities located within the County except Minimum Basic Operations, as defined in Section 10.  For clarity, businesses may also continue operations consisting exclusively of employees or contractors performing activities at their own residences (i.e., working from home).  All Essential Businesses are strongly encouraged to remain open.  To the greatest extent feasible, Essential Businesses shall comply with Social Distancing Requirements as defined in Section 10 below, including, but not limited to, when any customers are standing in line.

4.  All public and private gatherings of any number of people occurring outside a household or living unit are prohibited, except for the limited purposes as expressly permitted in Section 10.  Nothing in this Order prohibits the gathering of members of a household or living unit.

5.  All travel, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit, except Essential Travel and Essential Activities as defined below in Section 10, is prohibited.  People must use public transit only for purposes of performing Essential Activities or to travel to and from work to operate Essential Businesses or maintain Essential Governmental Functions.  People riding on public transit must comply with Social Distancing Requirements as defined in Section 10 below, to the greatest extent feasible.  This Order allows travel into or out of the County to perform Essential Activities, operate Essential Businesses, or maintain Essential Governmental Functions.

6.  This Order is issued based on evidence of increasing occurrence of COVID-19 within the County and throughout the Bay Area, scientific evidence and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, and evidence that the age, condition, and health of a significant portion of the population of the County places it at risk for serious health complications, including death, from COVID-19.  Due to the outbreak of the COVID-19 virus in the general public, which is now a pandemic according to the World Health Organization, there is a public health emergency throughout the County.  Making the problem worse, some individuals who contract the COVID-19 virus have no symptoms or have mild symptoms, which means they may not be aware they carry the virus.  Because even people without symptoms can transmit the disease, and because evidence shows the disease is easily spread, gatherings can result in preventable transmission of the virus.  The scientific evidence shows that at this stage of the emergency, it is essential to slow virus transmission as much as possible to protect the most vulnerable and to prevent the health care system from being overwhelmed.  One proven way to slow the transmission is to limit interactions among people to the greatest extent practicable.  By reducing the spread of the COVID-19 virus, this Order helps preserve critical and limited

Order of the County Health Officer
to Shelter in Place

healthcare capacity in the County.

7. This Order also is issued in light of the existence of 123 cases of COVID-19 in the County, as well as at least 258 confirmed cases and at least three deaths in the seven Bay Area jurisdictions jointly issuing this Order, as of 5 p.m. on March 15, 2020, including a significant and increasing number of suspected cases of community transmission and likely further significant increases in transmission. Widespread testing for COVID-19 is not yet available but is expected to increase in the coming days. This Order is necessary to slow the rate of spread and the Health Officer will re-evaluate it as further data becomes available.

8. This Order is issued in accordance with, and incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom, the February 3, 2020 Proclamation by the Director of Emergency Services Declaring the Existence of a Local Emergency in the County, the February 3, 2020 Declaration of Local Health Emergency Regarding Novel Coronavirus 2019 (COVID-19) issued by the Health Officer, the February 10, 2020 Resolution of the Board of Supervisors of the County of Santa Clara Ratifying and Extending the Declaration of a Local Health Emergency, and the February 10, 2020 Resolution of the Board of Supervisors of the County of Santa Clara Ratifying and Extending the Proclamation of a Local Emergency.

9. This Order comes after the release of substantial guidance from the County Health Officer, the Centers for Disease Control and Prevention, the California Department of Public Health, and other public health officials throughout the United States and around the world, including a variety of prior orders to combat the spread and harms of COVID-19. The Health Officer will continue to assess the quickly evolving situation and may modify or extend this Order, or issue additional Orders, related to COVID-19.

10. Definitions and Exemptions.

    a. For purposes of this Order, individuals may leave their residence only to perform any of the following "Essential Activities." But people at high risk of severe illness from COVID-19 and people who are sick are urged to stay in their residence to the extent possible except as necessary to seek medical care.

        i. To engage in activities or perform tasks essential to their health and safety, or to the health and safety of their family or household members (including, but not limited to, pets), such as, by way of example only and without limitation, obtaining medical supplies or medication, visiting a health care professional, or obtaining supplies they need to work from home.

        ii. To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example only and without limitation, canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products, and products necessary to maintain the safety, sanitation, and essential operation of residences.

Order of the County Health Officer
to Shelter in Place

      iii.  To engage in outdoor activity, provided the individuals comply with Social Distancing Requirements as defined in this Section, such as, by way of example and without limitation, walking, hiking, or running.

      iv.  To perform work providing essential products and services at an Essential Business or to otherwise carry out activities specifically permitted in this Order, including Minimum Basic Operations.

      v.  To care for a family member or pet in another household.

b.  For purposes of this Order, individuals may leave their residence to work for or obtain services at any "Healthcare Operations" including hospitals, clinics, dentists, pharmacies, pharmaceutical and biotechnology companies, other healthcare facilities, healthcare suppliers, home healthcare services providers, mental health providers, or any related and/or ancillary healthcare services. "Healthcare Operations" also includes veterinary care and all healthcare services provided to animals. This exemption shall be construed broadly to avoid any impacts to the delivery of healthcare, broadly defined. "Healthcare Operations" does not include fitness and exercise gyms and similar facilities.

c.  For purposes of this Order, individuals may leave their residence to provide any services or perform any work necessary to the operations and maintenance of "Essential Infrastructure," including, but not limited to, public works construction, construction of housing (in particular affordable housing or housing for individuals experiencing homelessness), airport operations, water, sewer, gas, electrical, oil refining, roads and highways, public transportation, solid waste collection and removal, internet, and telecommunications systems (including the provision of essential global, national, and local infrastructure for computing services, business infrastructure, communications, and web-based services), provided that they carry out those services or that work in compliance with Social Distancing Requirements as defined this Section, to the extent possible.

d.  For purposes of this Order, all first responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel, and others who need to perform essential services are categorically exempt from this Order. Further, nothing in this Order shall prohibit any individual from performing or accessing "Essential Governmental Functions," as determined by the governmental entity performing those functions. Each governmental entity shall identify and designate appropriate employees or contractors to continue providing and carrying out any Essential Governmental Functions. All Essential Governmental Functions shall be performed in compliance with Social Distancing Requirements as defined in this Section, to the extent possible.

e.  For the purposes of this Order, covered businesses include any for-profit, non-profit, or educational entities, regardless of the nature of the service, the function they perform, or its corporate or entity structure.

Order of the County Health Officer
to Shelter in Place

f.   For the purposes of this Order, "Essential Businesses" means:

    i.   Healthcare Operations and Essential Infrastructure;

    ii.   Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products (such as cleaning and personal care products). This includes stores that sell groceries and also sell other non-grocery products, and products necessary to maintaining the safety, sanitation, and essential operation of residences;

    iii.   Food cultivation, including farming, livestock, and fishing;

    iv.   Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;

    v.   Newspapers, television, radio, and other media services;

    vi.   Gas stations and auto-supply, auto-repair, and related facilities;

    vii.   Banks and related financial institutions;

    viii.   Hardware stores;

    ix.   Plumbers, electricians, exterminators, and other service providers who provide services that are necessary to maintaining the safety, sanitation, and essential operation of residences, Essential Activities, and Essential Businesses;

    x.   Businesses providing mailing and shipping services, including post office boxes;

    xi.   Educational institutions—including public and private K-12 schools, colleges, and universities—for purposes of facilitating distance learning or performing essential functions, provided that social distancing of six-feet per person is maintained to the greatest extent possible;

    xii.   Laundromats, drycleaners, and laundry service providers;

    xiii.   Restaurants and other facilities that prepare and serve food, but only for delivery or carry out. Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and take-away basis only. Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;

    xiv.   Businesses that supply products needed for people to work from home;

    xv.   Businesses that supply other essential businesses with the support or supplies necessary to operate;

    xvi.   Businesses that ship or deliver groceries, food, goods or services directly to residences;

    xvii.   Airlines, taxis, and other private transportation providers providing transportation services necessary for Essential Activities and other purposes expressly authorized in this Order;

    xviii.   Home-based care for seniors, adults, or children;

    xix.   Residential facilities and shelters for seniors, adults, and children;

xx. Professional services, such as legal or accounting services, when necessary to assist in compliance with legally mandated activities;

xxi. Childcare facilities providing services that enable employees exempted in this Order to work as permitted.  To the extent possible, childcare facilities must operate under the following mandatory conditions:

1. Childcare must be carried out in stable groups of 12 or fewer ("stable" means that the same 12 or fewer children are in the same group each day).
2. Children shall not change from one group to another.
3. If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.
4. Childcare providers shall remain solely with one group of children.

g. For the purposes of this Order, "Minimum Basic Operations" include the following, provided that employees comply with Social Distancing Requirements as defined this Section, to the extent possible, while carrying out such operations:

i. The minimum necessary activities to maintain the value of the business's inventory, ensure security, process payroll and employee benefits, or for related functions.

ii. The minimum necessary activities to facilitate employees of the business being able to continue to work remotely from their residences.

h. For the purposes of this Order, "Essential Travel" includes travel for any of the following purposes.  Individuals engaged in any Essential Travel must comply with all Social Distancing Requirements as defined in this Section below.

i. Any travel related to the provision of or access to Essential Activities, Essential Governmental Functions, Essential Businesses, or Minimum Basic Operations.

ii. Travel to care for elderly, minors, dependents, persons with disabilities, or other vulnerable persons.

iii. Travel to or from educational institutions for purposes of receiving materials for distance learning, for receiving meals, and any other related services.

iv. Travel to return to a place of residence from outside the jurisdiction.

v. Travel required by law enforcement or court order.

vi. Travel required for non-residents to return to their place of residence outside the County.  Individuals are strongly encouraged to verify that their transportation out of the County remains available and functional prior to commencing such travel.

i. For purposes of this Order, residences include hotels, motels, shared rental units and similar facilities.

j. For purposes of this Order, "Social Distancing Requirements" includes maintaining at least six-foot social distancing from other individuals, washing hands with soap and water for at least twenty seconds as frequently as possible or using hand sanitizer,

Order of the County Health Officer
to Shelter in Place

covering coughs or sneezes (into the sleeve or elbow, not hands), regularly cleaning high-touch surfaces, and not shaking hands.

11. Pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Order. The violation of any provision of this Order constitutes an imminent threat to public health.

12. This Order shall become effective at 12:01 a.m. on March 17, 2020 and will continue to be in effect until 11:59 p.m. on April 7, 2020, or until it is extended, rescinded, superseded, or amended in writing by the Health Officer.

13. Copies of this Order shall promptly be: (1) made available at the County Government Center at 70 W. Hedding Street, San José, California; (2) posted on the County Public Health Department website (www.sccphd.org); and (3) provided to any member of the public requesting a copy of this Order.

14. If any provision of this Order to the application thereof to any person or circumstance is held to be invalid, the reminder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect. To this end, the provisions of this Order are severable.

**IT IS SO ORDERED:**

Sara H. Cody, M.D.
Health Officer of the County of Santa Clara

Dated: 3/16/20

Approved as to form and legality:

James R. Williams
County Counsel

Dated: 3/16/2020

Order of the County Health Officer
to Shelter in Place

# EXHIBIT "3"







Santa Clara County

**PUBLIC HEALTH**    Go to Provider Site

*I am searching for...*

Services ⌄    Health & Safety Alerts    Health Information ⌄    Disease Information ⌄

How Do I...?

**Novel Coronavirus (COVID-19)**



Home    Disease Information    Novel Coronavirus (COVID-19)

# Order of the Health Officer of the County of Santa Clara

ORDER OF THE HEALTH OFFICER OF THE COUNTY OF SANTA CLARA DIRECTING ALL INDIVIDUALS LIVING IN THE COUNTY TO CONTINUE SHELTERING AT THEIR PLACE OF RESIDENCE EXCEPT FOR ESSENTIAL NEEDS; CONTINUING TO EXEMPT HOMELESS INDIVIDUALS FROM THE ORDER BUT URGING GOVERNMENT AGENCIES TO PROVIDE THEM SHELTER AND HAND SANITATION FACILITIES; RESTRICTING ACCESS TO RECREATION AREAS; REQUIRING ESSENTIAL BUSINESSES TO IMPLEMENT SOCIAL DISTANCING PROTOCOLS; CLARIFYING AND FURTHER LIMITING ESSENTIAL BUSINESS ACTIVITIES, INCLUDING CONSTRUCTION; AND DIRECTING ALL BUSINESSES AND GOVERNMENTAL

## Navigation

Novel Coronavirus (COVID-19) Home

Public Health Orders

Coronavirus Facts

Learn What to Do

Press Archives

Our County Response

## Quick Links

**0013**

# OPERATIONS TO FURTHER CEASE NON-ESSENTIAL OPERATIONS

## DATE OF ORDER: MARCH 31, 2020

**Please read this Order carefully. Violation of or failure to comply with this Order is a misdemeanor punishable by fine, imprisonment, or both. (California Health and Safety Code § 120295, *et seq.*; Cal. Penal Code §§ 69, 148(a)(1); Santa Clara County Ordinance Code § A1-28.)**

UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101085, AND 120175, THE HEALTH OFFICER OF THE COUNTY OF SANTA CLARA ("HEALTH OFFICER") ORDERS:

1. This Order supersedes the March 16, 2020 Order of the Health Officer directing all individuals to shelter in place ("Prior Shelter Order"). This Order clarifies, strengthens, and extends certain terms of the Prior Shelter Order to increase social distancing and reduce person-to-person contact in order to further slow transmission of Novel Coronavirus Disease 2019 ("COVID-19"). As of the effective date and time of this Order set forth in Section 16 below, all individuals, businesses, and government agencies in the County of Santa Clara ("County") are required to follow the provisions of this Order.

2. The intent of this Order is to ensure that the maximum number of people shelter in their places of residence to the maximum extent feasible to slow the spread of COVID-19 and mitigate the impact on delivery of critical healthcare services to those in need. All provisions of this Order must be interpreted to

If you think you are sick

Donations

Updates on County Services

Information for Healthcare Providers

2-1-1 for Coronavirus Questions

CDPH Novel Coronavirus Info

CDC Novel Coronavirus Updates

**0014**

effectuate this intent. Failure to comply with any of the provisions of this Order constitutes an imminent threat and menace to public health, constitutes a public nuisance, and is punishable by fine, imprisonment, or both.

3. All individuals currently living within the County are ordered to shelter at their place of residence. They may leave their residence only for Essential Activities, Essential Governmental Functions, Essential Travel, to work for Essential Businesses, or to perform Minimum Basic Operations for non-essential businesses, all as defined in Section 13. Individuals experiencing homelessness are exempt from this Section, but are strongly urged to obtain shelter, and governmental and other entities are strongly urged to, as soon as possible, make such shelter available and provide handwashing or hand sanitation facilities to persons who continue experiencing homelessness.

4. When people need to leave their place of residence for the limited purposes allowed in this Order, they must strictly comply with Social Distancing Requirements as defined in Section 13.k, except as expressly provided in this Order.

5. All businesses with a facility in the County, except Essential Businesses, as defined in Section 13.f, are required to cease all activities at facilities located within the County except Minimum Basic Operations, as defined in Section 13.g. For clarity, all businesses may continue operations consisting exclusively of owners, employees, volunteers, or contractors performing activities at their own residences (i.e., working from home).

**0015**

All Essential Businesses are strongly encouraged to remain open. But Essential Businesses are directed to maximize the number of employees who work from home. Essential Businesses may only assign those employees who cannot perform their job duties from home to work outside the home. All Essential Businesses shall prepare, post, and implement a Social Distancing Protocol at each of their facilities at which they are maintaining operations, as specified in Section 13.h. Businesses that include an Essential Business component at their facilities alongside non-essential components must, to the extent feasible, scale down their operations to the Essential Business component only; provided, however, that mixed retail businesses that are otherwise allowed to operate under this Order may continue to stock and sell non-essential products. Essential Businesses must follow industry-specific guidance issued by the Health Officer related to COVID-19.

6. All public and private gatherings of any number of people occurring outside a single household or living unit are prohibited, except for the limited purposes expressly permitted in this Order. Nothing in this Order prohibits members of a single household or living unit from engaging in Essential Travel or Essential Activities together.

7. All travel, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit, except Essential Travel, as defined below in Section 13.i, is prohibited. People may use public transit only for purposes of performing Essential Activities or to travel to and from work to operate Essential Businesses, maintain Essential Governmental Functions, or to perform

**0016**

Minimum Basic Operations at non-essential businesses. Transit agencies and people riding on public transit must comply with Social Distancing Requirements, as defined in Section 13.k, to the greatest extent feasible. This Order allows travel into or out of the County only to perform Essential Activities, operate Essential Businesses, maintain Essential Governmental Functions, or perform Minimum Basic Operations at non-essential businesses.

8. This Order is issued based on evidence of increasing occurrence of COVID-19 within the County and throughout the Bay Area, scientific evidence and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, and evidence that the age, condition, and health of a significant portion of the population of the County places it at risk for serious health complications, including death, from COVID-19. Due to the outbreak of the COVID-19 disease in the general public, which is now a pandemic according to the World Health Organization, there is a public health emergency throughout the County. Making the problem worse, some individuals who contract the virus causing the COVID-19 disease have no symptoms or have mild symptoms, which means they may not be aware they carry the virus and are transmitting it to others. Because even people without symptoms can transmit the infection, and because evidence shows the infection is easily spread, gatherings and other interpersonal interactions can result in preventable transmission of the virus. This public health emergency has substantially worsened since the

**0017**

County issued the Prior Shelter Order on March 16, 2020, with a significant escalation in the number of positive cases, hospitalizations, and deaths, and increasing strain on health care resources.  At the same time, evidence suggests that the restrictions on mobility and social distancing requirements imposed by the Prior Shelter Order are slowing the rate of increase in community transmission and confirmed cases by limiting interactions among people, consistent with scientific evidence of the efficacy of similar measures in other parts of the country and world.  The scientific evidence shows that at this stage of the emergency, it remains essential to continue to slow virus transmission as much as possible to protect the most vulnerable, to prevent the health care system from being overwhelmed, and to prevent deaths.  Extension of the Prior Shelter Order and strengthening of its restrictions are necessary to further reduce the spread of the COVID-19 disease, preserving critical and limited healthcare capacity in the County and advancing toward a point in the public health emergency where transmission can be controlled.

9. This Order is also issued in light of the existence, as of March 29, 2020, of 848 cases of COVID-19 in the County, as well as at least 2,092 confirmed cases (up from 258 confirmed cases on March 15, 2020, just before the Prior Shelter Order) and at least 51 deaths (up from three deaths on March 15, 2020) in the seven Bay Area jurisdictions jointly issuing this Order, including a significant and increasing number of suspected cases of community transmission and likely further significant increases in transmission.  This Order is necessary to slow the rate of spread, and the

**0018**

Health Officer will re-evaluate it as further data becomes available.

10. This Order is issued in accordance with, and incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom, the February 3, 2020 Proclamation by the Director of Emergency Services Declaring the Existence of a Local Emergency in the County, the February 3, 2020 Declaration of Local Health Emergency Regarding Novel Coronavirus 2019 (COVID-19) issued by the Health Officer, the February 10, 2020 Resolution of the Board of Supervisors of the County of Santa Clara Ratifying and Extending the Declaration of a Local Health Emergency, and the February 10, 2020 Resolution of the Board of Supervisors of the County of Santa Clara Ratifying and Extending the Proclamation of a Local Emergency.

11. This Order is issued in light of evidence that the Prior Shelter Order has been generally effective in increasing social distancing, but that at this time additional restrictions are necessary to further mitigate the rate of transmission of COVID-19, to prevent the health care system from being overwhelmed, and prevent death. This Order comes after the release of substantial guidance from the County Health Officer, the Centers for Disease Control and Prevention, the California Department of Public Health, and other public health officials throughout the United States and around the world, including an increasing number of orders imposing similar social distancing requirements and mobility restrictions to combat the spread and harms of COVID-19. The Health Officer will continue to assess the

quickly evolving situation and may modify or
extend this Order, or issue additional Orders,
related to COVID-19, as changing circumstances
dictate.

12. This Order is also issued in light of the March 19,
2020 Order of the State Public Health Officer (the
"State Shelter Order") , which set baseline
statewide restrictions on non-residential business
activities effective until further notice, as well as
the Governor's March 19, 2020 Executive Order N-
33-20 directing California residents to follow the
State Shelter Order. The State Shelter Order was
complementary to the Prior Shelter Order.  This
Order adopts in certain respects more stringent
restrictions addressing the particular facts and
circumstances in this County, which are
necessary to control the public health emergency
as it is evolving within the County and the Bay
Area.  Without this tailored set of restrictions that
further reduces the number of interactions
between persons, scientific evidence indicates
that the public health crisis in the County will
worsen to the point at which it may overtake
available health care resources within the County
and increase the death rate.  Also, this Order
enumerates additional restrictions on non-work-
related travel not covered by the State Shelter
Order, including limiting such travel to
performance of Essential Travel or Essential
Activities; sets forth mandatory Social Distancing
Requirements for all individuals in the County
when engaged in activities outside their
residences; and adds a mechanism to ensure that
Essential Businesses comply with the Social
Distancing Requirements.  Where a conflict exists
between this Order and any state public health

**0020**

order related to the COVID-19 pandemic, the most restrictive provision controls. Consistent with California Health and Safety Code section 131080 and the Health Officer Practice Guide for Communicable Disease Control in California, except where the State Health Officer may issue an order expressly directed at this Order and based on a finding that a provision of this Order constitutes a menace to public health, any more restrictive measures in this Order continue to apply and control in this County.

13. <u>Definitions and Exemptions</u>.

     a. For the purposes of this Order, individuals may leave their residence only to perform the following "Essential Activities." But people at high risk of severe illness from COVID-19 and people who are sick are strongly urged to stay in their residence to the extent possible, except as necessary to seek or provide medical care or Essential Governmental Functions. Essential Activities are:

         i. To engage in activities or perform tasks important to their health and safety, or to the health and safety of their family or household members (including pets), such as, by way of example only and without limitation, obtaining medical supplies or medication, or visiting a health care professional.

         ii. To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example

**0021**

only and without limitation, canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products, products needed to work from home, or products necessary to maintain the habitability, sanitation, and operation of residences.

iii. To engage in outdoor recreation activity, including, by way of example and without limitation, walking, hiking, bicycling, and running, in compliance with Social Distancing Requirements and with the following limitations:

A. Outdoor recreation activity at parks, beaches, and other open spaces must be in conformance with any restrictions on access and use established by the Health Officer, government, or other entity that manages such area to reduce crowding and risk of transmission of COVID-19. Such restrictions may include, but are not limited to, restricting the number of entrants, closing the area to vehicular access and parking, or closure to all public access;

B. Use of recreational areas with high-touch equipment or that encourage gathering, including, but not limited to, playgrounds, outdoor gym equipment, picnic areas, dog parks, and barbecue

**0022**

areas, is prohibited outside of residences, and all such areas shall be closed to public access including by signage and, as appropriate, by physical barriers;

C. Use of shared facilities for recreational activities outside of residences, including, but not limited to, golf courses, tennis and pickle ball courts, rock parks, climbing walls, pools, spas, shooting and archery ranges, gyms, disc golf, and basketball courts is prohibited and those areas must be closed for recreational purposes, including by signage and, as appropriate, by physical barriers. Such facilities may be repurposed during the emergency to provide essential services needed to address the COVID-19 pandemic; and

D. Sports or activities that include the use of shared equipment may only be engaged in by members of the same household or living unit.

iv. To perform work for an Essential Business or to otherwise carry out activities specifically permitted in this Order, including Minimum Basic Operations, as defined in this Section.

v. To provide necessary care for a family member or pet in another household who has no other source of care.

    vi. To attend a funeral with no more than 10 individuals present.

    vii. To move residences, but only if it is not possible to defer an already planned move, if the move is necessitated by safety, sanitation, or habitability reasons, or if the move is necessary to preserve access to shelter. When moving into or out of the Bay Area region, individuals are strongly urged to quarantine for 14 days. To quarantine, individuals should follow the guidance of the United States Centers for Disease Control and Prevention.

b. For the purposes of this Order, individuals may leave their residence to work for, volunteer at, or obtain services at "Healthcare Operations," including, without limitation, hospitals, clinics, COVID-19 testing locations, dentists, pharmacies, blood banks and blood drives, pharmaceutical and biotechnology companies, other healthcare facilities, healthcare suppliers, home healthcare services providers, mental health providers, or any related and/or ancillary healthcare services. "Healthcare Operations" also includes veterinary care and all healthcare services provided to animals. This exemption for Healthcare Operations shall be construed broadly to avoid any interference with the delivery of healthcare, broadly defined. "Healthcare Operations" excludes fitness and exercise gyms and similar facilities.

**0024**

c. For the purposes of this Order, individuals may leave their residence to provide any services or perform any work necessary to the operation and maintenance of "Essential Infrastructure," including airports, utilities (including water, sewer, gas, and electrical), oil refining, roads and highways, public transportation, solid waste facilities (including collection, removal, disposal, and processing facilities), cemeteries, mortuaries, crematoriums, and telecommunications systems (including the provision of essential global, national, and local infrastructure for internet, computing services, business infrastructure, communications, and web-based services).

d. For the purposes of this Order, all first responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel, and others who need to perform essential services are categorically exempt from this Order to the extent they are performing those essential services. Further, nothing in this Order shall prohibit any individual from performing or accessing "Essential Governmental Functions," as determined by the governmental entity performing those functions in the County.  Each governmental entity shall identify and designate appropriate employees, volunteers, or contractors to continue providing and carrying out any Essential Governmental Functions, including the hiring or retention of new employees or contractors to perform such functions. Each governmental entity and its

**0025**

contractors must employ all necessary emergency protective measures to prevent, mitigate, respond to and recover from the COVID-19 pandemic, and all Essential Governmental Functions shall be performed in compliance with Social Distancing Requirements to the greatest extent feasible.

e. For the purposes of this Order, a "business" includes any for-profit, non-profit, or educational entity, whether a corporate entity, organization, partnership or sole proprietorship, and regardless of the nature of the service, the function it performs, or its corporate or entity structure.

f. For the purposes of this Order, "Essential Businesses" are:

   i. Healthcare Operations and businesses that operate, maintain, or repair Essential Infrastructure;

   ii. Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of unprepared food, canned food, dry goods, non-alcoholic beverages, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, as well as hygienic products and household consumer products necessary for personal hygiene or the habitability, sanitation, or operation of residences. The businesses included in this subparagraph (ii) include establishments that sell multiple categories of products provided that

**0026**

they sell a significant amount of essential products identified in this subparagraph, such as liquor stores that also sell a significant amount of food.

iii. Food cultivation, including farming, livestock, and fishing;

iv. Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;

v. Construction, but only of the types listed in this subparagraph below:

A. Projects immediately necessary to the maintenance, operation, or repair of Essential Infrastructure;

B. Projects associated with Healthcare Operations, including creating or expanding Healthcare Operations, provided that such construction is directly related to the COVID-19 response;

C. Affordable housing that is or will be income-restricted, including multi-unit or mixed-use developments containing at least 10% income-restricted units;

D. Public works projects if specifically designated as an Essential Governmental Function by the lead governmental agency;

**0027**

E. Shelters and temporary housing, but not including hotels or motels;

F. Projects immediately necessary to provide critical non-commercial services to individuals experiencing homelessness, elderly persons, persons who are economically disadvantaged, and persons with special needs;

G. Construction necessary to ensure that existing construction sites that must be shut down under this Order are left in a safe and secure manner, but only to the extent necessary to do so; and

H. Construction or repair necessary to ensure that residences and buildings containing Essential Businesses are safe, sanitary, or habitable to the extent such construction or repair cannot reasonably be delayed;

vi. Newspapers, television, radio, and other media services;

vii. Gas stations and auto-supply, auto-repair (including, but not limited to, for cars, trucks, motorcycles and motorized scooters), and automotive dealerships, but only for the purpose of providing auto-supply and auto-repair services (and not, by way of example, car sales or car washes). This subparagraph (vii) does not restrict the on-line purchase of automobiles if

**0028**

they are delivered to a residence or
Essential Business;

viii. Bicycle repair and supply shops;

ix. Banks and related financial
institutions;

x. Service providers that enable
residential transactions (including
rentals, leases, and home sales),
including, but not limited to, real
estate agents, escrow agents, notaries,
and title companies, provided that
appointments and other residential
viewings must only occur virtually or,
if a virtual viewing is not feasible, by
appointment with no more than two
visitors at a time residing within the
same household or living unit and one
individual showing the unit (except
that in person visits are not allowed
when the occupant is still residing in
the residence);

xi. Hardware stores;

xii. Plumbers, electricians, exterminators,
and other service providers who
provide services that are necessary to
maintaining the habitability,
sanitation, and operation of
residences and Essential Businesses,
but not for cosmetic or other
purposes;

xiii. Arborists, landscapers, gardeners, and
similar service professionals, but only
to the limited extent necessary to
maintain the habitability, sanitation,
operation of businesses or residences,
or the safety of residents, employees,
or the public (such as fire safety or

tree trimming to prevent a dangerous condition), and not for cosmetic or other purposes (such as upkeep);

xiv. Businesses providing mailing and shipping services, including post office boxes;

xv. Educational institutions—including public and private K-12 schools, colleges, and universities—for purposes of facilitating distance learning or performing essential functions, provided that social distancing of six-feet per person is maintained to the greatest extent possible;

xvi. Laundromats, drycleaners, and laundry service providers;

xvii. Restaurants and other facilities that prepare and serve food, but only for delivery or carry out. Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and take-away basis only. Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;

xviii. Funeral home providers, mortuaries, cemeteries, and crematoriums, to the extent necessary for the transport,

preparation, or processing of bodies or remains;

xix. Businesses that supply other Essential Businesses with the support or supplies necessary to operate, but only to the extent that they support or supply these Essential Businesses. This exemption shall not be used as a basis for engaging in sales to the general public from retail storefronts;

xx. Businesses that have the primary function of shipping or delivering groceries, food, or other goods directly to residences or businesses. This exemption shall not be used to allow for manufacturing or assembly of non-essential products or for other functions besides those necessary to the delivery operation;

xxi. Airlines, taxis, rental car companies, rideshare services (including shared bicycles and scooters), and other private transportation providers providing transportation services necessary for Essential Activities and other purposes expressly authorized in this Order;

xxii. Home-based care for seniors, adults, children, and pets;

xxiii. Residential facilities and shelters for seniors, adults, and children;

xxiv. Professional services, such as legal, notary, or accounting services, when necessary to assist in compliance with non-elective, legally required activities;

      xxv. Services to assist individuals in finding employment with Essential Businesses;

     xxvi. Moving services that facilitate residential or commercial moves that are allowed under this Order;

    xxvii. Childcare facilities providing services that enable owners, employees, volunteers, and contractors for Essential Businesses, Essential Governmental Functions, or Minimum Basic Operations to work as allowed under this Order. Children of owners, employees, volunteers, and contractors who are not exempt under this Order may not attend childcare facilities.  To the extent possible, childcare facilities must operate under the following conditions:

        A. Childcare must be carried out in stable groups of 12 or fewer ("stable" means that the same 12 or fewer children are in the same group each day).

        B. Children shall not change from one group to another.

        C. If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.

        D. Childcare providers shall remain solely with one group of children.

  g. For the purposes of this Order, "Minimum Basic Operations" means the following activities for businesses, provided that

owners, employees, and contractors comply with Social Distancing Requirements as defined this Section, to the extent possible, while carrying out such operations:

    i. The minimum necessary activities to maintain and protect the value of the business's inventory and facilities; ensure security, safety, and sanitation; process payroll and employee benefits; provide for the delivery of existing inventory directly to residences or businesses; and related functions.

    ii. The minimum necessary activities to facilitate owners, employees, and contractors of the business being able to continue to work remotely from their residences, and to ensure that the business can deliver its service remotely.

h. For the purposes of this Order, all Essential Businesses must prepare and post by no later than 11:59 p.m. on April 2, 2020 a "Social Distancing Protocol" for each of their facilities in the County frequented by the public or employees. The Social Distancing Protocol must be substantially in the form attached to this Order as Appendix A. The Social Distancing Protocol must be posted at or near the entrance of the relevant facility, and shall be easily viewable by the public and employees. A copy of the Social Distancing Protocol must also be provided to each employee performing work at the facility. All Essential Businesses shall implement the Social Distancing Protocol and provide evidence of

**0033**

its implementation to any authority enforcing this Order upon demand. The Social Distancing Protocol must explain how the business is achieving the following, as applicable:

    i. Limiting the number of people who can enter into the facility at any one time to ensure that people in the facility can easily maintain a minimum six-foot distance from one another at all times, except as required to complete the Essential Business activity;

    ii. Where lines may form at a facility, marking six-foot increments at a minimum, establishing where individuals should stand to maintain adequate social distancing;

    iii. Providing hand sanitizer, soap and water, or effective disinfectant at or near the entrance of the facility and in other appropriate areas for use by the public and employees, and in locations where there is high-frequency employee interaction with members of the public (e.g. cashiers);

    iv. Providing for contactless payment systems or, if not feasible to do so, the providing for disinfecting all payment portals, pens, and styluses after each use;

    v. Regularly disinfecting other high-touch surfaces; and

    vi. Posting a sign at the entrance of the facility informing all employees and customers that they should: avoid entering the facility if they have a

**0034**

cough or fever; maintain a minimum
six-foot distance from one another;
sneeze and cough into one's elbow;
not shake hands or engage in any
unnecessary physical contact.

vii. Any additional social distancing
measures being implemented (see the
Centers for Disease Control and
Prevention's guidance at:
https://www.cdc.gov/coronavirus/201
9-ncov/community/guidance-
business-response.html).

i. For the purposes of this Order, "Essential
Travel" means travel for any of the following
purposes:

i. Travel related to the provision of or
access to Essential Activities, Essential
Governmental Functions, Essential
Businesses, or Minimum Basic
Operations.

ii. Travel to care for any elderly, minors,
dependents, or persons with
disabilities.

iii. Travel to or from educational
institutions for purposes of receiving
materials for distance learning, for
receiving meals, and any other related
services.

iv. Travel to return to a place of residence
from outside the County.

v. Travel required by law enforcement or
court order.

vi. Travel required for non-residents to
return to their place of residence
outside the County. Individuals are
strongly encouraged to verify that
their transportation out of the County

**0035**

remains available and functional prior
to commencing such travel.

   vii. Travel to manage after-death
arrangements and burial.

  viii. Travel to arrange for shelter or avoid
homelessness.

    ix. Travel to avoid domestic violence or
child abuse.

    x. Travel for parental custody
arrangements.

   xi. Travel to a place to temporarily reside
in a residence or other facility to avoid
potentially exposing others to COVID-
19, such as a hotel or other facility
provided by a governmental authority
for such purposes.

j. For purposes of this Order, "residences"
include hotels, motels, shared rental units
and similar facilities. Residences also
include living structures and outdoor
spaces associated with those living
structures, such as patios, porches,
backyards, and front yards that are only
accessible to a single family or household
unit.

k. For purposes of this Order, "Social
Distancing Requirements" means:

    i. Maintaining at least six-foot social
distancing from individuals who are
not part of the same household or
living unit;

   ii. Frequently washing hands with soap
and water for at least 20 seconds, or
using hand sanitizer that is recognized
by the Centers for Disease Control and
Prevention as effective in combatting
COVID-19;

**0036**

      iii. Covering coughs and sneezes with a tissue or fabric or, if not possible, into the sleeve or elbow (but not into hands); and

      iv. Avoiding all social interaction outside the household when sick with a fever or cough.

All individuals must strictly comply with Social Distancing Requirements, except to the limited extent necessary to provide care (including childcare, adult or senior care, care to individuals with special needs, and patient care); as necessary to carry out the work of Essential Businesses, Essential Governmental Functions, or provide for Minimum Basic Operations; or as otherwise expressly provided in this Order.

14. Government agencies and other entities operating shelters and other facilities that house or provide meals or other necessities of life for individuals experiencing homelessness must take appropriate steps to help ensure compliance with Social Distancing Requirements, including adequate provision of hand sanitizer. Also, individuals experiencing homelessness who are unsheltered and living in encampments should, to the maximum extent feasible, abide by 12 foot by 12 foot distancing for the placement of tents, and government agencies should provide restroom and hand washing facilities for individuals in such encampments as set forth in Centers for Disease Control and Prevention Interim Guidance Responding to Coronavirus 2019 (COVID-19) Among People Experiencing Unsheltered Homelessness (https://www.cdc.gov/coronavirus/2019-

**0037**

ncov/need-extra-precautions/unsheltered-
homelessness.html).

15. Pursuant to Government Code sections 26602
    and 41601 and Health and Safety Code section
    101029, the Health Officer requests that the
    Sheriff and all chiefs of police in the County
    ensure compliance with and enforce this Order.
    The violation of any provision of this Order
    constitutes an imminent threat and menace to
    public health, constitutes a public nuisance, and
    is punishable by fine, imprisonment, or both.

16. This Order shall become effective at 11:59 p.m. on
    March 31, 2020 and will continue to be in effect
    until 11:59 p.m. on May 3, 2020, or until it is
    extended, rescinded, superseded, or amended in
    writing by the Health Officer.

17. Copies of this Order shall promptly be: (1) made
    available at the County Government Center at 70
    W. Hedding Street, San José, California; (2)
    posted on the County Public Health Department
    website (sccphd.org); and (3) provided to any
    member of the public requesting a copy of this
    Order.

18. If any provision of this Order to its application to
    any person or circumstance is held to be invalid,
    the reminder of the Order, including the
    application of such part or provision to other
    persons or circumstances, shall not be affected
    and shall continue in full force and effect. To this
    end, the provisions of this Order are severable.

**IT IS SO ORDERED:**

4/3/2020
Case 4:20-cv-02180-JST Document 20-2 Filed 04/10/20 Page 44 of 130
Order of the Health Officer of the County of Santa Clara - Public Health Department County of Santa Clara

Sara H. Cody, M.D.

Health Officer of the County of Santa Clara

Dated: 3/31/2020

Approved as to form and legality:

James R. Williams

County Counsel

Dated: 3/31/2020

- [Official Order \[PDF\]](#)

- [New Social Distancing Protocols \[PDF\]](#)

- [One Page Executive Summary](#)

- [Executive Summary](#)

Last updated: 4/3/2020 9:30 AM

**Report a problem with this page**



All Content Copyright © 2020 , County of Santa Clara, CA

# EXHIBIT "4"

**BREAKING NEWS**

Coronavirus: Santa Clara County confirmed case count up 90 percent since last week

News > **Health** • News

# Bay Area courts, authorities ramp up release of inmates to stem COVID-19 risks in jails



Low-risk pretrial detainees and people near the end of their jail sentences among the first to be let out



CDC and Getty Images

Coronavirus concerns are driving actions to limit the spread of the disease in court and jail settings, and prevent delays that could affect due process and put defendants at increased risk. (Bay Area News Group photo illustration)

**0041**

By **ROBERT SALONGA** | rsalonga@bayareanewsgroup.com, **ANGELA RUGGIERO** | aruggiero@bayareanewsgroup.com and **NATE GARTRELL** | ngartrell@bayareanewsgroup.com | Bay Area News Group
PUBLISHED: March 19, 2020 at 4:24 p.m. | UPDATED: March 20, 2020 at 8:54 a.m.

This story is available to all readers in the interest of public safety. Please consider supporting our coverage of the coronavirus outbreak by subscribing to The Mercury News. Only 99¢ for a 3-month trial.

## Support local journalism

With the looming threat of coronavirus in jails — where social distancing, good hygiene and general health were already formidable challenges — Bay Area courts, attorneys and law enforcement are banding together to get as many inmates out of custody as they can without compromising public safety.

"This is a humanitarian crisis confronting all of us, and one of the most important ones is the jail," Santa Clara County Assistant Public Defender Charlie Hendrickson said. "This is a time of urgent need and creativity. We're going to responsibly reduce the jail population."

The Alameda County Sheriff's Office has released more than 300 inmates this week alone. Of those, 67 were nonviolent offenders released on their own recognizance and ordered to make their court dates, presumably once court operations return to normal capacity. Another 247 inmates were released due to sentence modifications, meaning they have been placed on electronic monitoring and other forms of supervised release. Of those released, most had 45 days or less time to serve in jail. Alameda County Public Defender Brendon Woods declared it a victory.

For organizations that monitor inmates' rights and conditions, there's no time to waste. Dr. Juliana Morris, a medical doctor and part of the "Do No Harm" coalition, said the county's main jail facility is "a public health nightmare waiting to happen."

**0042**

"It's only a matter of time before the virus reaches Santa Rita Jail," she said.

In a letter Thursday to the federal Bureau of Prisons asking for the release of low-risk prisoners awaiting trial, Sen. Kamala Harris cited a Mercury News story about once-quarantined Santa Clara County inmates — who had contact with a deputy public defender who tested positive for the virus — as evidence that "the risk of coronavirus and community spread is not hypothetical."

That letter was sent the same day that the Santa Clara County Sheriff's Office reported the death Thursday morning of a 58-year-old man who was booked into the Elmwood men's jail in Milpitas three days earlier. He was described as an "ill inmate" who was found unresponsive and not breathing, and he died soon after. The Sheriff's Office said in a statement that "there were no signs of foul play and the medical examiner is conducting additional testing to determine if COVID-19 was a factor in the death."

In some instances, law-enforcement agencies are also heeding calls to be more judicious about when they arrest and book people into jail. Alameda County Sheriff's Sgt. Ray Kelly said his agency is only booking only people suspected of committing serious and violent crimes such as child abuse, sexual offenses and human trafficking.

Contra Costa County Sheriff's spokesman Jimmy Lee said that agency's enforcement division has made just four arrests between Monday and Wednesday, and that three of them were booked into jail.

In Santa Clara County, in the past 10 days, the jail population has been reduced from about 3,300 to 3,000, according to Assistant District Attorney David Angel, who said his office is working with the Superior Court, public defender's office, pretrial services and county counsel to determine how to safely release inmates charged with nonviolent crimes or otherwise pose a low safety risk.

"These are gargantuan tasks. We can't just say, 'Everyone out,'" Angel said. "We have to evaluate these cases with an eye on public health and public safety."

The aim for Santa Clara County, he added, is to get the jail population down to 2,700, a target he said jail medical officials say will give them some workable space to enforce safe distances and quarantine areas if needed.

"I think we're going to hit that number," Angel said.

**0043**

But first, a series of court hearings in the coming days will have to result in Judge Eric Geffon signing off on the release plans. The inmates that are primarily being looked at for supervised or early release generally fall into one of four groups: People who are in the final three months of their jail sentences, low-offense pretrial detainees who are in jail primarily because they can't afford bail, "medically fragile" inmates who are at elevated risk for contracting and spreading COVID-19, and people who are supposed to report to jail to serve sentences typically of less than one year.

For the latter group, a court order was expected to be signed by the end of the week so that people scheduled to start their jail sentences between now and May 15 get a 60-day reprieve. Hendrickson said attorneys in his office were furiously putting together release orders for more than 200 defendants who could be eligible to be let out of jail in the coming days.

In Contra Costa County, the public defender and district attorney are similarly working to identify low-risk defendants they agree can be safely released. A number of stipulated releases have already been processed, both in juvenile and adult courts, though it was not immediately clear how many.

A single courtroom has remained open during the shutdown, for certain pressing hearings including violent felonies. A different judge presides each day. Thursday morning, four attorneys and a prosecutor handled about a half-dozen cases. They included the release of a man who is supposed to catch a flight to Hawaii tomorrow, as well as an extradition case to Montana.

During the shutdown, judges cannot accept new motions or file orders, so the court's functions are tightly restricted. Thursday, Contra Costa Presiding Judge Barry Baskin noted that a judge who was scheduled to take over the lone courtroom had recently called in sick.

In San Mateo County, District Attorney Steve Wagstaffe said authorities are discussing — but not outright planning — possible relief for inmates with serious medical issues, expiring sentences, and those who have not yet reported for jail sentences.

"I wouldn't surprised if we can all sit down and agree about some people who have some sort of sentence left," he said Thursday of the potential changes, adding that he would readily support the early release of inmates with 30 or 60 days left on a sentence.

For inmate advocates, things are still not moving fast enough given how rapidly COVID-19 is spreading. The Ella Baker Center for Human Rights, an Oakland-based civil rights advocacy group, sent Alameda County leaders a list of demands this week for the release of inmates at Santa Rita Jail. Included was the demand that the jail stop incarcerating any new people no matter the alleged crime and prioritize the immediate release of the most vulnerable inmates.

Silicon Valley De-Bug, which serves a similar cause in the South Bay, sent a similar letter to Santa Clara County leaders asking them to begin releasing jail inmates and issue a moratorium on new bookings and jail sentences.

All of their concerns are compounded by the fact that courtrooms throughout the Bay Area have been shuttered or had their activity slowed to a trickle — largely to allow public-safety matters like violent crimes to still be charged and arraigned — that has elicited concerns about due process being violated for jailed defendants who have no immediate recourse, including entering pleas with the aim of getting out of custody.

And advocates for inmate rights are pushing officials to provide some communication relief for inmates now that they are barred from having visitors, so they can maintain their mental health amid the new uncertainty about their incarceration.

*Staff writer Fiona Kelliher contributed to this report.*

Report an error
Policies and Standards
Contact Us

 The Trust Project

Be the first to know.

# Sign up for Breaking News alerts

Enter your email

**SIGN UP**

By signing up, you agree to our privacy policy and terms of service.

Stay up to date on the latest Coronavirus coverage in your area.

# Sign up for the Coronavirus Update newsletter

# EXHIBIT "5"



1100 Duane Avenue, Santa Clara, CA 95054 | 408-970-9870
Mon. - Fri., 10am- 9pm | Sat., 9am - 8pm | Sun., 9am -7pm

Range & Rentals　　Firearms & Products　　Training & Certification　　Events



Closed by order of the Santa Clara County District Attorney. If you have questions about the Order, contact the DA 408-792-2300.

If you are in your 30-day period on a firearm, we cannot deliver it without further guidance from the county.

We will open again as quickly as possible, but for now we are not allowed to process firearm pickups or registrations.

Updates will be posted on social media and our website.

Please stay safe and healthy.

**Utah Concealed Firearms Permit Classes** (Recognized in 33 states)　For more information, see Training & Certification page





Reed's has been serving the Bay Area gun enthusiast since 1948, featuring:

- A complete selection of firearms for defense, recreation, hunting, and tactical applications.
- Top quality parts, accessories, and ammunition, for standard and



Check out this week's special!

Click here, or just scroll down below...

The Well Armed Woman　　TBD

More info...

For Women, by Women – Introduction To Handgun Shooting And Ownership　　TBD

More info...

Firearms Training & Tactics with Donald Lazzarini

TBD

More info...

Utah Concealed Firearms Permit Class with Bill Tidwell　　TBD

More info...

**GROUP EVENTS**
Call for prices and availability

**Store your firearms and equipment with us – rent a storage locker**
$40.00/month or $450.00/year...
Call the range for more details.

**Wednesday is Lady's Night!**

**0047**

premium firearms for the public and professionals alike.

- Recently added section with reloading supplies.

- The largest indoor shooting range in the bay area, with two 25 yard ranges and 20 well-lighted lanes, with state-of-the-art backstops. Please note: *No additional shooters admitted onto the range during the last hour of operation.*

- A large selection of rental firearms.

- A **Try & Buy program**, for those undecided about which gun to purchase.

- Teaching facilities with high quality training and certification classes on a wide variety of subjects and levels.

- We buy and sell used guns. Evaluations for purchase on Mon/Tues/Thurs/Fri 10am-1pm. Please call ahead.



**$5 lane discount, and 1/2 off of 1 gun rental.**
Starts at 6pm.



**For shooters of ALL abilities –**
**centerfire or rimfire**
**handguns,**
**or rimfire rifle.**
More info...



MONDAY NIGHT SHOOTING LEAGUE
AT REED'S INDOOR RANGE

This week's special:



Copyright ©2003+, Reed's Indoor Range. All Rights Reserved.
Home  |  Feedback

# EXHIBIT "6"

**BREAKING NEWS**

Coronavirus: Santa Clara County confirmed case count up 90 percent since last week

News › **Health** • News

# Coronavirus: San Jose orders gun store to close in one of first enforcement against businesses open under shelter order



Willow Glen gun shop stayed open, then ordered closed, with modest fanfare; police say they focused on warnings and education for suspected violations of stay-at-home order



SAN JOSE, CALIFORNIA – MARCH 17: Shoppers wait in line outside of Bullseye Bishop on Meridian in San Jose, Calif., on Tuesday, March 17, 2020. (Nhat V. Meyer/Bay Area News Group)

By **ROBERT SALONGA** | rsalonga@bayareanewsgroup.com | Bay Area News Group
PUBLISHED: March 18, 2020 at 2:48 p.m. | UPDATED: March 19, 2020 at 3:58 a.m.

This story is available to all readers in the interest of
public safety. Please consider supporting our coverage
of the coronavirus outbreak by subscribing to The
Mercury News. Only 99¢ for a 3-month trial.

## Support local journalism

SAN JOSE — As Bay Area business owners navigated the labyrinthine rules of
the sweeping shelter-in-place order implemented Monday, many gun dealers
across the region opted to stay open this week, amid a spike in sales apparently
driven by fears over the coronavirus pandemic.

But after customers lined up around gun stores in several counties Tuesday —
including outside the Bullseye Bishop in San Jose — San Jose Mayor Sam
Liccardo declared that "gun stores are non-essential."

"We are having panic buying right now for food," Liccardo said Wednesday. "The
one thing we cannot have is panic buying of guns."

Law enforcement officials confirmed Wednesday that they shut down the
Bullseye Bishop with little fanfare, in one of the first enforcement actions taken
in San Jose on the initial day of the shelter-in-place order.

"We went out there and closed it," San Jose police Chief Eddie Garcia said,
adding that the owner was cooperative.

Two people who picked up the phone at Bullseye Bishop declined to answer
questions from a reporter, repeating that the store is "closed to the public for
the next three weeks."

Outside the shop, San Jose painting contractor Joshua Wolfe, 37, who was
buying ammo, said he believed the gun store had every right to remain open.

"Essential? It's our right to arm ourselves," Wolfe said. "Toilet paper is essential,
right? People are going nuts for that, right?"

**0051**

Everyone is "on edge," he said, "because people don't know the truth of this whole situation. If they're short on supplies, they'll come after people who are prepared."

J.V. Sumabat, 31, of San Jose said he was worried about the same thing.

"I've seen people fighting over toilet paper. I'm worried what they will do out of desperation," he said. "When people start looting stores and they don't have access to food, they could come into the homes of those they feel are vulnerable. I'd rather be prepared."



Customers line up outside of Solar Tactical, a gun and ammunition store on Wednesday, March 18, 2020, in Castro Valley, Calif. (Aric Crabb/Bay Area News Group)

Garcia said the owner of the store had told officers the business remained open because, under regulations from the California Department of Justice, they are limited in how long they can hold firearms that had already been purchased, and the buyers had to pick them up.

"We told them to go to DOJ and seek a waiver," Garcia said. "There was no malicious intent. A lot of this stuff is going to happen."

The gun shop closure was one of a handful of other enforcement actions by SJPD on Tuesday, including similar shutdown talks with three smoke shops, a pet grooming business and a flower shop, none of which resulted in citations. Officers also broke up a pickup basketball game at a city park, reportedly telling the participants they weren't abiding by social distancing advisories with man-to-man defense.

**0052**

Law-enforcement agencies throughout the Bay Area have said they will lean toward giving warnings and education people about the sheltering order and that issuing misdemeanor citations — the maximum legal heft to punish violations — will be used as a last resort.

Even so, Garcia said his department has assigned patrol units to be on the lookout for visible and obvious violations of the business and gathering prohibitions, like a bar staying open or a house party being held.

"We're not turning a blind eye," Garcia said. "We're not proactively stopping cars and people, but if non-exempt businesses are open and we get calls, we'll look into it."

*Staff writers George Avalos and Julia Prodis Sulek contributed to this report*

Report an error

Policies and Standards

Contact Us

 **The Trust Project**

---

Be the first to know.

# Sign up for Breaking News alerts

| Enter your email |
| --- |

**SIGN UP**

By signing up, you agree to our privacy policy and terms of service.

---

Stay up to date on the latest Coronavirus coverage in your area.

# Sign up for the Coronavirus Update newsletter

| Enter your email |
| --- |

**SIGN UP**

By signing up, you agree to our privacy policy and terms of service.

---

 **SPONSORED CONTENT**

**0053**

# EXHIBIT "7"

**ORDER OF THE HEALTH OFFICER
OF THE COUNTY OF ALAMEDA DIRECTING
ALL INDIVIDUALS LIVING IN THE COUNTY TO SHELTER AT THEIR
PLACE OF RESIDENCE EXCEPT THAT THEY MAY LEAVE TO
PROVIDE OR RECEIVE CERTAIN ESSENTIAL SERVICES OR
ENGAGE IN CERTAIN ESSENTIAL ACTIVITIES AND WORK FOR
ESSENTIAL BUSINESSES AND GOVERNMENTAL SERVICES;
EXEMPTING INDIVIDUALS EXPERIENCING HOMELESSNESS FROM
THE SHELTER IN PLACE ORDER BUT URGING THEM TO FIND
SHELTER AND GOVERNMENT AGENCIES TO PROVIDE IT;
DIRECTING ALL BUSINESSES AND GOVERNMENTAL AGENCIES TO
CEASE NON-ESSENTIAL OPERATIONS AT PHYSICAL LOCATIONS IN
THE COUNTY; PROHIBITING ALL NON-ESSENTIAL GATHERINGS
OF ANY NUMBER OF INDIVIDUALS; AND ORDERING CESSATION OF
ALL NON-ESSENTIAL TRAVEL**

**DATE OF ORDER: <u>MARCH 16, 2020</u>**

**Please read this Order carefully.  Violation of or failure to comply with this Order is a misdemeanor punishable by fine, imprisonment, or both.  (California Health and Safety Code § 120295, *et seq.*)**

UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101085, AND 120175, THE HEALTH OFFICER OF THE COUNTY OF ALAMEDA ("HEALTH OFFICER") ORDERS:

1. The intent of this Order is to ensure that the maximum number of people self-isolate in their places of residence to the maximum extent feasible, while enabling essential services to continue, to slow the spread of COVID-19 to the maximum extent possible.  When people need to leave their places of residence, whether to obtain or perform vital services, or to otherwise facilitate authorized activities necessary for continuity of social and commercial life, they should at all times reasonably possible comply with Social Distancing Requirements as defined in Section 10 below.  All provisions of this Order should be interpreted to effectuate this intent.  Failure to comply with any of the provisions of this Order constitutes an imminent threat to public health.

2. All individuals currently living within the County of Alameda (the "County") are ordered to shelter at their place of residence.  To the extent individuals are using shared or outdoor spaces, they must at all times as reasonably possible maintain social distancing of at least six feet from any other person when they are outside their residence.  All persons may leave their residences only for Essential Activities, Essential Governmental Functions, or to operate Essential Businesses, all as defined in Section 10.  Individuals

Order of the County Health Officer
to Shelter in Place

experiencing homelessness are exempt from this Section, but are strongly urged to obtain shelter, and governmental and other entities are strongly urged to make such shelter available as soon as possible and to the maximum extent practicable (and to utilize Social Distancing Requirements in their operation).

3. All businesses with a facility in the County, except Essential Businesses as defined below in Section 10, are required to cease all activities at facilities located within the County except Minimum Basic Operations, as defined in Section 10.  For clarity, businesses may also continue operations consisting exclusively of employees or contractors performing activities at their own residences (i.e., working from home).  All Essential Businesses are strongly encouraged to remain open.  To the greatest extent feasible, Essential Businesses shall comply with Social Distancing Requirements as defined in Section 10 below, including, but not limited to, when any customers are standing in line.

4. All public and private gatherings of any number of people occurring outside a household or living unit are prohibited, except for the limited purposes as expressly permitted in Section 10.  Nothing in this Order prohibits the gathering of members of a household or living unit.

5. All travel, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit, except Essential Travel and Essential Activities as defined below in Section 10, is prohibited.  People must use public transit only for purposes of performing Essential Activities or to travel to and from work to operate Essential Businesses or maintain Essential Governmental Functions.  People riding on public transit must comply with Social Distancing Requirements as defined in Section 10 below, to the greatest extent feasible.  This Order allows travel into or out of the County to perform Essential Activities, operate Essential Businesses, or maintain Essential Governmental Functions.

6. This Order is issued based on evidence of increasing occurrence of COVID-19 within the County and throughout the Bay Area, scientific evidence and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, and evidence that the age, condition, and health of a significant portion of the population of the County places it at risk for serious health complications, including death, from COVID-19.  Due to the outbreak of the COVID-19 virus in the general public, which is now a pandemic according to the World Health Organization, there is a public health emergency throughout the County.  Making the problem worse, some individuals who contract the COVID-19 virus have no symptoms or have mild symptoms, which means they may not be aware they carry the virus.  Because even people without symptoms can transmit the disease, and because evidence shows the disease is easily spread, gatherings can result in preventable transmission of the virus.  The scientific evidence shows that at this stage of the emergency, it is essential to slow virus transmission as much as possible to protect the most vulnerable and to prevent the health care system from being overwhelmed.  One proven way to slow the transmission is to limit interactions among people to the greatest extent practicable.  By

Order of the County Health Officer
to Shelter in Place

reducing the spread of the COVID-19 virus, this Order helps preserve critical and limited healthcare capacity in the County.

7. This Order also is issued in light of the existence of 15 cases of COVID-19 in the County, as well as at least 258 confirmed cases and at least three deaths in the seven Bay Area jurisdictions jointly issuing this Order, as of 5 p.m. on March 15, 2020, including a significant and increasing number of suspected cases of community transmission and likely further significant increases in transmission.  Widespread testing for COVID-19 is not yet available but is expected to increase in the coming days.  This Order is necessary to slow the rate of spread and the Health Officer will re-evaluate it as further data becomes available.

8. This Order is issued in accordance with, and incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom, the Declarations of Local Health Emergency issued by the Health Officer on March 1 and 5, the March 10, 2020 Resolution of the Board of Supervisors of the County of Alameda Ratifying the Declarations of Local Health Emergency, and Governor Newsom's March 12, 2020 Executive Order N-25-20.

9. This Order comes after the release of substantial guidance from the County Health Officer, the Centers for Disease Control and Prevention, the California Department of Public Health, and other public health officials throughout the United States and around the world, including a variety of prior orders to combat the spread and harms of COVID-19.  The Health Officer will continue to assess the quickly evolving situation and may modify or extend this Order, or issue additional Orders, related to COVID-19.

10. <u>Definitions and Exemptions</u>.

    a. For purposes of this Order, individuals may leave their residence only to perform any of the following "Essential Activities."  But people at high risk of severe illness from COVID-19 and people who are sick are urged to stay in their residence to the extent possible except as necessary to seek medical care.

        i. To engage in activities or perform tasks essential to their health and safety, or to the health and safety of their family or household members (including, but not limited to, pets), such as, by way of example only and without limitation, obtaining medical supplies or medication, visiting a health care professional, or obtaining supplies they need to work from home.

        ii. To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example only and without limitation, canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products, and products necessary to maintain the safety, sanitation, and essential operation of residences.

Order of the County Health Officer
to Shelter in Place

      iii.   To engage in outdoor activity, provided the individuals comply with Social Distancing Requirements as defined in this Section, such as, by way of example and without limitation, walking, hiking, or running.

      iv.   To perform work providing essential products and services at an Essential Business or to otherwise carry out activities specifically permitted in this Order, including Minimum Basic Operations.

      v.   To care for a family member or pet in another household.

b.   For purposes of this Order, individuals may leave their residence to work for or obtain services at any "Healthcare Operations" including hospitals, clinics, dentists, pharmacies, pharmaceutical and biotechnology companies, other healthcare facilities, healthcare suppliers, home healthcare services providers, mental health providers, or any related and/or ancillary healthcare services. "Healthcare Operations" also includes veterinary care and all healthcare services provided to animals. This exemption shall be construed broadly to avoid any impacts to the delivery of healthcare, broadly defined. "Healthcare Operations" does not include fitness and exercise gyms and similar facilities.

c.   For purposes of this Order, individuals may leave their residence to provide any services or perform any work necessary to the operations and maintenance of "Essential Infrastructure," including, but not limited to, public works construction, construction of housing (in particular affordable housing or housing for individuals experiencing homelessness), airport operations, water, sewer, gas, electrical, oil refining, roads and highways, public transportation, solid waste collection and removal, internet, and telecommunications systems (including the provision of essential global, national, and local infrastructure for computing services, business infrastructure, communications, and web-based services), provided that they carry out those services or that work in compliance with Social Distancing Requirements as defined this Section, to the extent possible.

d.   For purposes of this Order, all first responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel, and others who need to perform essential services are categorically exempt from this Order. Further, nothing in this Order shall prohibit any individual from performing or accessing "Essential Governmental Functions," as determined by the governmental entity performing those functions. Each governmental entity shall identify and designate appropriate employees or contractors to continue providing and carrying out any Essential Governmental Functions. All Essential Governmental Functions shall be performed in compliance with Social Distancing Requirements as defined in this Section, to the extent possible.

e.   For the purposes of this Order, covered businesses include any for-profit, non-profit, or educational entities, regardless of the nature of the service, the function they perform, or its corporate or entity structure.

Order of the County Health Officer
to Shelter in Place

f.  For the purposes of this Order, "Essential Businesses" means:

i.  Healthcare Operations and Essential Infrastructure;

ii.  Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products (such as cleaning and personal care products).  This includes stores that sell groceries and also sell other non-grocery products, and products necessary to maintaining the safety, sanitation, and essential operation of residences;

iii.  Food cultivation, including farming, livestock, and fishing;

iv.  Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;

v.  Newspapers, television, radio, and other media services;

vi.  Gas stations and auto-supply, auto-repair, and related facilities;

vii.  Banks and related financial institutions;

viii.  Hardware stores;

ix.  Plumbers, electricians, exterminators, and other service providers who provide services that are necessary to maintaining the safety, sanitation, and essential operation of residences, Essential Activities, and Essential Businesses;

x.  Businesses providing mailing and shipping services, including post office boxes;

xi.  Educational institutions—including public and private K-12 schools, colleges, and universities—for purposes of facilitating distance learning or performing essential functions, provided that social distancing of six-feet per person is maintained to the greatest extent possible;

xii.  Laundromats, drycleaners, and laundry service providers;

xiii.  Restaurants and other facilities that prepare and serve food, but only for delivery or carry out.  Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and take-away basis only.  Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;

xiv.  Businesses that supply products needed for people to work from home;

xv.  Businesses that supply other essential businesses with the support or supplies necessary to operate;

xvi.  Businesses that ship or deliver groceries, food, goods or services directly to residences;

Order of the County Health Officer
to Shelter in Place

xvii.  Airlines, taxis, and other private transportation providers providing transportation services necessary for Essential Activities and other purposes expressly authorized in this Order;

xviii.  Home-based care for seniors, adults, or children;

xix.  Residential facilities and shelters for seniors, adults, and children;

xx.  Professional services, such as legal or accounting services, when necessary to assist in compliance with legally mandated activities;

xxi.  Childcare facilities providing services that enable employees exempted in this Order to work as permitted.  To the extent possible, childcare facilities must operate under the following mandatory conditions:

    1.  Childcare must be carried out in stable groups of 12 or fewer ("stable" means that the same 12 or fewer children are in the same group each day).

    2.  Children shall not change from one group to another.

    3.  If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.

    4.  Childcare providers shall remain solely with one group of children.

g.  For the purposes of this Order, "Minimum Basic Operations" include the following, provided that employees comply with Social Distancing Requirements as defined this Section, to the extent possible, while carrying out such operations:

    i.  The minimum necessary activities to maintain the value of the business's inventory, ensure security, process payroll and employee benefits, or for related functions.

    ii.  The minimum necessary activities to facilitate employees of the business being able to continue to work remotely from their residences.

h.  For the purposes of this Order, "Essential Travel" includes travel for any of the following purposes.  Individuals engaged in any Essential Travel must comply with all Social Distancing Requirements as defined in this Section below.

    i.  Any travel related to the provision of or access to Essential Activities, Essential Governmental Functions, Essential Businesses, or Minimum Basic Operations.

    ii.  Travel to care for elderly, minors, dependents, persons with disabilities, or other vulnerable persons.

    iii.  Travel to or from educational institutions for purposes of receiving materials for distance learning, for receiving meals, and any other related services.

    iv.  Travel to return to a place of residence from outside the jurisdiction.

    v.  Travel required by law enforcement or court order.

    vi.  Travel required for non-residents to return to their place of residence outside the County.  Individuals are strongly encouraged to verify that their transportation out of the County remains available and functional prior to commencing such travel.

Order of the County Health Officer
to Shelter in Place

      i.   For purposes of this Order, residences include hotels, motels, shared rental units and similar facilities.

      j.   For purposes of this Order, "Social Distancing Requirements" includes maintaining at least six-foot social distancing from other individuals, washing hands with soap and water for at least twenty seconds as frequently as possible or using hand sanitizer, covering coughs or sneezes (into the sleeve or elbow, not hands), regularly cleaning high-touch surfaces, and not shaking hands.

11. Pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Order.  The violation of any provision of this Order constitutes an imminent threat to public health.

12. This Order shall become effective at 12:01 a.m. on March 17, 2020 and will continue to be in effect until 11:59 p.m. on April 7, 2020, or until it is extended, rescinded, superseded, or amended in writing by the Health Officer.

13. Copies of this Order shall promptly be: (1) made available at the County Administration Building at 1225 Oak Street, Oakland, California 94612; (2) posted on the County Public Health Department's website (acphd.org); and (3) provided to any member of the public requesting a copy of this Order.

14. If any provision of this Order to the application thereof to any person or circumstance is held to be invalid, the reminder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect.  To this end, the provisions of this Order are severable.

**IT IS SO ORDERED:**

Erica Pan, MD, MPH, FAAP

_____
Dr. Erica Pan                                   Dated: March 16, 2020
Interim Health Officer of the County of Alameda

Order of the County Health Officer
to Shelter in Place

# EXHIBIT "8"

# ORDER OF THE HEALTH OFFICER
## OF THE COUNTY OF ALAMEDA DIRECTING
## ALL INDIVIDUALS LIVING IN THE COUNTY TO CONTINUE SHELTERING AT THEIR PLACE OF RESIDENCE EXCEPT FOR ESSENTIAL NEEDS; CONTINUING TO EXEMPT HOMELESS INDIVIDUALS FROM THE ORDER BUT URGING GOVERNMENT AGENCIES TO PROVIDE THEM SHELTER AND HAND SANITATION FACILITIES; RESTRICTING ACCESS TO RECREATION AREAS; REQUIRING ESSENTIAL BUSINESSES TO IMPLEMENT SOCIAL DISTANCING PROTOCOLS; CLARIFYING AND FURTHER LIMITING ESSENTIAL BUSINESS ACTIVITIES, INCLUDING CONSTRUCTION; AND DIRECTING ALL BUSINESSES AND GOVERNMENTAL OPERATIONS TO FURTHER CEASE NON-ESSENTIAL OPERATIONS

### DATE OF ORDER: MARCH 31, 2020
### No. 20-04

**Please read this Order carefully. Violation of or failure to comply with this Order is a misdemeanor punishable by fine, imprisonment, or both. (California Health and Safety Code § 120295, *et seq.*; Cal. Penal Code §§ 69, 148(a)(1))**

UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101085, AND 120175, THE HEALTH OFFICER OF THE COUNTY OF ALAMEDA ("HEALTH OFFICER") ORDERS:

1. This Order supersedes the March 16, 2020 Order of the Health Officer directing all individuals to shelter in place ("Prior Shelter Order"). This Order clarifies, strengthens, and extends certain terms of the Prior Shelter Order to increase social distancing and reduce person-to-person contact in order to further slow transmission of Novel Coronavirus Disease 2019 ("COVID-19"). As of the effective date and time of this Order set forth in Section 16 below, all individuals, businesses, and government agencies in the County of Alameda ("County") are required to follow the provisions of this Order.

2. The intent of this Order is to ensure that the maximum number of people shelter in their places of residence to the maximum extent feasible to slow the spread of COVID-19 and mitigate the impact on delivery of critical healthcare services to those in need. All provisions of this Order must be interpreted to effectuate this intent. Failure to comply with any of the provisions of this Order constitutes an imminent threat and menace to public health, constitutes a public nuisance, and is punishable by fine, imprisonment, or both.

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 1 of 13
**0063**

3.   All individuals currently living within the County are ordered to shelter at their place of residence.  They may leave their residence only for Essential Activities, Essential Governmental Functions, Essential Travel, to work for Essential Businesses, or to perform Minimum Basic Operations for non-essential businesses, all as defined in Section 13.  Individuals experiencing homelessness are exempt from this Section, but are strongly urged to obtain shelter, and governmental and other entities are strongly urged to, as soon as possible, make such shelter available and provide handwashing or hand sanitation facilities to persons who continue experiencing homelessness.

4.   When people need to leave their place of residence for the limited purposes allowed in this Order, they must strictly comply with Social Distancing Requirements as defined in Section 13.k, except as expressly provided in this Order.

5.   All businesses with a facility in the County, except Essential Businesses, as defined in Section 13.f, are required to cease all activities at facilities located within the County except Minimum Basic Operations, as defined in Section 13.g.  For clarity, all businesses may continue operations consisting exclusively of owners, employees, volunteers, or contractors performing activities at their own residences (i.e., working from home).  All Essential Businesses are strongly encouraged to remain open.  But Essential Businesses are directed to maximize the number of employees who work from home.  Essential Businesses may only assign those employees who cannot perform their job duties from home to work outside the home.  All Essential Businesses shall prepare, post, and implement a Social Distancing Protocol at each of their facilities at which they are maintaining operations, as specified in Section 13.h.  Businesses that include an Essential Business component at their facilities alongside non-essential components must, to the extent feasible, scale down their operations to the Essential Business component only; provided, however, that mixed retail businesses that are otherwise allowed to operate under this Order may continue to stock and sell non-essential products.  Essential Businesses must follow industry-specific guidance issued by the Health Officer related to COVID-19.

6.   All public and private gatherings of any number of people occurring outside a single household or living unit are prohibited, except for the limited purposes expressly permitted in this Order.  Nothing in this Order prohibits members of a single household or living unit from engaging in Essential Travel or Essential Activities together.

7.   All travel, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit, except Essential Travel, as defined below in Section 13.i, is prohibited.  People may use public transit only for purposes of performing Essential Activities or to travel to and from work to operate Essential Businesses, maintain Essential Governmental Functions, or to perform Minimum Basic Operations at non-essential businesses.  Transit agencies and people riding on public transit must comply with Social Distancing Requirements, as defined in Section 13.k, to the greatest extent feasible.  This Order allows travel into or out of the County only to perform Essential

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 2 of 13
**0064**

Activities, operate Essential Businesses, maintain Essential Governmental Functions, or perform Minimum Basic Operations at non-essential businesses.

8. This Order is issued based on evidence of increasing occurrence of COVID-19 within the County and throughout the Bay Area, scientific evidence and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, and evidence that the age, condition, and health of a significant portion of the population of the County places it at risk for serious health complications, including death, from COVID-19.  Due to the outbreak of the COVID-19 disease in the general public, which is now a pandemic according to the World Health Organization, there is a public health emergency throughout the County.  Making the problem worse, some individuals who contract the virus causing the COVID-19 disease have no symptoms or have mild symptoms, which means they may not be aware they carry the virus and are transmitting it to others.  Because even people without symptoms can transmit the infection, and because evidence shows the infection is easily spread, gatherings and other interpersonal interactions can result in preventable transmission of the virus.  This public health emergency has substantially worsened since the County issued the Prior Shelter Order on March 16, 2020, with a significant escalation in the number of positive cases, hospitalizations, and deaths, and increasing strain on health care resources.  At the same time, evidence suggests that the restrictions on mobility and social distancing requirements imposed by the Prior Shelter Order are slowing the rate of increase in community transmission and confirmed cases by limiting interactions among people, consistent with scientific evidence of the efficacy of similar measures in other parts of the country and world.  The scientific evidence shows that at this stage of the emergency, it remains essential to continue to slow virus transmission as much as possible to protect the most vulnerable, to prevent the health care system from being overwhelmed, and to prevent deaths.  Extension of the Prior Shelter Order and strengthening of its restrictions are necessary to further reduce the spread of the COVID-19 disease, preserving critical and limited healthcare capacity in the County and advancing toward a point in the public health emergency where transmission can be controlled.

9. This Order is also issued in light of the existence, as of March 29, 2020, of 254 cases of COVID-19 in the County, as well as at least 2,092 confirmed cases (up from 258 confirmed cases on March 15, 2020, just before the Prior Shelter Order) and at least 51 deaths (up from three deaths on March 15, 2020) in the seven Bay Area jurisdictions jointly issuing this Order, including a significant and increasing number of suspected cases of community transmission and likely further significant increases in transmission. This Order is necessary to slow the rate of spread, and the Health Officer will re-evaluate it as further data becomes available.

10. This Order is issued in accordance with, and incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom, the Declarations of Local Health Emergency issued by the Health Officer on March 1 and 5, the March 10, 2020 Resolution of the Board of Supervisors of the County of Alameda

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04

Ratifying the Declarations of Local Health Emergency, and the March 17, 2020 Resolution of the Board of Supervisors Ratifying the Declaration of Local Emergency.

11. This Order is issued in light of evidence that the Prior Shelter Order has been generally effective in increasing social distancing, but that at this time additional restrictions are necessary to further mitigate the rate of transmission of COVID-19, to prevent the health care system from being overwhelmed, and prevent death. This Order comes after the release of substantial guidance from the County Health Officer, the Centers for Disease Control and Prevention, the California Department of Public Health, and other public health officials throughout the United States and around the world, including an increasing number of orders imposing similar social distancing requirements and mobility restrictions to combat the spread and harms of COVID-19. The Health Officer will continue to assess the quickly evolving situation and may modify or extend this Order, or issue additional Orders, related to COVID-19, as changing circumstances dictate.

12. This Order is also issued in light of the March 19, 2020 Order of the State Public Health Officer (the "State Shelter Order") , which set baseline statewide restrictions on non-residential business activities effective until further notice, as well as the Governor's March 19, 2020 Executive Order N-33-20 directing California residents to follow the State Shelter Order. The State Shelter Order was complementary to the Prior Shelter Order. This Order adopts in certain respects more stringent restrictions addressing the particular facts and circumstances in this County, which are necessary to control the public health emergency as it is evolving within the County and the Bay Area. Without this tailored set of restrictions that further reduces the number of interactions between persons, scientific evidence indicates that the public health crisis in the County will worsen to the point at which it may overtake available health care resources within the County and increase the death rate. Also, this Order enumerates additional restrictions on non-work-related travel not covered by the State Shelter Order, including limiting such travel to performance of Essential Travel or Essential Activities; sets forth mandatory Social Distancing Requirements for all individuals in the County when engaged in activities outside their residences; and adds a mechanism to ensure that Essential Businesses comply with the Social Distancing Requirements. Where a conflict exists between this Order and any state public health order related to the COVID-19 pandemic, the most restrictive provision controls. Consistent with California Health and Safety Code section 131080 and the Health Officer Practice Guide for Communicable Disease Control in California, except where the State Health Officer may issue an order expressly directed at this Order and based on a finding that a provision of this Order constitutes a menace to public health, any more restrictive measures in this Order continue to apply and control in this County.

13. <u>Definitions and Exemptions</u>.

    a. For the purposes of this Order, individuals may leave their residence only to perform the following "Essential Activities." But people at high risk of severe illness from COVID-19 and people who are sick are strongly urged to stay in their

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 4 of 13
**0066**

residence to the extent possible, except as necessary to seek or provide medical care or Essential Governmental Functions.  Essential Activities are:

 i. To engage in activities or perform tasks important to their health and safety, or to the health and safety of their family or household members (including pets), such as, by way of example only and without limitation, obtaining medical supplies or medication, or visiting a health care professional.

 ii. To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example only and without limitation, canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products, products needed to work from home, or products necessary to maintain the habitability, sanitation, and operation of residences.

 iii. To engage in outdoor recreation activity, including, by way of example and without limitation, walking, hiking, bicycling, and running, in compliance with Social Distancing Requirements and with the following limitations:

  1. Outdoor recreation activity at parks, beaches, and other open spaces must be in conformance with any restrictions on access and use established by the Health Officer, government, or other entity that manages such area to reduce crowding and risk of transmission of COVID-19.  Such restrictions may include, but are not limited to, restricting the number of entrants, closing the area to vehicular access and parking, or closure to all public access;

  2. Use of recreational areas with high-touch equipment or that encourage gathering, including, but not limited to, playgrounds, outdoor gym equipment, picnic areas, dog parks, and barbecue areas, is prohibited outside of residences, and all such areas shall be closed to public access including by signage and, as appropriate, by physical barriers;

  3. Use of shared facilities for recreational activities outside of residences, including, but not limited to, golf courses, tennis and pickle ball courts, rock parks, climbing walls, pools, spas, shooting and archery ranges, gyms, disc golf, and basketball courts is prohibited and those areas must be closed for recreational purposes, including by signage and, as appropriate, by physical barriers.  Such facilities may be repurposed during the emergency to provide essential services needed to address the COVID-19 pandemic; and

  4. Sports or activities that include the use of shared equipment may only be engaged in by members of the same household or living unit.

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 5 of 13
0067

iv.  To perform work for an Essential Business or to otherwise carry out activities specifically permitted in this Order, including Minimum Basic Operations, as defined in this Section.

v.  To provide necessary care for a family member or pet in another household who has no other source of care.

vi.  To attend a funeral with no more than 10 individuals present.

vii.  To move residences, but only if it is not possible to defer an already planned move, if the move is necessitated by safety, sanitation, or habitability reasons, or if the move is necessary to preserve access to shelter.  When moving into or out of the Bay Area region, individuals are strongly urged to quarantine for 14 days.  To quarantine, individuals should follow the guidance of the United States Centers for Disease Control and Prevention.

b.  For the purposes of this Order, individuals may leave their residence to work for, volunteer at, or obtain services at "Healthcare Operations," including, without limitation, hospitals, clinics, COVID-19 testing locations, dentists, pharmacies, blood banks and blood drives, pharmaceutical and biotechnology companies, other healthcare facilities, healthcare suppliers, home healthcare services providers, mental health providers, or any related and/or ancillary healthcare services.  "Healthcare Operations" also includes veterinary care and all healthcare services provided to animals.  This exemption for Healthcare Operations shall be construed broadly to avoid any interference with the delivery of healthcare, broadly defined.  "Healthcare Operations" excludes fitness and exercise gyms and similar facilities.

c.  For the purposes of this Order, individuals may leave their residence to provide any services or perform any work necessary to the operation and maintenance of "Essential Infrastructure," including airports, utilities (including water, sewer, gas, and electrical), oil refining, roads and highways, public transportation, solid waste facilities (including collection, removal, disposal, and processing facilities), cemeteries, mortuaries, crematoriums, and telecommunications systems (including the provision of essential global, national, and local infrastructure for internet, computing services, business infrastructure, communications, and web-based services).

d.  For the purposes of this Order, all first responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel, and others who need to perform essential services are categorically exempt from this Order to the extent they are performing those essential services. Further, nothing in this Order shall prohibit any individual from performing or accessing "Essential Governmental Functions," as determined by the governmental entity performing those functions in the County.  Each governmental entity shall identify and designate appropriate employees, volunteers, or contractors to continue providing and carrying out any Essential

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04

Governmental Functions, including the hiring or retention of new employees or contractors to perform such functions.  Each governmental entity and its contractors must employ all necessary emergency protective measures to prevent, mitigate, respond to and recover from the COVID-19 pandemic, and all Essential Governmental Functions shall be performed in compliance with Social Distancing Requirements to the greatest extent feasible.

e.  For the purposes of this Order, a "business" includes any for-profit, non-profit, or educational entity, whether a corporate entity, organization, partnership or sole proprietorship, and regardless of the nature of the service, the function it performs, or its corporate or entity structure.

f.  For the purposes of this Order, "Essential Businesses" are:
   i.  Healthcare Operations and businesses that operate, maintain, or repair Essential Infrastructure;
   ii.  Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of unprepared food, canned food, dry goods, non-alcoholic beverages, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, as well as hygienic products and household consumer products necessary for personal hygiene or the habitability, sanitation, or operation of residences.  The businesses included in this subparagraph (ii) include establishments that sell multiple categories of products provided that they sell a significant amount of essential products identified in this subparagraph, such as liquor stores that also sell a significant amount of food.
   iii.  Food cultivation, including farming, livestock, and fishing;
   iv.  Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;
   v.  Construction, but only of the types listed in this subparagraph below:
      1.  Projects immediately necessary to the maintenance, operation, or repair of Essential Infrastructure;
      2.  Projects associated with Healthcare Operations, including creating or expanding Healthcare Operations, provided that such construction is directly related to the COVID-19 response;
      3.  Affordable housing that is or will be income-restricted, including multi-unit or mixed-use developments containing at least 10% income-restricted units;
      4.  Public works projects if specifically designated as an Essential Governmental Function by the lead governmental agency;
      5.  Shelters and temporary housing, but not including hotels or motels;
      6.  Projects immediately necessary to provide critical non-commercial services to individuals experiencing homelessness, elderly persons,

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 7 of 13
**0069**

persons who are economically disadvantaged, and persons with special needs;

7. Construction necessary to ensure that existing construction sites that must be shut down under this Order are left in a safe and secure manner, but only to the extent necessary to do so; and

8. Construction or repair necessary to ensure that residences and buildings containing Essential Businesses are safe, sanitary, or habitable to the extent such construction or repair cannot reasonably be delayed;

vi. Newspapers, television, radio, and other media services;

vii. Gas stations and auto-supply, auto-repair (including, but not limited to, for cars, trucks, motorcycles and motorized scooters), and automotive dealerships, but only for the purpose of providing auto-supply and auto-repair services (and not, by way of example, car sales or car washes). This subparagraph (vii) does not restrict the on-line purchase of automobiles if they are delivered to a residence or Essential Business;

viii. Bicycle repair and supply shops;

ix. Banks and related financial institutions;

x. Service providers that enable residential transactions (including rentals, leases, and home sales), including, but not limited to, real estate agents, escrow agents, notaries, and title companies, provided that appointments and other residential viewings must only occur virtually or, if a virtual viewing is not feasible, by appointment with no more than two visitors at a time residing within the same household or living unit and one individual showing the unit (except that in person visits are not allowed when the occupant is still residing in the residence);

xi. Hardware stores;

xii. Plumbers, electricians, exterminators, and other service providers who provide services that are necessary to maintaining the habitability, sanitation, and operation of residences and Essential Businesses, but not for cosmetic or other purposes;

xiii. Arborists, landscapers, gardeners, and similar service professionals, but only to the limited extent necessary to maintain the habitability, sanitation, operation of businesses or residences, or the safety of residents, employees, or the public (such as fire safety or tree trimming to prevent a dangerous condition), and not for cosmetic or other purposes (such as upkeep);

xiv. Businesses providing mailing and shipping services, including post office boxes;

xv. Educational institutions—including public and private K-12 schools, colleges, and universities—for purposes of facilitating distance learning or performing essential functions, provided that social distancing of six-feet per person is maintained to the greatest extent possible;

xvi. Laundromats, drycleaners, and laundry service providers;

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 8 of 13
**0070**

xvii.  Restaurants and other facilities that prepare and serve food, but only for delivery or carry out.  Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and take-away basis only.  Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;

xviii.  Funeral home providers, mortuaries, cemeteries, and crematoriums, to the extent necessary for the transport, preparation, or processing of bodies or remains;

xix.  Businesses that supply other Essential Businesses with the support or supplies necessary to operate, but only to the extent that they support or supply these Essential Businesses.  This exemption shall not be used as a basis for engaging in sales to the general public from retail storefronts;

xx.  Businesses that have the primary function of shipping or delivering groceries, food, or other goods directly to residences or businesses.  This exemption shall not be used to allow for manufacturing or assembly of non-essential products or for other functions besides those necessary to the delivery operation;

xxi.  Airlines, taxis, rental car companies, rideshare services (including shared bicycles and scooters), and other private transportation providers providing transportation services necessary for Essential Activities and other purposes expressly authorized in this Order;

xxii.  Home-based care for seniors, adults, children, and pets;

xxiii.  Residential facilities and shelters for seniors, adults, and children;

xxiv.  Professional services, such as legal, notary, or accounting services, when necessary to assist in compliance with non-elective, legally required activities;

xxv.  Services to assist individuals in finding employment with Essential Businesses;

xxvi.  Moving services that facilitate residential or commercial moves that are allowed under this Order;

xxvii.  Childcare facilities providing services that enable owners, employees, volunteers, and contractors for Essential Businesses or Essential Governmental Functions to work as permitted.  Children of owners, employees, volunteers, and contractors who are not exempt under this Order may not attend childcare facilities.  To the extent possible, childcare facilities must operate under the following conditions:

1.  Childcare must be carried out in stable groups of 12 or fewer ("stable" means that the same 12 or fewer children are in the same group each day).

2.  Children shall not change from one group to another.

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04

3. If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.
4. Childcare providers shall remain solely with one group of children.

g. For the purposes of this Order, "Minimum Basic Operations" means the following activities for businesses, provided that owners, employees, and contractors comply with Social Distancing Requirements as defined this Section, to the extent possible, while carrying out such operations:
   i. The minimum necessary activities to maintain and protect the value of the business's inventory and facilities; ensure security, safety, and sanitation; process payroll and employee benefits; provide for the delivery of existing inventory directly to residences or businesses; and related functions.
   ii. The minimum necessary activities to facilitate owners, employees, and contractors of the business being able to continue to work remotely from their residences, and to ensure that the business can deliver its service remotely.

h. For the purposes of this Order, all Essential Businesses must prepare and post by no later than 11:59 p.m. on April 2, 2020 a "Social Distancing Protocol" for each of their facilities in the County frequented by the public or employees.  The Social Distancing Protocol must be substantially in the form attached to this Order as Appendix A.  The Social Distancing Protocol must be posted at or near the entrance of the relevant facility, and shall be easily viewable by the public and employees.  A copy of the Social Distancing Protocol must also be provided to each employee performing work at the facility.  All Essential Businesses shall implement the Social Distancing Protocol and provide evidence of its implementation to any authority enforcing this Order upon demand.  The Social Distancing Protocol must explain how the business is achieving the following, as applicable:
   i. Limiting the number of people who can enter into the facility at any one time to ensure that people in the facility can easily maintain a minimum six-foot distance from one another at all times, except as required to complete the Essential Business activity;
   ii. Where lines may form at a facility, marking six-foot increments at a minimum, establishing where individuals should stand to maintain adequate social distancing;
   iii. Providing hand sanitizer, soap and water, or effective disinfectant at or near the entrance of the facility and in other appropriate areas for use by the public and employees, and in locations where there is high-frequency employee interaction with members of the public (e.g. cashiers);
   iv. Providing for contactless payment systems or, if not feasible to do so, the providing for disinfecting all payment portals, pens, and styluses after each use;
   v. Regularly disinfecting other high-touch surfaces; and

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 10 of 13
**0072**

      vi.   Posting a sign at the entrance of the facility informing all employees and customers that they should: avoid entering the facility if they have a cough or fever; maintain a minimum six-foot distance from one another; sneeze and cough into one's elbow; not shake hands or engage in any unnecessary physical contact.

     vii.   Any additional social distancing measures being implemented (see the Centers for Disease Control and Prevention's guidance at: https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html).

i.   For the purposes of this Order, "Essential Travel" means travel for any of the following purposes:

      i.   Travel related to the provision of or access to Essential Activities, Essential Governmental Functions, Essential Businesses, or Minimum Basic Operations.

      ii.   Travel to care for any elderly, minors, dependents, or persons with disabilities.

    iii.   Travel to or from educational institutions for purposes of receiving materials for distance learning, for receiving meals, and any other related services.

    iv.   Travel to return to a place of residence from outside the County.

     v.   Travel required by law enforcement or court order.

    vi.   Travel required for non-residents to return to their place of residence outside the County.  Individuals are strongly encouraged to verify that their transportation out of the County remains available and functional prior to commencing such travel.

    vii.   Travel to manage after-death arrangements and burial.

  viii.   Travel to arrange for shelter or avoid homelessness.

    ix.   Travel to avoid domestic violence or child abuse.

     x.   Travel for parental custody arrangements.

    xi.   Travel to a place to temporarily reside in a residence or other facility to avoid potentially exposing others to COVID-19, such as a hotel or other facility provided by a governmental authority for such purposes.

j.   For purposes of this Order, "residences" include hotels, motels, shared rental units and similar facilities.  Residences also include living structures and outdoor spaces associated with those living structures, such as patios, porches, backyards, and front yards that are only accessible to a single family or household unit.

k.   For purposes of this Order, "Social Distancing Requirements" means:

      i.   Maintaining at least six-foot social distancing from individuals who are not part of the same household or living unit;

      ii.   Frequently washing hands with soap and water for at least 20 seconds, or using hand sanitizer that is recognized by the Centers for Disease Control and Prevention as effective in combatting COVID-19;

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04

    iii.  Covering coughs and sneezes with a tissue or fabric or, if not possible, into the sleeve or elbow (but not into hands); and

    iv.  Avoiding all social interaction outside the household when sick with a fever or cough.

All individuals must strictly comply with Social Distancing Requirements, except to the limited extent necessary to provide care (including childcare, adult or senior care, care to individuals with special needs, and patient care); as necessary to carry out the work of Essential Businesses, Essential Governmental Functions, or provide for Minimum Basic Operations; or as otherwise expressly provided in this Order.

14. Government agencies and other entities operating shelters and other facilities that house or provide meals or other necessities of life for individuals experiencing homelessness must take appropriate steps to help ensure compliance with Social Distancing Requirements, including adequate provision of hand sanitizer.  Also, individuals experiencing homelessness who are unsheltered and living in encampments should, to the maximum extent feasible, abide by 12 foot by 12 foot distancing for the placement of tents, and government agencies should provide restroom and hand washing facilities for individuals in such encampments as set forth in Centers for Disease Control and Prevention Interim Guidance Responding to Coronavirus 2019 (COVID-19) Among People Experiencing Unsheltered Homelessness (https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/unsheltered-homelessness.html).

15. Pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Order.  The violation of any provision of this Order constitutes an imminent threat and menace to public health, constitutes a public nuisance, and is punishable by fine, imprisonment, or both.

16. This Order shall become effective at 11:59 p.m. on March 31, 2020 and will continue to be in effect until 11:59 p.m. on May 3, 2020, or until it is extended, rescinded, superseded, or amended in writing by the Health Officer.

17. Copies of this Order shall promptly be: (1) made available at the County Administration Building at 1221 Oak Street, Oakland, California 94612; (2) posted on the County Public Health Department's website (acphd.org); and (3) provided to any member of the public requesting a copy of this Order.

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 12 of 13
**0074**

18. If any provision of this Order to its application to any person or circumstance is held to be invalid, the reminder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect.  To this end, the provisions of this Order are severable.

**IT IS SO ORDERED:**

Dr. Erica Pan                                                        Dated: March 31, 2020
Interim Health Officer of the County of Alameda

Attachments:   Appendix A – Social Distancing Protocol

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 13 of 13
**0075**

## Appendix A: Social Distancing Protocol

Business name: <span style="color:gray">Click or tap here to enter text.</span>

Facility Address: <span style="color:gray">Click or tap here to enter text.</span>

Approximate gross square footage of space open to the public: <span style="color:gray">Click or tap here to enter text.</span>

**Businesses must implement all applicable measures listed below, and be prepared to explain why any measure that is not implemented is inapplicable to the business.**

### _Signage:_

☐ Signage at each public entrance of the facility to inform all employees and customers that they should: avoid entering the facility if they have a cough or fever; maintain a minimum six-foot distance from one another; sneeze and cough into a cloth or tissue or, if not available, into one's elbow; and not shake hands or engage in any unnecessary physical contact.

☐ Signage posting a copy of the Social Distancing Protocol at each public entrance to the facility.

### _Measures To Protect Employee Health (check all that apply to the facility):_

☐ Everyone who can carry out their work duties from home has been directed to do so.

☐ All employees have been told not to come to work if sick.

☐ Symptom checks are being conducted before employees may enter the work space.

☐ All desks or individual work stations are separated by at least six feet.

☐ Break rooms, bathrooms, and other common areas are being disinfected frequently, on the following schedule:
        ☐ Break rooms:
        ☐ Bathrooms:
        ☐ Other (Click or tap here to enter text.): Click or tap here to enter text.

☐ Disinfectant and related supplies are available to all employees at the following location(s): <span style="color:gray">Click or tap here to enter text.</span>

☐ Hand sanitizer effective against COVID-19 is available to all employees at the following location(s): <span style="color:gray">Click or tap here to enter text.</span>

☐ Soap and water are available to all employees at the following location(s): <span style="color:gray">Click or tap here to enter text.</span>

☐ Copies of this Protocol have been distributed to all employees.

☐ Optional—Describe other measures: <span style="color:gray">Click or tap here to enter text.</span>

### _Measures To Prevent Crowds From Gathering (check all that apply to the facility):_

☐ Limit the number of customers in the store at any one time to <span style="color:gray">Click or tap here to enter text.</span>[insert maximum number here], which allows for customers and employees to easily maintain at least six-foot distance from one another at all practicable times.

☐ Post an employee at the door to ensure that the maximum number of customers in the facility set forth above is not exceeded.

☐ Placing per-person limits on goods that are selling out quickly to reduce crowds and lines. Explain: <span style="color:gray">Click or tap here to enter text.</span>

**Appendix A: Social Distancing Protocol**

☐ Optional—Describe other measures: *Click or tap here to enter text.*

---

## *Measures To Keep People At Least Six Feet Apart (check all that apply to the facility)*

☐ Placing signs outside the store reminding people to be at least six feet apart, including when in line.

☐ Placing tape or other markings at least six feet apart in customer line areas inside the store and on sidewalks at public entrances with signs directing customers to use the markings to maintain distance.

☐ Separate order areas from delivery areas to prevent customers from gathering.

☐ All employees have been instructed to maintain at least six feet distance from customers and from each other, except employees may momentarily come closer when necessary to accept payment, deliver goods or services, or as otherwise necessary.

☐ Optional—Describe other measures: *Click or tap here to enter text.*

---

## *Measures To Prevent Unnecessary Contact (check all that apply to the facility):*

☐ Preventing people from self-serving any items that are food-related.

    ☐ Lids for cups and food-bar type items are provided by staff; not to customers to grab.

    ☐ Bulk-item food bins are not available for customer self-service use.

☐ Not permitting customers to bring their own bags, mugs, or other reusable items from home.

☐ Providing for contactless payment systems or, if not feasible, sanitizing payment systems regularly. Describe: *Click or tap here to enter text.*

☐ Optional—Describe other measures (e.g. providing senior-only hours): *Click or tap here to enter text.*

---

## *Measures To Increase Sanitization (check all that apply to the facility):*

☐ Disinfecting wipes that are effective against COVID-19 are available near shopping carts and shopping baskets.

☐ Employee(s) assigned to disinfect carts and baskets regularly.

☐ Hand sanitizer, soap and water, or effective disinfectant is available to the public at or near the entrance of the facility, at checkout counters, and anywhere else inside the store or immediately outside where people have direct interactions.

☐ Disinfecting all payment portals, pens, and styluses after each use.

☐ Disinfecting all high-contact surfaces frequently.

☐ Optional—Describe other measures: *Click or tap here to enter text.*

\* Any additional measures not included here should be listed on separate pages, which the business should attach to this document.

**You may contact the following person with any questions or comments about this protocol:**

**Name:** *Click or tap here to enter text.*          **Phone number:** *Click or tap here to enter text.*

# EXHIBIT "9"

**BREAKING NEWS**
Coronavirus: Live in these Bay Area cities? You may not be getting a stimulus check

News > **Health** • News

# Coronavirus: Bay Area cities crack down on gun stores; L.A. sheriff goes back to ordering gun sales there stopped

In the Bay Area, stores in Pleasant Hill, Fremont and Pacifica were ordered to close and other shops will likely follow



PLEASANT HILL, CA – MARCH 25: A customer stands outside the City Arms East gun store during California's shelter-in-place order in Pleasant Hill, Calif., on Wednesday, March 25, 2020. The shelter-in-

**0079**

Case 4:20-cv-02180-JST Document 20-3 Filed 04/10/20 Page 85 of 130

place order was put in place to contain the spread of the coronavirus.
(Doug Duran/Bay Area News Group)

By **THOMAS PEELE** | tpeele@bayareanewsgroup.com | Bay Area News Group
PUBLISHED: March 26, 2020 at 2:38 p.m. | UPDATED: March 27, 2020 at 10:55 a.m.

This story is available to all readers in the interest of
public safety. Please consider supporting our coverage
of the coronavirus outbreak by subscribing to East
Bay Times. Only 99¢ for a 3-month trial.

## Support local journalism

Three Bay Area guns stores were ordered closed, another was put on notice, and
the sheriff of California's largest county reversed course again and ordered
stores in his jurisdiction to also stop selling weapons Thursday as the debate
over whether or not the businesses are essential played out across California in
the midst of the coronavirus crisis.

"In compliance with (Gov. Gavin Newsom's) executive order, gun and
ammunition stores are not considered essential businesses and will cease to sell
to the general public," Los Angeles County Sheriff Alex Villanueva tweeted
Thursday. He had announced a similar position Tuesday, but pulled back after
his county's top lawyer wrote an opinion hours later calling the stores essential.

Villanueva and others have said they are concerned about the panic buying of
guns in the midst of the crisis. Surges in gun sales have been reported across the
state and the country, with some store owners saying they are proving an
essential service by selling weapons.

In the Bay Area, a gun store in Pleasant Hill stopped sales and its doors were
locked, and stores in Pacifica and Fremont were told to close because they are
not considered essential businesses, officials said following a report by this news
organization that they were open.

But whether all gun stores will be closed remained an open question Thursday, a
day after Newsom said he would leave the matter up to "the sheriffs in their
respective jurisdictions."

**0080**

Case 4:20-cv-02180-JST　Document 20-3　Filed 04/10/20　Page 86 of 130

Contra Costa County Sheriff David Livingston, president of the California State Sheriff's Association, said in a statement Thursday that he wanted to know why health officials who worked out county shelter-in-place orders didn't consider such businesses essential.

"I am concerned with the inconsistency among counties on this issue," Livingston said. "I am also concerned that law-abiding citizens cannot purchase lawful firearms to protect themselves and their families. The Governor has left the matter to California's sheriffs, so I am trying to take a thoughtful and informed approach as we move forward."

Villanueva's announcement and Livingston's statement came as Pleasant Hill officials informed the owner of a gun shop there, City Arms East, that it was not an essential business and needed to close shut down, a city spokesperson, Gayle Vassar, wrote in an email.

"The store is to remain locked at all times and no new sales are allowed," she wrote. "Persons who had already started the purchase process will be allowed to complete their purchase by appointment only, following social distancing guidelines."

In Fremont, police said that the owner of Black Dog Armory was told to close his doors or face charges.

"He's going to have to cease operations or we're going to be forced to send a notice over to the District Attorney for charging," Lt. Walter Shadle said.

In Pacifica, Police Chief Daniel Steidle said the City Arms store there was shut down except for customers picking up weapons they have already ordered. That will stop on April 6, "after which no further activity will be allowed at the business," he said.

In Brentwood, City Manager Tim Ogden said the store there, Glaser Arms, would be hearing from the city.

"Both the county and state have issued guidelines for essential businesses. Gun sales don't fit either, and we'll provide them a notice accordingly," he wrote in an email.

In neighboring Antioch, City Manager Ron Bernal didn't respond to an email asking about the status of Antioch Armory, a gun store across the street from City Hall. The store was open Wednesday with customers browsing and workers demonstrating weapons.

4/3/2020     Coronavirus: Bay Area cities crack down on gun stores | 20 – Sheriff goes back to closing gun stores; will others – East Bay Ti…

Case 4:20-cv-02180-JST   Document 20-3   Filed 04/10/20   Page 87 of 130

In most of the Bay Area, other gun stores are closed after officials in Contra Costa, Alameda, Santa Clara, San Mateo, San Francisco, Marin and other neighboring counties issued shelter-in-place orders that included a list of essential businesses. Gun stores were not on it. The governor then put his own shelter-in-place order into effect statewide.

In counties that did not issue their own shelter-in-place orders, some sheriffs announced decisions Thursday that gun sales will continue, including San Diego, San Luis Obispo, and Shasta.

*Staff writers Robert Salonga and Joseph Geha contributed this story*

Report an error
Policies and Standards
Contact Us

 The Trust Project

---

Be the first to know.
## Sign up for Breaking News alerts

| Enter your email |
|---|

**SIGN UP**

By signing up, you agree to our privacy policy and terms of service.

---

Stay up to date on the latest Coronavirus coverage in your area.
## Sign up for the Coronavirus Update newsletter

| Enter your email |
|---|

**SIGN UP**

By signing up, you agree to our privacy policy and terms of service.

---

Tags: **Coronavirus**, **Guns**, **Regional**

**Thomas Peele** | Investigative reporter Thomas Peele is a Pulitzer Prize winning investigative reporter on the Bay Area News Group's

0082

# EXHIBIT "10"



CORONAVIRUS
**Live updates**

Everything we know about the virus

DOW
-1.7%

S&P 500
-1.5%

NASDAQ 100
-1.5%

# Gov. Gavin Newsom is letting California's 58 counties each decide if gun stores can stay open during the coronavirus shutdown as people line up to panic-buy firearms

**Katie Canales**  Mar 26, 2020, 9:59 AM





< HOMEPAGE

Case 4:20-cv-02180-JST   Document 20-3   Filed 04/10/20   Page 90 of 130



# BUSINESS
# INSIDER

Subscribe



A pedestrian pushes a stroller as people wait in line outside to buy supplies at the Martin B. Retting, Inc. gun store amid fears of the global growth of coronavirus cases, in Culver City, California, March 15, 2020   Patrick T. Fallon/Reuters

**Gun sales across the country have surged as customers panic-buy firearms in addition to essential supplies amid the coronavirus pandemic.**

**In California and the Bay Area specifically, firearm retailers have seen long lines and spikes in sales as shelter-in-place orders go into effect.**

**But whether or not gun shops qualify as essential businesses that are allowed to remain open during a shelter-in-place order has been unclear.**

**However, Gov. Gavin Newsom said on Wednesday that it's up to each of California's 58 counties to decide if gun shops within county borders are allowed to stay open.**

**Visit Business Insider's homepage for more stories.**

 **HOMEPAGE**

**0085**

California counties deem that gun stores stay open during coronavirus - Business Insider



# BUSINESS
# INSIDER

Subscribe

Gun stores across the US have seen surging sales as customers panic-buy firearms amid shelter-in-place orders to contain the coronavirus disease.

Retailers in California have also seen spikes, as first the San Francisco Bay Area entered a shelter-in-place order, and now the state has as well. As The San Francisco Chronicle reported last week, shaken customers turned to retailers in locales like Novato, Sunnyvale, and Pacifica for guns and for some peace of mind.

"The government is trying to do everything it can to keep society intact," 36-year-old Andrew Dominguez told the Chronicle outside Pacifica's City Arms store. "But if society is unraveling, it's up to us to protect ourselves."

Some firearm buyers cited a potential increase in crime rates as one motive for purchasing a gun, though reports have indicated that crime is actually down as stay-at-home orders are issued across the Bay Area. California retailers have also seen an influx of Asian-American customers looking for a means of protection against potential attacks fueled by xenophobia and racism that many are experiencing as the

‹ HOMEPAGE

**0086**

Case 4:20-cv-02180-JST   Document 20-3   Filed 04/10/20   Page 92 of 130



**BUSINESS INSIDER**

☰  🔍                                                                    Subscribe

some gun stores did indeed stay open the day that the Bay Area order went into effect.

On Wednesday, Gov. Gavin Newsom shed more light on the future of firearm retailers in the state. Instead of designating them as essential or nonessential businesses, he announced that each of the state's 58 counties would be able to decide for themselves.

"I believe in people's right to bear arms, but I'll defer to the sheriff in this instance, the sheriffs in their respective jurisdictions," said Newsom during a press conference according to Mercury News.

Second Amendment advocates argue that people have the right to bear arms now, just as they do when a global pandemic isn't occurring. But some local officials have expressed concern that leaving gun stores open could lead to a public safety issue as residents stock up on guns.

Contra Costa County Supervisor John Gioia, for example, said Wednesday that gun stores in the county would be closed. Alameda County, another Bay Area county currently under the regionwide shelter-in-place order, closed down a gun shop last week that had stayed open after the order went into effect, according to Mercury News. A spokesperson for the county said that it's also up to individual cities to enforce county orders.

Gun stores that do end up remaining open are still enforcing social distancing practices, with some directing staff to wear gloves and masks and allowing only 10

‹  HOMEPAGE

https://www.businessinsider.com/california-coronavirus-gun-stores-essential-business-gavin-newsom-2020-3                4/7



# BUSINESS INSIDER

Subscribe

Essential businesses that have typically remained open during shelter-in-place orders are grocery stores, pharmacies, banks, and hardware stores.

The San Francisco Bay Area is in the second week of the three-week shelter-in-place order, though that could be extended. Newsom said last week that the statewide stay-at-home order would last for at least eight weeks.

There are currently 1,887 confirmed cases of the virus in California, including 798 in the Bay Area.



*Do you have a personal experience with the coronavirus you'd like to share? Or a tip on how your town or community is handling the pandemic? Please email covidtips@businessinsider.com and tell us your story.*

*And get the latest coronavirus analysis and research from Business Insider Intelligence on how COVID-19 is impacting businesses.*

**Don't miss industry news. Get our daily newsletter today.**

Email

name@example.com

SIGN UP

By clicking "Sign Up", you agree to receive marketing emails from Business Insider as well as other partner

 HOMEPAGE

# EXHIBIT "11"



SAN MATEO COUNTY HEALTH
**PUBLIC HEALTH,
POLICY & PLANNING**

**Dr. Scott Morrow,** Health Officer
**Cassius Lockett, PhD,** Director

**Public Health, Policy & Planning**
225 37th Avenue
San Mateo, CA 94403
smchealth.org

# ORDER OF THE HEALTH OFFICER
## OF THE COUNTY OF SAN MATEO DIRECTING
## ALL INDIVIDUALS LIVING IN THE COUNTY TO SHELTER AT THEIR PLACE OF RESIDENCE EXCEPT THAT THEY MAY LEAVE TO PROVIDE OR RECEIVE CERTAIN ESSENTIAL SERVICES OR ENGAGE IN CERTAIN ESSENTIAL ACTIVITIES AND WORK FOR ESSENTIAL BUSINESSES AND GOVERNMENTAL SERVICES; EXEMPTING INDIVIDUALS EXPERIENCING HOMELESSNESS FROM THE SHELTER IN PLACE ORDER BUT URGING THEM TO FIND SHELTER AND GOVERNMENT AGENCIES TO PROVIDE IT; DIRECTING ALL BUSINESSES AND GOVERNMENTAL AGENCIES TO CEASE NON-ESSENTIAL OPERATIONS AT PHYSICAL LOCATIONS IN THE COUNTY; PROHIBITING ALL NON-ESSENTIAL GATHERINGS OF ANY NUMBER OF INDIVIDUALS; AND ORDERING CESSATION OF ALL NON-ESSENTIAL TRAVEL

### DATE OF ORDER: <u>MARCH 16, 2020</u>

**Please read this Order carefully. Violation of or failure to comply with this Order is a misdemeanor punishable by fine, imprisonment, or both. (California Health and Safety Code § 120295, *et seq.*)**

UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101085, AND 120175, THE HEALTH OFFICER OF THE COUNTY OF SAN MATEO ("HEALTH OFFICER") ORDERS:

1.  The intent of this Order is to ensure that the maximum number of people self-isolate in their places of residence to the maximum extent feasible, while enabling essential services to continue, to slow the spread of COVID-19 to the maximum extent possible. When people need to leave their places of residence, whether to obtain or perform vital services, or to otherwise facilitate authorized activities necessary for continuity of social and commercial life, they should at all times reasonably possible comply with Social Distancing Requirements as defined in Section 10 below. All provisions of this Order should be interpreted to effectuate this intent. Failure to comply with any of the provisions of this Order constitutes an imminent threat to public health.

2.  All individuals currently living within San Mateo County (the "County") are ordered to shelter at their place of residence. To the extent individuals are using shared or outdoor spaces, they must at all times as reasonably possible maintain social distancing of at least six feet from any other person when they are outside their residence. All persons may leave their residences only for Essential Activities, Essential Governmental Functions, or to operate Essential Businesses, all as defined in Section 10. Individuals experiencing homelessness are exempt from this Section, but are strongly urged to obtain shelter, and





governmental and other entities are strongly urged to make such shelter available as soon as possible and to the maximum extent practicable (and to utilize Social Distancing Requirements in their operation).

3. All businesses with a facility in the County, except Essential Businesses as defined below in Section 10, are required to cease all activities at facilities located within the County except Minimum Basic Operations, as defined in Section 10. For clarity, businesses may also continue operations consisting exclusively of employees or contractors performing activities at their own residences (i.e., working from home). All Essential Businesses are strongly encouraged to remain open. To the greatest extent feasible, Essential Businesses shall comply with Social Distancing Requirements as defined in Section 10 below, including, but not limited to, when any customers are standing in line.

4. All public and private gatherings of any number of people occurring outside a household or living unit are prohibited, except for the limited purposes as expressly permitted in Section 10. Nothing in this Order prohibits the gathering of members of a household or living unit.

5. All travel, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit, except Essential Travel and Essential Activities as defined below in Section 10, is prohibited. People must use public transit only for purposes of performing Essential Activities or to travel to and from work to operate Essential Businesses or maintain Essential Governmental Functions. People riding on public transit must comply with Social Distancing Requirements as defined in Section 10 below, to the greatest extent feasible. This Order allows travel into or out of the County to perform Essential Activities, operate Essential Businesses, or maintain Essential Governmental Functions.

6. This Order is issued based on evidence of increasing occurrence of COVID-19 within the County and throughout the Bay Area, scientific evidence and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, and evidence that the age, condition, and health of a significant portion of the population of the County places it at risk for serious health complications, including death, from COVID-19. Due to the outbreak of the COVID-19 virus in the general public, which is now a pandemic according to the World Health Organization, there is a public health emergency throughout the County. Making the problem worse, some individuals who contract the COVID-19 virus have no symptoms or have mild symptoms, which means they may not be aware they carry the virus. Because even people without symptoms can transmit the disease, and because evidence shows the disease is easily spread, gatherings can result in preventable transmission of the virus. The scientific evidence shows that at this stage of the emergency, it is essential to slow virus transmission as much as possible to protect the most vulnerable and to prevent the health care system from being overwhelmed. One proven way to slow the transmission is to limit interactions among people to the greatest extent practicable. By reducing the spread of the COVID-19 virus, this Order helps preserve critical and limited healthcare capacity in the County.

7. This Order also is issued in light of the existence of 41 cases of COVID-19 in the County, as well as at least 258 confirmed cases and at least three deaths in the seven Bay Area jurisdictions jointly issuing this Order, as of 5 p.m. on March 15, 2020, including a significant and increasing number of suspected cases of community transmission and likely further significant increases in transmission. Widespread testing for COVID-19 is not yet available but is expected to increase in the coming days. This Order is



necessary to slow the rate of spread and the Health Officer will re-evaluate it as further data becomes available.

8. This Order revokes and replaces Order Number C19-2b (revised), originally issued on March 14, 2020. That order is no longer in effect as of the effective date and time of this Order. This Order is issued in accordance with, and incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom, the March 3, 2020 Proclamation by the Director of Emergency Services Declaring the Existence of a Local Emergency in the County, the March 3, 2020 Declaration of Local Health Emergency Regarding Novel Coronavirus 2019 (COVID-19) issued by the Health Officer, the March 10, 2020 Resolution of the Board of Supervisors of the County of San Mateo Ratifying and Extending the Declaration of a Local Health Emergency, the March 11, 2020 and March Order of the Health Officer No. C19-1 restricting visitors to skilled nursing facilities, the March 12, 2020 State of California Executive Order N-25-20, and the March 13, 2020 Order of the Health Officer No. C19-3 imposing a School Operations Modification Order.

9. This Order comes after the release of substantial guidance from the County Health Officer, the Centers for Disease Control and Prevention, the California Department of Public Health, and other public health officials throughout the United States and around the world, including a variety of prior orders to combat the spread and harms of COVID-19. The Health Officer will continue to assess the quickly evolving situation and may modify or extend this Order, or issue additional Orders, related to COVID-19.

10. Definitions and Exemptions.

    a. For purposes of this Order, individuals may leave their residence only to perform any of the following "Essential Activities." But people at high risk of severe illness from COVID-19 and people who are sick are urged to stay in their residence to the extent possible except as necessary to seek medical care.

        i. To engage in activities or perform tasks essential to their health and safety, or to the health and safety of their family or household members (including, but not limited to, pets), such as, by way of example only and without limitation, obtaining medical supplies or medication, visiting a health care professional, or obtaining supplies they need to work from home.

        ii. To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example only and without limitation, canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products, and products necessary to maintain the safety, sanitation, and essential operation of residences.

        iii. To engage in outdoor activity, provided the individuals comply with Social Distancing Requirements as defined in this Section, such as, by way of example and without limitation, walking, hiking, or running.



      iv.  To perform work providing essential products and services at an Essential Business or to otherwise carry out activities specifically permitted in this Order, including Minimum Basic Operations.

      v.  To care for a family member or pet in another household.

b.  For purposes of this Order, individuals may leave their residence to work for or obtain services at any "Healthcare Operations" including hospitals, clinics, dentists, pharmacies, pharmaceutical and biotechnology companies, other healthcare facilities, healthcare suppliers, home healthcare services providers, mental health providers, or any related and/or ancillary healthcare services. "Healthcare Operations" also includes veterinary care and all healthcare services provided to animals. This exemption shall be construed broadly to avoid any impacts to the delivery of healthcare, broadly defined. "Healthcare Operations" does not include fitness and exercise gyms and similar facilities.

c.  For purposes of this Order, individuals may leave their residence to provide any services or perform any work necessary to the operations and maintenance of "Essential Infrastructure," including, but not limited to, public works construction, construction of housing (in particular affordable housing or housing for individuals experiencing homelessness), airport operations, water, sewer, gas, electrical, oil refining, roads and highways, public transportation, solid waste collection and removal, internet, and telecommunications systems (including the provision of essential global, national, and local infrastructure for computing services, business infrastructure, communications, and web-based services), provided that they carry out those services or that work in compliance with Social Distancing Requirements as defined this Section, to the extent possible.

d.  For purposes of this Order, all first responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel, and others who need to perform essential services are categorically exempt from this Order. Further, nothing in this Order shall prohibit any individual from performing or accessing "Essential Governmental Functions," as determined by the governmental entity performing those functions. Each governmental entity shall identify and designate appropriate employees or contractors to continue providing and carrying out any Essential Governmental Functions. All Essential Governmental Functions shall be performed in compliance with Social Distancing Requirements as defined in this Section, to the extent possible.

e.  For the purposes of this Order, covered businesses include any for-profit, non-profit, or educational entities, regardless of the nature of the service, the function they perform, or its corporate or entity structure.

f.  For the purposes of this Order, "Essential Businesses" means:

      i.  Healthcare Operations and Essential Infrastructure;

      ii.  Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry,



and any other household consumer products (such as cleaning and personal care products). This includes stores that sell groceries and also sell other non-grocery products, and products necessary to maintaining the safety, sanitation, and essential operation of residences;

iii. Food cultivation, including farming, livestock, and fishing;

iv. Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;

v. Newspapers, television, radio, and other media services;

vi. Gas stations and auto-supply, auto-repair, and related facilities;

vii. Banks and related financial institutions;

viii. Hardware stores;

ix. Plumbers, electricians, exterminators, and other service providers who provide services that are necessary to maintaining the safety, sanitation, and essential operation of residences, Essential Activities, and Essential Businesses;

x. Businesses providing mailing and shipping services, including post office boxes;

xi. Educational institutions—including public and private K-12 schools, colleges, and universities—for purposes of facilitating distance learning or performing essential functions, provided that social distancing of six-feet per person is maintained to the greatest extent possible;

xii. Laundromats, drycleaners, and laundry service providers;

xiii. Restaurants and other facilities that prepare and serve food, but only for delivery or carry out. Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and take-away basis only. Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;

xiv. Businesses that supply products needed for people to work from home;

xv. Businesses that supply other essential businesses with the support or supplies necessary to operate;

xvi. Businesses that ship or deliver groceries, food, goods or services directly to residences;

xvii. Airlines, taxis, and other private transportation providers providing transportation services necessary for Essential Activities and other purposes expressly authorized in this Order;

xviii. Home-based care for seniors, adults, or children;

xix. Residential facilities and shelters for seniors, adults, and children;

xx. Professional services, such as legal or accounting services, when necessary to assist in compliance with legally mandated activities;

xxi. Childcare facilities providing services that enable employees exempted in this Order to work as permitted. To the extent possible, childcare facilities must operate under the following mandatory conditions:

    1. Childcare must be carried out in stable groups of 12 or fewer ("stable" means that the same 12 or fewer children are in the same group each day).

    2. Children shall not change from one group to another.



      3.  If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.

      4.  Childcare providers shall remain solely with one group of children.

g.  For the purposes of this Order, "Minimum Basic Operations" include the following, provided that employees comply with Social Distancing Requirements as defined this Section, to the extent possible, while carrying out such operations:

      i.  The minimum necessary activities to maintain the value of the business's inventory, ensure security, process payroll and employee benefits, or for related functions.

      ii.  The minimum necessary activities to facilitate employees of the business being able to continue to work remotely from their residences.

h.  For the purposes of this Order, "Essential Travel" includes travel for any of the following purposes.  Individuals engaged in any Essential Travel must comply with all Social Distancing Requirements as defined in this Section below.

      i.  Any travel related to the provision of or access to Essential Activities, Essential Governmental Functions, Essential Businesses, or Minimum Basic Operations.

      ii.  Travel to care for elderly, minors, dependents, persons with disabilities, or other vulnerable persons.

      iii.  Travel to or from educational institutions for purposes of receiving materials for distance learning, for receiving meals, and any other related services.

      iv.  Travel to return to a place of residence from outside the jurisdiction.

      v.  Travel required by law enforcement or court order.

      vi.  Travel required for non-residents to return to their place of residence outside the County. Individuals are strongly encouraged to verify that their transportation out of the County remains available and functional prior to commencing such travel.

i.  For purposes of this Order, residences include hotels, motels, shared rental units and similar facilities.

j.  For purposes of this Order, "Social Distancing Requirements" includes maintaining at least six-foot social distancing from other individuals, washing hands with soap and water for at least twenty seconds as frequently as possible or using hand sanitizer, covering coughs or sneezes (into the sleeve or elbow, not hands), regularly cleaning high-touch surfaces, and not shaking hands.

11. Pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Order.  The violation of any provision of this Order constitutes an imminent threat to public health.

12. This Order shall become effective at 12:01 a.m. on March 17, 2020 and will continue to be in effect until 11:59 p.m. on April 7, 2020, or until it is extended, rescinded, superseded, or amended in writing by the Health Officer.



13. Copies of this Order shall promptly be: (1) made available at the County Government Center at 400 County Center, Redwood City, CA 94063; (2) posted on the County Public Health Department website (available at www.smchealth.org); and (3) provided to any member of the public requesting a copy of this Order.

14. If any provision of this Order to the application thereof to any person or circumstance is held to be invalid, the reminder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect.  To this end, the provisions of this Order are severable.

**IT IS SO ORDERED:**

_____

Scott Morrow MD, MPH                                    Dated: March 16, 2020
Health Officer of the County of San Mateo

# EXHIBIT "12"



ANNA M. ROTH, RN, MS, MPH
HEALTH SERVICES DIRECTOR

CHRIS FARNITANO, MD
HEALTH OFFICER

OFFICE OF THE DIRECTOR

1220 Morello, Suite 200
Martinez, CA 94553

Ph  (925) 925-957-5403
Fax  (925) 957-2651

# ORDER OF THE HEALTH OFFICER
## OF THE COUNTY OF CONTRA COSTA DIRECTING
ALL INDIVIDUALS LIVING IN THE COUNTY TO SHELTER AT THEIR
PLACE OF RESIDENCE EXCEPT THAT THEY MAY LEAVE TO
PROVIDE OR RECEIVE CERTAIN ESSENTIAL SERVICES OR
ENGAGE IN CERTAIN ESSENTIAL ACTIVITIES AND WORK FOR
ESSENTIAL BUSINESSES AND GOVERNMENTAL SERVICES;
EXEMPTING INDIVIDUALS EXPERIENCING HOMELESSNESS FROM
THE SHELTER IN PLACE ORDER BUT URGING THEM TO FIND
SHELTER AND GOVERNMENT AGENCIES TO PROVIDE IT;
DIRECTING ALL BUSINESSES AND GOVERNMENTAL AGENCIES TO
CEASE NON-ESSENTIAL OPERATIONS AT PHYSICAL LOCATIONS IN
THE COUNTY; PROHIBITING ALL NON-ESSENTIAL GATHERINGS
OF ANY NUMBER OF INDIVIDUALS; AND ORDERING CESSATION OF
ALL NON-ESSENTIAL TRAVEL

### DATE OF ORDER: <u>MARCH 16, 2020</u>

**Please read this Order carefully. Violation of or failure to comply with this Order is a
misdemeanor punishable by fine, imprisonment, or both. (California Health and Safety Code §
120295, *et seq.*)**

UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS
101040, AND 120175, THE HEALTH OFFICER OF THE COUNTY OF CONTRA COSTA
("HEALTH OFFICER") ORDERS:

1) The intent of this Order is to ensure that the maximum number of people self-isolate in their
   places of residence to the maximum extent feasible, while enabling essential services to continue,
   to slow the spread of COVID-19 to the maximum extent possible. When people need to leave
   their places of residence, whether to obtain or perform vital services, or to otherwise facilitate
   authorized activities necessary for continuity of social and commercial life, they should at all
   times reasonably possible comply with Social Distancing Requirements as defined in Section 10
   below. All provisions of this Order should be interpreted to effectuate this intent. Failure to
   comply with any of the provisions of this Order constitutes an imminent threat to public health.

2) All individuals currently living within Contra Costa County (the "County") are ordered to shelter
   at their place of residence. To the extent individuals are using shared or outdoor spaces, they
   must at all times as reasonably possible maintain social distancing of at least six feet from any
   other person when they are outside their residence. All persons may leave their residences only
   for Essential Activities, Essential Governmental Functions, or to operate Essential Businesses, all



as defined in Section 10. Individuals experiencing homelessness are exempt from this Section, but are strongly urged to obtain shelter, and governmental and other entities are strongly urged to make such shelter available as soon as possible and to the maximum extent practicable (and to utilize Social Distancing Requirements in their operation).

3) All businesses with a facility in the County, except Essential Businesses as defined below in Section 10, are required to cease all activities at facilities located within the County except Minimum Basic Operations, as defined in Section 10. For clarity, businesses may also continue operations consisting exclusively of employees or contractors performing activities at their own residences (i.e., working from home). All Essential Businesses are strongly encouraged to remain open. To the greatest extent feasible, Essential Businesses shall comply with Social Distancing Requirements as defined in Section 10 below, including, but not limited to, when any customers are standing in line.

4) All public and private gatherings of any number of people occurring outside a household or living unit are prohibited, except for the limited purposes as expressly permitted in Section 10. Nothing in this Order prohibits the gathering of members of a household or living unit.

5) All travel, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit, except Essential Travel and Essential Activities as defined below in Section 10, is prohibited. People must use public transit only for purposes of performing Essential Activities or to travel to and from work to operate Essential Businesses or maintain Essential Governmental Functions. People riding on public transit must comply with Social Distancing Requirements as defined in Section 10 below, to the greatest extent feasible. This Order allows travel into or out of the County to perform Essential Activities, operate Essential Businesses, or maintain Essential Governmental Functions.

6) This Order is issued based on evidence of increasing occurrence of COVID-19 within the County and throughout the Bay Area, scientific evidence and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, and evidence that the age, condition, and health of a significant portion of the population of the County places it at risk for serious health complications, including death, from COVID-19. Due to the outbreak of the COVID-19 virus in the general public, which is now a pandemic according to the World Health Organization, there is a public health emergency throughout the County. Making the problem worse, some individuals who contract the COVID-19 virus have no symptoms or have mild symptoms, which means they may not be aware they carry the virus. Because even people without symptoms can transmit the disease, and because evidence shows the disease is easily spread, gatherings can result in preventable transmission of the virus. The scientific evidence shows that at this stage of the emergency, it is essential to slow virus transmission as much as possible to protect the most vulnerable and to prevent the health care system from being overwhelmed. One proven way to slow the transmission is to limit interactions among people to the greatest extent practicable. By reducing the spread of the COVID-19 virus, this Order helps preserve critical and limited healthcare capacity in the County.

7) This Order also is issued in light of the existence of 29 cases of COVID-19 in the County, as well as at least 258 confirmed cases and at least three deaths in the seven Bay Area jurisdictions jointly issuing this Order, as of 5 p.m. on March 15, 2020, including a significant and increasing number of suspected cases of community transmission and likely further significant increases in transmission. Widespread testing for COVID-19 is not yet available but is expected to increase in

the coming days. This Order is necessary to slow the rate of spread and the Health Officer will re-evaluate it as further data becomes available.

8) This Order is issued in accordance with, and incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom, This Order is issued in accordance with, and incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom and the March 10, 2020 Resolution of the Contra Costa County Board of Supervisors declaring the existence of a Local Emergency in Contra Costa County.

9) This Order comes after the release of substantial guidance from the County Health Officer, the Centers for Disease Control and Prevention, the California Department of Public Health, and other public health officials throughout the United States and around the world, including a variety of prior orders to combat the spread and harms of COVID-19. The Health Officer will continue to assess the quickly evolving situation and may modify or extend this Order, or issue additional Orders, related to COVID-19.

10) Definitions and Exemptions.
   a. For purposes of this Order, individuals may leave their residence only to perform any of the following "Essential Activities." But people at high risk of severe illness from COVID-19 and people who are sick are urged to stay in their residence to the extent possible except as necessary to seek medical care.
      i. To engage in activities or perform tasks essential to their health and safety, or to the health and safety of their family or household members (including, but not limited to, pets), such as, by way of example only and without limitation, obtaining medical supplies or medication, visiting a health care professional, or obtaining supplies they need to work from home.
      ii) To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example only and without limitation, canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products, and products necessary to maintain the safety, sanitation, and essential operation of residences.
      iii) To engage in outdoor activity, provided the individuals comply with Social Distancing Requirements as defined in this Section, such as, by way of example and without limitation, walking, hiking, or running.
      iv) To perform work providing essential products and services at an Essential Business or to otherwise carry out activities specifically permitted in this Order, including Minimum Basic Operations.
      v) To care for a family member or pet in another household.
   b. For purposes of this Order, individuals may leave their residence to work for or obtain services at any "Healthcare Operations" including hospitals, clinics, dentists, pharmacies, pharmaceutical and biotechnology companies, other healthcare facilities, healthcare suppliers, home healthcare services providers, mental health providers, or any related and/or ancillary healthcare services. "Healthcare Operations" also includes veterinary care and all healthcare services provided to animals. This exemption shall be construed broadly to avoid any impacts to the delivery of healthcare, broadly defined. "Healthcare Operations" does not include fitness and exercise gyms and similar facilities.



• Contra Costa Behavioral Health Services • Contra Costa Emergency Medical Services • Contra Costa Environmental Health & Hazardous Materials Programs •
• Contra Costa Health, Housing & Homeless Services • Contra Costa Health Plan • Contra Costa Public Health • Contra Costa Regional Medical Center & Health Centers •

0100

c) For purposes of this Order, individuals may leave their residence to provide any services or perform any work necessary to the operations and maintenance of "Essential Infrastructure," including, but not limited to, public works construction, construction of housing (in particular affordable housing or housing for individuals experiencing homelessness), airport operations, water, sewer, gas, electrical, oil refining, roads and highways, public transportation, solid waste collection and removal, internet, and telecommunications systems (including the provision of essential global, national, and local infrastructure for computing services, business infrastructure, communications, and web-based services), provided that they carry out those services or that work in compliance with Social Distancing Requirements as defined this Section, to the extent possible.

d) For purposes of this Order, all first responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel, and others who need to perform essential services are categorically exempt from this Order. Further, nothing in this Order shall prohibit any individual from performing or accessing "Essential Governmental Functions," as determined by the governmental entity performing those functions. Each governmental entity shall identify and designate appropriate employees or contractors to continue providing and carrying out any Essential Governmental Functions. All Essential Governmental Functions shall be performed in compliance with Social Distancing Requirements as defined in this Section, to the extent possible.

e) For the purposes of this Order, covered businesses include any for-profit, non-profit, or educational entities, regardless of the nature of the service, the function they perform, or its corporate or entity structure.

f) For the purposes of this Order, "Essential Businesses" means:

   i) Healthcare Operations and Essential Infrastructure;

   ii) Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products (such as cleaning and personal care products). This includes stores that sell groceries and also sell other non-grocery products, and products necessary to maintaining the safety, sanitation, and essential operation of residences;

   iii) Food cultivation, including farming, livestock, and fishing;

   iv) Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;

   v) Newspapers, television, radio, and other media services;

   vi) Gas stations and auto-supply, auto-repair, and related facilities;

   vii) Banks and related financial institutions;

   viii) Hardware stores;

   ix) Plumbers, electricians, exterminators, and other service providers who provide services that are necessary to maintaining the safety, sanitation, and essential operation of residences, Essential Activities, and Essential Businesses;

   x) Businesses providing mailing and shipping services, including post office boxes;

   xi) Educational institutions—including public and private K-12 schools, colleges, and universities—for purposes of facilitating distance learning or performing essential functions, provided that social distancing of six-feet per person is maintained to the greatest extent possible;

   xii) Laundromats, drycleaners, and laundry service providers;

   xiii) Restaurants and other facilities that prepare and serve food, but only for delivery or carry out. Schools and other entities that typically provide free food services to



• Contra Costa Behavioral Health Services • Contra Costa Emergency Medical Services • Contra Costa Environmental Health & Hazardous Materials Programs •
• Contra Costa Health, Housing & Homeless Services • Contra Costa Health Plan • Contra Costa Public Health • Contra Costa Regional Medical Center & Health Centers •

0101

students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and take-away basis only. Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;

xiv) Businesses that supply products needed for people to work from home;

xv) Businesses that supply other Essential Businesses with the support or supplies necessary to operate;

xvi) Businesses that ship or deliver groceries, food, goods or services directly to residences;

xvii) Airlines, taxis, and other private transportation providers providing transportation services necessary for Essential Activities and other purposes expressly authorized in this Order;

xviii) Home-based care for seniors, adults, or children;

xix) Residential facilities and shelters for seniors, adults, and children;

xx) Professional services, such as legal or accounting services, when necessary to assist in compliance with legally mandated activities;

xxi) Childcare facilities providing services that enable employees exempted in this Order to work as permitted. To the extent possible, childcare facilities must operate under the following mandatory conditions:

    (1) Childcare must be carried out in stable groups of 12 or fewer ("stable" means that the same 12 or fewer children are in the same group each day).

    (2) Children shall not change from one group to another.

    (3) If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.

    (4) Childcare providers shall remain solely with one group of children.

g) For the purposes of this Order, "Minimum Basic Operations" include the following, provided that employees comply with Social Distancing Requirements as defined this Section, to the extent possible, while carrying out such operations:

    i. The minimum necessary activities to maintain the value of the business's inventory, ensure security, process payroll and employee benefits, or for related functions.

    ii. The minimum necessary activities to facilitate employees of the business being able to continue to work remotely from their residences.

h) For the purposes of this Order, "Essential Travel" includes travel for any of the following purposes. Individuals engaged in any Essential Travel must comply with all Social Distancing Requirements as defined in this Section below.

    i. Any travel related to the provision of or access to Essential Activities, Essential Governmental Functions, Essential Businesses, or Minimum Basic Operations.

    ii. Travel to care for elderly, minors, dependents, persons with disabilities, or other vulnerable persons.

    iii. Travel to or from educational institutions for purposes of receiving materials for distance learning, for receiving meals, and any other related services.

    iv. Travel to or return from a place of residence outside the jurisdiction.

    v. Travel required by law enforcement or court order.

    vi. Travel required for non-residents to return to their place of residence outside the County. Individuals are strongly encouraged to verify that their transportation out of the County remains available and functional prior to commencing such travel.

i) For purposes of this Order, residences include hotels, motels, shared rental units and similar facilities.

• Contra Costa Behavioral Health Services • Contra Costa Emergency Medical Services • Contra Costa Environmental Health & Hazardous Materials Programs •
• Contra Costa Health, Housing & Homeless Services • Contra Costa Health Plan • Contra Costa Public Health • Contra Costa Regional Medical Center & Health Centers •

0102

    j)   For purposes of this Order, "Social Distancing Requirements" includes maintaining at least six-foot social distancing from other individuals, washing hands with soap and water for at least twenty seconds as frequently as possible or using hand sanitizer, covering coughs or sneezes (into the sleeve or elbow, not hands), regularly cleaning high-touch surfaces, and not shaking hands.

11) Pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Order. The violation of any provision of this Order constitutes an imminent threat to public health.

12) This Order shall become effective at 12:01 a.m. on March 17, 2020 and will continue to be in effect until 11:59 p.m. on April 7, 2020, or until it is extended, rescinded, superseded, or amended in writing by the Health Officer.

13) Copies of this Order shall promptly be: (1) made available at Office of the Director of Health of Contra Costa County, 1220 Morello Ave, Martinez CA 94553; (2) posted on the County Public Health Department website www.cchealth.org; and (3) provided to any member of the public requesting a copy of this Order.

14) If any provision of this Order to the application thereof to any person or circumstance is held to be invalid, the reminder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect. To this end, the provisions of this Order are severable.

15) Questions or comments regarding this order may be directed to Contra Costa Health Services at 1-844-729-8410.

**IT IS SO ORDERED:**

Chris Farnitano, MD
Health Officer of the County of Contra Costa County


Dated: March 16, 2020

Ori Tzvieli, MD, Deputy Health Officer

# EXHIBIT "13"



ANNA M. ROTH, RN, MS, MPH
HEALTH SERVICES DIRECTOR

CHRIS FARNITANO, MD
HEALTH OFFICER

CONTRA COSTA
HEALTH SERVICES

OFFICE OF
THE DIRECTOR

1220 Morello, Suite 200
Martinez, CA 94553

Ph  (925) 957-2679
Fax  (925) 957-2651

# ORDER OF THE HEALTH OFFICER
## OF THE COUNTY OF CONTRA COSTA DIRECTING
ALL INDIVIDUALS LIVING IN THE COUNTY TO CONTINUE
SHELTERING AT THEIR PLACE OF RESIDENCE EXCEPT FOR
ESSENTIAL NEEDS; CONTINUING TO EXEMPT HOMELESS
INDIVIDUALS FROM THE ORDER BUT URGING GOVERNMENT
AGENCIES TO PROVIDE THEM SHELTER AND HAND SANITATION
FACILITIES; RESTRICTING ACCESS TO RECREATION AREAS;
REQUIRING ESSENTIAL BUSINESSES TO IMPLEMENT SOCIAL
DISTANCING PROTOCOLS; CLARIFYING AND FURTHER LIMITING
ESSENTIAL BUSINESS ACTIVITIES, INCLUDING CONSTRUCTION;
AND DIRECTING ALL BUSINESSES AND GOVERNMENTAL
OPERATIONS TO FURTHER CEASE NON-ESSENTIAL OPERATIONS

### Order No. HO-COVID19-03

### DATE OF ORDER: MARCH 31, 2020

**Please read this Order carefully. Violation of or failure to comply with this Order is a misdemeanor punishable by fine, imprisonment, or both. (California Health and Safety Code § 120295.)**

UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040 AND 120175, THE HEALTH OFFICER OF THE COUNTY OF CONTRA COSTA ("HEALTH OFFICER") ORDERS:

1. This Order supersedes the March 16, 2020, Order of the Health Officer directing all individuals to shelter in place ("Prior Shelter Order"). This Order clarifies, strengthens, and extends certain terms of the Prior Shelter Order to increase social distancing and reduce person-to-person contact in order to further slow transmission of Novel Coronavirus Disease 2019 ("COVID-19"). As of the effective date and time of this Order set forth in Section 16 below, all individuals, businesses and government agencies in the County of Contra Costa ("County") are required to follow the provisions of this Order.



• Contra Costa Behavioral Health Services • Contra Costa Emergency Medical Services • Contra Costa Environmental Health & Hazardous Materials Programs •
• Contra Costa Health, Housing & Homeless Services • Contra Costa Health Plan • Contra Costa Public Health • Contra Costa Regional Medical Center & Health Centers •

2.  The intent of this Order is to ensure that the maximum number of people shelter in their places of residence to the maximum extent feasible to slow the spread of COVID-19 and mitigate the impact on delivery of critical healthcare services to those in need. All provisions of this Order must be interpreted to effectuate this intent. Failure to comply with any of the provisions of this Order constitutes an imminent threat and menace to public health, constitutes a public nuisance, and is punishable by fine, imprisonment, or both.

3.  All individuals currently living within the County are ordered to shelter at their place of residence. They may leave their residence only for Essential Activities, for Essential Governmental Functions, Essential Travel, to work for Essential Businesses, or to perform Minimum Basic Operations for non-essential businesses, all as defined in Section 13. Individuals experiencing homelessness are exempt from this Section, but are strongly urged to obtain shelter, and governmental and other entities are strongly urged to, as soon as possible, make such shelter available and provide handwashing or hand sanitation facilities to persons who continue experiencing homelessness.

4.  When people need to leave their place of residence for the limited purposes allowed in this Order, they must strictly comply with Social Distancing Requirements as defined in Section 13.k, except as expressly provided in this Order.

5.  All businesses with a facility in the County, except Essential Businesses, as defined in Section 13.f, are required to cease all activities at facilities located within the County except Minimum Basic Operations, as defined in Section 13.g. For clarity, all businesses may continue operations consisting exclusively of owners, employees, volunteers, or contractors performing activities at their own residences (i.e., working from home). All Essential Businesses are strongly encouraged to remain open. But Essential Businesses are directed to maximize the number of employees who work from home. Essential Businesses may only assign those employees who cannot perform their job duties from home to work outside the home. All Essential Businesses shall prepare, post, and implement a Social Distancing Protocol at each of their facilities at which they are maintaining operations, as specified in Section 13.h. Businesses that include an Essential Business component at their facilities alongside non-essential components must, to the extent feasible, scale down their operations to the Essential Business component only; provided, however, that mixed retail businesses that are otherwise allowed to operate under this Order may continue to stock and sell non-essential products. Essential Businesses must follow industry-specific guidance issued by the Health Officer related to COVID-19.

6.  All public and private gatherings of any number of people occurring outside a single household or living unit are prohibited, except for the limited purposes expressly permitted in this Order. Nothing in this Order prohibits members of a single household or living unit from engaging in Essential Travel or Essential Activities together.

7.  All travel, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit, except Essential Travel, as defined below in Section 13.i, is


• Contra Costa Behavioral Health Services • Contra Costa Emergency Medical Services • Contra Costa Environmental Health & Hazardous Materials Programs •
• Contra Costa Health, Housing & Homeless Services • Contra Costa Health Plan • Contra Costa Public Health • Contra Costa Regional Medical Center & Health Centers •

0106

prohibited. People may use public transit only for purposes of performing Essential Activities or to travel to and from work to operate Essential Businesses, maintain Essential Governmental Functions, or to perform Minimum Basic Operations at non-essential businesses. Transit agencies and people riding on public transit must comply with Social Distancing Requirements, as defined in Section 13.k, to the greatest extent feasible. This Order allows travel into or out of the County only to perform Essential Activities, operate Essential Businesses, maintain Essential Governmental Functions, or perform Minimum Basic Operations at non-essential businesses.

8.  This Order is issued based on evidence of increasing occurrence of COVID-19 within the County and throughout the Bay Area, scientific evidence and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, and evidence that the age, condition, and health of a significant portion of the population of the County places it at risk for serious health complications, including death, from COVID-19. Due to the outbreak of the COVID-19 disease in the general public, which is now a pandemic according to the World Health Organization, there is a public health emergency throughout the County. Making the problem worse, some individuals who contract the virus causing the COVID-19 disease have no symptoms or have mild symptoms, which means they may not be aware they carry the virus and are transmitting it to others. Because even people without symptoms can transmit the infection, and because evidence shows the infection is easily spread, gatherings and other interpersonal interactions can result in preventable transmission of the virus. This public health emergency has substantially worsened since the County issued the Prior Shelter Order on March 16, 2020, with a significant escalation in the number of positive cases, hospitalizations, and deaths, and increasing strain on health care resources. At the same time, evidence suggests that the restrictions on mobility and social distancing requirements imposed by the Prior Shelter Order are slowing the rate of increase in community transmission and confirmed cases by limiting interactions among people, consistent with scientific evidence of the efficacy of similar measures in other parts of the country and world. The scientific evidence shows that at this stage of the emergency, it remains essential to continue to slow virus transmission as much as possible to protect the most vulnerable, to prevent the health care system from being overwhelmed, and to prevent deaths. Extension of the Prior Shelter Order and strengthening of its restrictions are necessary to further reduce the spread of the COVID-19 disease, preserving critical and limited healthcare capacity in the County and advancing toward a point in the public health emergency where transmission can be controlled.

9.  This Order is also issued in light of the existence, as of March 29, 2020, of 175 cases of COVID-19 in the County, as well as at least 2,092 confirmed cases (up from 258 confirmed cases on March 15, 2020, just before the Prior Shelter Order) and at least 51 deaths (up from three deaths on March 15, 2020) in the seven Bay Area jurisdictions jointly issuing this Order, including a significant and increasing number of suspected cases of community transmission and likely further significant increases in transmission. This Order is necessary to slow the rate of spread, and the Health Officer will re-evaluate it as further data becomes available.



• Contra Costa Behavioral Health Services • Contra Costa Emergency Medical Services • Contra Costa Environmental Health & Hazardous Materials Programs •
• Contra Costa Health, Housing & Homeless Services • Contra Costa Health Plan • Contra Costa Public Health • Contra Costa Regional Medical Center & Health Centers •

0107

10. This Order is issued in accordance with, and incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom, the March 12, 2020, Executive Order (Executive Order N-25-20) issued by Governor Gavin Newsom and the March 10, 2020, Proclamation by the Contra Costa County Board of Supervisors declaring the existence of a local emergency.

11. This Order is issued in light of evidence that the Prior Shelter Order has been generally effective in increasing social distancing, but that at this time additional restrictions are necessary to further mitigate the rate of transmission of COVID-19, to prevent the health care system from being overwhelmed, and prevent death. This Order comes after the release of substantial guidance from the County Health Officer, the Centers for Disease Control and Prevention, the California Department of Public Health, and other public health officials throughout the United States and around the world, including an increasing number of orders imposing similar social distancing requirements and mobility restrictions to combat the spread and harms of COVID-19. The Health Officer will continue to assess the quickly evolving situation and may modify or extend this Order, or issue additional Orders, related to COVID-19, as changing circumstances dictate.

12. This Order is also issued in light of the March 19, 2020 Order of the State Public Health Officer (the "State Shelter Order"), which set baseline statewide restrictions on non-residential business activities effective until further notice, as well as the Governor's March 19, 2020, Executive Order N-33-20, directing California residents to follow the State Shelter Order. The State Shelter Order was complementary to the Prior Shelter Order. This Order adopts in certain respects more stringent restrictions addressing the particular facts and circumstances in this County, which are necessary to control the public health emergency as it is evolving within the County and the Bay Area. Without this tailored set of restrictions that further reduces the number of interactions between persons, scientific evidence indicates that the public health crisis in the County will worsen to the point at which it may overtake available health care resources within the County and increase the death rate. Also, this Order enumerates additional restrictions on non-work-related travel not covered by the State Shelter Order, including limiting such travel to performance of Essential Travel or Essential Activities; sets forth mandatory Social Distancing Requirements for all individuals in the County when engaged in activities outside their residences; and adds a mechanism to ensure that Essential Businesses comply with the Social Distancing Requirements. Where a conflict exists between this Order and any state public health order related to the COVID-19 pandemic, the most restrictive provision controls. Consistent with California Health and Safety Code section 131080 and the Health Officer Practice Guide for Communicable Disease Control in California, except where the State Public Health Officer may issue an order expressly directed at this Order and based on a finding that a provision of this Order constitutes a menace to public health, any more restrictive measures in this Order continue to apply and control in this County.

13. Definitions and Exemptions.

    a. For the purposes of this Order, individuals may leave their residence only to perform the following "Essential Activities." But people at high risk of severe illness from COVID-19 and people who are sick are strongly urged to stay in their residence to the extent possible, except as necessary to seek or provide medical care or Essential Governmental Functions. Essential Activities are:

        i. To engage in activities or perform tasks important to their health and safety, or to the health and safety of their family or household members (including pets), such as, by way of example only and without limitation, obtaining medical supplies or medication, or visiting a health care professional.

        ii. To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example only and without limitation, canned food, dry goods, fresh fruits and vegetables, pet supplies, fresh meats, fish, and poultry, and any other household consumer products, products needed to work from home, or products necessary to maintain the habitability, sanitation, and operation of residences.

        iii. To engage in outdoor recreation activity, including, by way of example and without limitation, walking, hiking, bicycling, and running, in compliance with Social Distancing Requirements and with the following limitations:

            1. Outdoor recreation activity at parks, beaches, and other open spaces must be in conformance with any restrictions on access and use established by the Health Officer, government, or other entity that manages such area to reduce crowding and risk of transmission of COVID-19. Such restrictions may include, but are not limited to, restricting the number of entrants, closing the area to vehicular access and parking, or closure to all public access;

            2. Use of recreational areas with high-touch equipment or that encourage gathering, including, but not limited to, playgrounds, outdoor gym equipment, picnic areas, dog parks, and barbecue areas, is prohibited outside of residences, and all such areas shall be closed to public access including by signage and, as appropriate, by physical barriers;

            3. Use of shared facilities for recreational activities outside of residences, including, but not limited to, golf courses, tennis and pickle ball courts, rock parks, climbing walls, pools, spas, shooting and archery ranges, gyms, disc golf, and basketball courts is prohibited and those areas must be closed for recreational purposes, including by signage and, as appropriate, by physical barriers. Such facilities may be repurposed during the emergency to provide essential services needed to address the COVID-19 pandemic; and



• Contra Costa Behavioral Health Services • Contra Costa Emergency Medical Services • Contra Costa Environmental Health & Hazardous Materials Programs •

• Contra Costa Health, Housing & Homeless Services • Contra Costa Health Plan • Contra Costa Public Health • Contra Costa Regional Medical Center & Health Centers •

0109

        4.   Sports or activities that include the use of shared equipment may only be engaged in by members of the same household or living unit.

    iv.  To perform work for an Essential Business or to otherwise carry out activities specifically permitted in this Order, including Minimum Basic Operations, as defined in this Section.

    v.  To provide necessary care for a family member or pet in another household who has no other source of care.

    vi.  To attend a funeral with no more than 10 individuals present.

    vii.  To move residences, but only if it is not possible to defer an already planned move, if the move is necessitated by safety, sanitation, or habitability reasons, or if the move is necessary to preserve access to shelter. When moving into or out of the Bay Area region, individuals are strongly urged to quarantine for 14 days. To quarantine, individuals should follow the guidance of the Centers for Disease Control and Prevention.

b.  For the purposes of this Order, individuals may leave their residence to work for, volunteer at, or obtain services at "Healthcare Operations," including, without limitation, hospitals, clinics, COVID-19 testing locations, dentists, pharmacies, blood banks and blood drives, pharmaceutical and biotechnology companies, other healthcare facilities, healthcare suppliers, home healthcare services providers, mental health providers, or any related and/or ancillary healthcare services. "Healthcare Operations" also includes veterinary care and all healthcare services provided to animals. This exemption for Healthcare Operations shall be construed broadly to avoid any interference with the delivery of healthcare, broadly defined. "Healthcare Operations" excludes fitness and exercise gyms and similar facilities.

c.  For the purposes of this Order, individuals may leave their residence to provide any services or perform any work necessary to the operation and maintenance of "Essential Infrastructure," including airports, utilities (including water, sewer, gas, and electrical), oil refining, roads and highways, public transportation, solid waste facilities (including collection, removal, disposal, and processing facilities), cemeteries, mortuaries, crematoriums, and telecommunications systems (including the provision of essential global, national, and local infrastructure for internet, computing services, business infrastructure, communications, and web-based services).

d.  For the purposes of this Order, all first responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel, and others who need to perform essential services are categorically exempt from this Order to the extent they are performing those essential services. Further, nothing in this Order shall prohibit any individual from performing or accessing "Essential Governmental Functions," as determined by the governmental entity performing those functions in the County. Each



• Contra Costa Behavioral Health Services • Contra Costa Emergency Medical Services • Contra Costa Environmental Health & Hazardous Materials Programs •
• Contra Costa Health, Housing & Homeless Services • Contra Costa Health Plan • Contra Costa Public Health • Contra Costa Regional Medical Center & Health Centers •

0110

governmental entity shall identify and designate appropriate employees, volunteers, or contractors to continue providing and carrying out any Essential Governmental Functions, including the hiring or retention of new employees or contractors to perform such functions. Each governmental entity and its contractors must employ all necessary emergency protective measures to prevent, mitigate, respond to and recover from the COVID-19 pandemic, and all Essential Governmental Functions shall be performed in compliance with Social Distancing Requirements to the greatest extent feasible.

e. For the purposes of this Order, a "business" includes any for-profit, non-profit, or educational entity, whether a corporate entity, organization, partnership or sole proprietorship, and regardless of the nature of the service, the function it performs, or its corporate or entity structure.

f. For the purposes of this Order, "Essential Businesses" are:
   i. Healthcare Operations and businesses that operate, maintain, or repair Essential Infrastructure;
   ii. Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of unprepared food, canned food, dry goods, non-alcoholic beverages, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, as well as hygienic products and household consumer products necessary for personal hygiene or the habitability, sanitation, or operation of residences. The businesses included in this subparagraph (ii) include establishments that sell multiple categories of products provided that they sell a significant amount of essential products identified in this subparagraph, such as liquor stores that also sell a significant amount of food.
   iii. Food cultivation, including farming, livestock, and fishing;
   iv. Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;
   v. Construction, but only of the types listed in this subparagraph below:
      1. Projects immediately necessary to the maintenance, operation or repair of Essential Infrastructure;
      2. Projects associated with Healthcare Operations, including creating or expanding Healthcare Operations, provided that such construction is directly related to the COVID-19 response;
      3. Affordable housing that is or will be income-restricted, including multi-unit or mixed-use developments containing at least 10% income-restricted units;
      4. Public works projects if specifically designated as an Essential Governmental Function by the lead governmental agency;
      5. Shelters and temporary housing, but not including hotels or motels;
      6. Projects immediately necessary to provide critical non-commercial services to individuals experiencing homelessness, elderly persons,



persons who are economically disadvantaged, and persons with special needs;

    7. Construction necessary to ensure that existing construction sites that must be shut down under this Order are left in a safe and secure manner, but only to the extent necessary to do so; and

    8. Construction or repair necessary to ensure that residences and buildings containing Essential Businesses are safe, sanitary, or habitable to the extent such construction or repair cannot reasonably be delayed;

  vi. Newspapers, television, radio, and other media services;

  vii. Gas stations and auto-supply, auto-repair (including, but not limited to, for cars, trucks, motorcycles and motorized scooters), and automotive dealerships, but only for the purpose of providing auto-supply and auto-repair services (and not, by way of example, car sales or car washes). This subparagraph (vii) does not restrict the on-line purchase of automobiles if they are delivered to a residence or Essential Business;

  viii. Bicycle repair and supply shops;

  ix. Banks and related financial institutions;

  x. Service providers that enable residential transactions (including rentals, leases, and home sales), including, but not limited to, real estate agents, escrow agents, notaries, and title companies, provided that appointments and other residential viewings must only occur virtually or, if a virtual viewing is not feasible, by appointment with no more than two visitors at a time residing within the same household or living unit and one individual showing the unit (except that in person visits are not allowed when the occupant is still residing in the residence);

  xi. Hardware stores;

  xii. Plumbers, electricians, exterminators, and other service providers who provide services that are necessary to maintaining the habitability, sanitation, and operation of residences and Essential Businesses, but not for cosmetic or other purposes;

  xiii. Arborists, landscapers, gardeners, and similar service professionals, but only to the limited extent necessary to maintain the habitability, sanitation, operation of businesses or residences, or the safety of residents, employees, or the public (such as fire safety or tree trimming to prevent a dangerous condition), and not for cosmetic or other purposes (such as upkeep);

  xiv. Businesses providing mailing and shipping services, including post office boxes;

  xv. Educational institutions—including public and private K-12 schools, colleges, and universities—for purposes of facilitating distance learning or performing essential functions, provided that social distancing of six-feet per person is maintained to the greatest extent possible;

  xvi. Laundromats, drycleaners, and laundry service providers;

  xvii. Restaurants and other facilities that prepare and serve food, but only for delivery or carry out. Schools and other entities that typically provide free


• Contra Costa Behavioral Health Services • Contra Costa Emergency Medical Services • Contra Costa Environmental Health & Hazardous Materials Programs •
• Contra Costa Health, Housing & Homeless Services • Contra Costa Health Plan • Contra Costa Public Health • Contra Costa Regional Medical Center & Health Centers •

0112

food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and take-away basis only. Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;

xviii. Funeral home providers, mortuaries, cemeteries, and crematoriums, to the extent necessary for the transport, preparation, or processing of bodies or remains;

xix. Businesses that supply other Essential Businesses with the support or supplies necessary to operate, but only to the extent that they support or supply these Essential Businesses. This exemption shall not be used as a basis for engaging in sales to the general public from retail storefronts;

xx. Businesses that have the primary function of shipping or delivering groceries, food, or other goods directly to residences or businesses. This exemption shall not be used to allow for manufacturing or assembly of non-essential products or for other functions besides those necessary to the delivery operation;

xxi. Airlines, taxis, rental car companies, rideshare services (including shared bicycles and scooters), and other private transportation providers providing transportation services necessary for Essential Activities and other purposes expressly authorized in this Order;

xxii. Home-based care for seniors, adults, children, and pets;

xxiii. Residential facilities and shelters for seniors, adults, and children;

xxiv. Professional services, such as legal, notary, or accounting services, when necessary to assist in compliance with non-elective, legally required activities;

xxv. Services to assist individuals in finding employment with Essential Businesses;

xxvi. Moving services that facilitate residential or commercial moves that are allowed under this Order;

xxvii. Childcare facilities providing services that enable owners, employees, volunteers, and contractors for Essential Businesses, Essential Governmental Functions, or Minimum Basic Operations to work as allowed under this Order. Children of owners, employees, volunteers, and contractors who are not exempt under this Order may not attend childcare facilities. To the extent possible, childcare facilities must operate under the following conditions:

  1. Childcare must be carried out in stable groups of 12 or fewer ("stable" means that the same 12 or fewer children are in the same group each day).
  2. Children shall not change from one group to another.
  3. If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.
  4. Childcare providers shall remain solely with one group of children.



g. For the purposes of this Order, "Minimum Basic Operations" means the following activities for businesses, provided that owners, employees, and contractors comply with Social Distancing Requirements as defined this Section, to the extent possible, while carrying out such operations:

   i. The minimum necessary activities to maintain and protect the value of the business's inventory and facilities; ensure security, safety, and sanitation; process payroll and employee benefits; provide for the delivery of existing inventory directly to residences or businesses; and related functions.

   ii. The minimum necessary activities to facilitate owners, employees, and contractors of the business being able to continue to work remotely from their residences, and to ensure that the business can deliver its service remotely.

h. For the purposes of this Order, all Essential Businesses must prepare and post by no later than 11:59 p.m. on April 2, 2020, a "Social Distancing Protocol" for each of their facilities in the County frequented by the public or employees. The Social Distancing Protocol must be substantially in the form attached to this Order as Appendix A. The Social Distancing Protocol must be posted at or near the entrance of the relevant facility, and shall be easily viewable by the public and employees. A copy of the Social Distancing Protocol must also be provided to each employee performing work at the facility. All Essential Businesses shall implement the Social Distancing Protocol and provide evidence of its implementation to any authority enforcing this Order upon demand. The Social Distancing Protocol must explain how the business is achieving the following, as applicable:

   i. Limiting the number of people who can enter into the facility at any one time to ensure that people in the facility can easily maintain a minimum six-foot distance from one another at all times, except as required to complete the Essential Business activity;

   ii. Where lines may form at a facility, marking six-foot increments at a minimum, establishing where individuals should stand to maintain adequate social distancing;

   iii. Providing hand sanitizer, soap and water, or effective disinfectant at or near the entrance of the facility and in other appropriate areas for use by the public and employees, and in locations where there is high-frequency employee interaction with members of the public (e.g. cashiers);

   iv. Providing for contactless payment systems or, if not feasible to do so, the providing for disinfecting all payment portals, pens, and styluses after each use;

   v. Regularly disinfecting other high-touch surfaces; and

   vi. Posting a sign at the entrance of the facility informing all employees and customers that they should: avoid entering the facility if they have a cough or fever; maintain a minimum six-foot distance from one another; sneeze and cough into one's elbow; not shake hands or engage in any unnecessary physical contact.



    vii. Any additional social distancing measures being implemented (see the Centers for Disease Control and Prevention's guidance at: https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html).

i. For the purposes of this Order, "Essential Travel" means travel for any of the following purposes:

    i. Travel related to the provision of or access to Essential Activities, Essential Governmental Functions, Essential Businesses, or Minimum Basic Operations.

    ii. Travel to care for any elderly, minors, dependents, or persons with disabilities.

    iii. Travel to or from educational institutions for purposes of receiving materials for distance learning, for receiving meals, and any other related services.

    iv. Travel to return to a place of residence from outside the County.

    v. Travel required by law enforcement or court order.

    vi. Travel required for non-residents to return to their place of residence outside the County. Individuals are strongly encouraged to verify that their transportation out of the County remains available and functional prior to commencing such travel.

    vii. Travel to manage after-death arrangements and burial.

    viii. Travel to arrange for shelter or avoid homelessness.

    ix. Travel to avoid domestic violence or child abuse.

    x. Travel for parental custody arrangements.

    xi. Travel to a place to temporarily reside in a residence or other facility to avoid potentially exposing others to COVID-19, such as a hotel or other facility provided by a governmental authority for such purposes.

j. For purposes of this Order, "residences" include hotels, motels, shared rental units and similar facilities. Residences also include living structures and outdoor spaces associated with those living structures, such as patios, porches, backyards, and front yards that are only accessible to a single family or household unit.

k. For purposes of this Order, "Social Distancing Requirements" means:

    i. Maintaining at least six-foot social distancing from individuals who are not part of the same household or living unit;

    ii. Frequently washing hands with soap and water for at least 20 seconds, or using hand sanitizer that is recognized by the Centers for Disease Control and Prevention as effective in combatting COVID-19;

    iii. Covering coughs and sneezes with a tissue or fabric or, if not possible, into the sleeve or elbow (but not into hands); and

    iv. Avoiding all social interaction outside the household when sick with a fever or cough.

All individuals must strictly comply with Social Distancing Requirements, except to the limited extent necessary to provide care (including childcare, adult or senior



• Contra Costa Behavioral Health Services • Contra Costa Emergency Medical Services • Contra Costa Environmental Health & Hazardous Materials Programs •

• Contra Costa Health, Housing & Homeless Services • Contra Costa Health Plan • Contra Costa Public Health • Contra Costa Regional Medical Center & Health Centers •

0115

care, care to individuals with special needs, and patient care); as necessary to carry out the work of Essential Businesses, Essential Governmental Functions, or provide for Minimum Basic Operations; or as otherwise expressly provided in this Order.

14. Government agencies and other entities operating shelters and other facilities that house or provide meals or other necessities of life for individuals experiencing homelessness must take appropriate steps to help ensure compliance with Social Distancing Requirements, including adequate provision of hand sanitizer. Also, individuals experiencing homelessness who are unsheltered and living in encampments should, to the maximum extent feasible, abide by 12 foot by 12 foot distancing for the placement of tents, and government agencies should provide restroom and hand washing facilities for individuals in such encampments as set forth in Centers for Disease Control and Prevention Interim Guidance Responding to Coronavirus 2019 (COVID-19) Among People Experiencing Unsheltered Homelessness (https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/unsheltered-homelessness.html).

15. Pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Order. The violation of any provision of this Order constitutes an imminent threat and menace to public health, constitutes a public nuisance, and is punishable by fine, imprisonment, or both.

16. This Order shall become effective at 11:59 p.m. on March 31, 2020, and will continue to be in effect until 11:59 p.m. on May 3, 2020, or until it is extended, rescinded, superseded, or amended in writing by the Health Officer.

17. Copies of this Order shall promptly be: (1) made available at the Office of the Director of Contra Costa Health Services, 1220 Morello Avenue, Suite 200, Martinez, CA 94553; (2) posted on the Contra Costa Health Services website (https://www.cchealth.org); and (3) provided to any member of the public requesting a copy of this Order. Questions or comments regarding this Order may be directed to Contra Costa Health Services at (844)729-8410.

18. If any provision of this Order to its application to any person or circumstance is held to be invalid, the reminder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect. To this end, the provisions of this Order are severable.

**IT IS SO ORDERED:**

_Chris Farnitano, M.D._
Chris Farnitano, M.D.                                    Dated: March 31, 2020
Health Officer of the County of Contra Costa



Attachments:   Appendix A – Social Distancing Protocol

• Contra Costa Behavioral Health Services • Contra Costa Emergency Medical Services • Contra Costa Environmental Health & Hazardous Materials Programs •
• Contra Costa Health, Housing & Homeless Services • Contra Costa Health Plan • Contra Costa Public Health • Contra Costa Regional Medical Center & Health Centers •

0117

# EXHIBIT "14"

Case 4:20-cv-03180-JST Document 20-2 Filed 04/10/20 Page 124 of 130





Go to Provider Site



I am searching for...

Services ⌄          Health & Safety Alerts          Health Information ⌄          Disease Information ⌄

How Do I...?

## News & Events

Home   News

# Bay Area Health Officers Issue Updated Stay-at-Home Order with New Restrictions to Last Through May 3

***More time and additional restrictions needed to slow the spread and reduce future impact on local hospitals from COVID-19***

**For Immediate Release**

**March 31, 2020**

Health officers in seven Bay Area jurisdictions are extending a previous stay-at-home order through May 3, 2020 in order to preserve critical hospital capacity across the region.

The previous three-week order was set to expire on April 7. While the prior order has been effective in reducing the rate of transmission of the novel

### Quick Links

News & Events home page

Press Releases for the News Media

Media Policy

News Announcements from Other County Departments

**0119**

Case 4:20-cv-03180-JST Document 20-2 Filed 04/10/20 Page 125 of 130

coronavirus (COVID-19), it is not enough. There has been a significant increase in the number of positive cases, hospitalization and deaths from COVID-19, which is beginning to strain healthcare resources.

The health officers have determined that more and stricter social distancing is needed to slow the rate of spread, prevent deaths, and stop the health care system from becoming overwhelmed.

"Extending the stay-at-home order should reduce the number of sick patients seeking care at one time, giving us time to acquire more medical supplies for providers who will be providing care to people sick with COVID-19. The extension will allow doctors and nurses to better treat those who do get sick, and save countless lives," said Dr. Chris Farnitano, health officer for Contra Costa County.

The new stay-at-home order will supersede the previous order and go into effect at 11:59 p.m. on Tuesday, March 31. It is a complement to the indefinite statewide stay-at-home order issued by Gov. Gavin Newsom earlier this month.

Like the previous local order, the new order requires people to stay at home except for doing essential activities, such as grocery shopping, in six counties: Alameda, Contra Costa, Marin, San Francisco, San Mateo, and Santa Clara, as well as the city of Berkeley. Non-essential businesses will remain closed.

The new order adds some clarifying language around essential business and activities, as well as some new directives, including:

- Use of playgrounds, dog parks, public picnic areas, and similar recreational areas is

**0120**

4/3/2020 Bay Area Health Officers Issue Updated Stay-at-home Order amid New Record of 4:10:20 Through May 3, 2020 | Santa Clara County Public Health Department - C…

Case 4:20-cv-03180-JST Document 20-2 Filed 04/10/20 Page 126 of 130

prohibited. These areas must be closed to public use.

- Use of shared public recreational facilities such as golf courses, tennis and basketball courts, pools, and rock walls is prohibited. These facilities must be closed for recreational use.
- Sports requiring people to share a ball or other equipment must be limited to people in the same household
- Requires essential businesses to develop a social distancing protocol before April 3
- Most construction—residential and commercial— is prohibited
- Funerals limited to no more than 10 people attending
- Essential businesses expanded to include service providers that enable residential transactions (notaries, title companies, Realtors, etc.); funeral homes and cemeteries; moving companies, rental car companies and rideshare services that specifically enable essential activities
- Essential businesses that continue to operate facilities must scale down operations to their essential component only

Social distancing is the most powerful tool to slow the spread of COVID-19, a virus so new that it has no approved medicines or vaccines.

"What we need now, for the health of all our communities, is for people to stay home," said Dr. Grant Colfax, director of the San Francisco Department of Public Health. "Even though it has been difficult, the Bay Area has really stepped up to the challenge so far, and we need to reaffirm our commitment. We need more time to flatten the curve, to prepare our hospitals

**0121**

Case 4:20-cv-02180-JST Document 20-2 Filed 04/10/20 Page 127 of 130

for a surge, and to do everything we can to minimize
the harm that the virus causes to our communities."

For more information about COVID-19 activities in
these areas, Alameda, Contra Costa, Marin, Santa
Clara, San Francisco, San Mateo, or Berkeley COVID-19
websites.

# # #

Follow our Twitter for updates: @HealthySCC
Public Health
Website: http://www.sccphd.org/coronavirus
Public Health
Facebook: https://www.facebook.com/sccpublichealth
Full Link to Public Health Data
Dashboard: https://www.sccgov.org/sites/phd/DiseaseI
nformation/novel-coronavirus/Pages/dashboard.aspx

- Link to full text of the Order

Last updated: 3/31/2020 12:14 PM

**Report a problem with this page**



All Content Copyright © 2020 , County of Santa Clara, CA

# EXHIBIT "15"

 

TLP:WHITE

# GUIDANCE ON THE ESSENTIAL CRITICAL INFRASTRUCTURE WORKFORCE

March 28, 2020

Read the Guidance on the Essential Critical Infrastructure Workforce

**MEMORANDUM ON IDENTIFICATION OF ESSENTIAL CRITICAL INFRASTRUCTURE WORKERS DURING COVID-19 RESPONSE**

FROM:    Christopher C. Krebs

Director

Cybersecurity and Infrastructure Security Agency (CISA)

As the Nation comes together to slow the spread of COVID-19, on March 16th the President issued updated Coronavirus Guidance for America that highlighted the importance of the critical infrastructure workforce.

The Cybersecurity and Infrastructure Security Agency (CISA) executes the Secretary of Homeland Security's authorities to secure critical infrastructure. Consistent with these authorities, CISA has developed, in collaboration with other federal agencies, State and local governments, and the private sector, an "Essential Critical Infrastructure Workforce" advisory list. This list is intended to help State, local, tribal and territorial officials as they work to protect their communities, while ensuring continuity of functions critical to public health and safety, as well as economic and national security. Decisions informed by this list should also take into consideration additional public health considerations based on the specific COVID-19-related concerns of particular jurisdictions.

**This list is advisory in nature. It is not, nor should it be considered, a federal directive or standard. Additionally, this advisory list is not intended to be the exclusive list of critical infrastructure sectors, workers, and functions that should continue during the COVID-19 response across all jurisdictions**

TLP:WHITE

1/3

TLP:WHITE

**Individual jurisdictions should add or subtract essential workforce categories based on their own requirements and discretion.**

The advisory list identifies workers who conduct a range of operations and services that are typically essential to continued critical infrastructure viability, including staffing operations centers, maintaining and repairing critical infrastructure, operating call centers, working construction, and performing operational functions, among others. It also includes workers who support crucial supply chains and enable functions for critical infrastructure. The industries they support represent, but are not limited to, medical and healthcare, telecommunications, information technology systems, defense, food and agriculture, transportation and logistics, energy, water and wastewater, law enforcement, and public works.

State, local, tribal, and territorial governments are responsible for implementing and executing response activities, including decisions about access and reentry, in their communities, while the Federal Government is in a supporting role. Officials should use their own judgment in issuing implementation directives and guidance. Similarly, while adhering to relevant public health guidance, critical infrastructure owners and operators are expected to use their own judgement on issues of the prioritization of business processes and workforce allocation to best ensure continuity of the essential goods and services they support. All decisions should appropriately balance public safety, the health and safety of the workforce, and the continued delivery of essential critical infrastructure services and functions. While this advisory list is meant to help public officials and employers identify essential work functions, it allows for the reality that some workers engaged in activity determined to be essential may be unable to perform those functions because of health-related concerns.

CISA will continue to work with our partners in the critical infrastructure community to update this advisory list if necessary as the Nation's response to COVID-19 evolves.

Should you have questions about this list, please contact CISA at CISA.CAT@cisa.dhs.gov.

**Attachment:** "Guidance on the Essential Critical Infrastructure Workforce: Ensuring Community and National Resilience in COVID-19 Response Version 2.0"

Expand All Sections

# THE IMPORTANCE OF ESSENTIAL CRITICAL INFRASTRUCTURE WORKERS

# CONSIDERATIONS FOR GOVERNMENT AND BUSINESS

# IDENTIFYING ESSENTIAL CRITICAL INFRASTRUCTURE WORKERS

# HEALTHCARE / PUBLIC HEALTH

TLP:WHITE
