George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Adam Kraut, Esq.
akraut@fpclaw.org
**FIREARMS POLICY COALITION**
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, *et al*.,<br>　　　　　Plaintiffs,<br>　vs.<br>COUNTY OF SANTA CLARA, CALIFORNIA, *et al*.,<br>　　　　　Defendants. | Case No. 4:20-cv-02180-JST<br><br>**DECLARATION OF SCOTT CHALMERS IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ISSUANCE OF PRELIMINARY INJUNCTION** |

**DECLARATION OF SCOTT CHALMERS**

I, Scott Chalmers, declare as follows:

1. I am an adult resident of the County of Contra Costa, California, and am a named plaintiff in the above matter. I have personal knowledge of the facts

stated herein, and if called as a witness, I could competently testify to these facts.

2. This declaration is executed in support of Plaintiffs' Motion for Temporary Restraining Order and Issuance of Preliminary Injunction.

3. I am not prohibited from possessing firearms or ammunition under federal and state law.

4. In light of the developing situation involving the spread of COVID-19, I became concerned about my ability to protect my girlfriend and myself. As such, I desire to obtain a firearm and ammunition for self-defense and other purposes.

5. Firearm and ammunition product manufacturers, retailers, importers, distributors, and shooting ranges are "Essential Businesses" to me and my family.

6. I possess a firearms safety certificate ("FSC") as required by the State of California in order to purchase or acquire a firearm.

7. I have passed a California Department of Justice LiveScan background check.

8. I am in the California Department of Justice RapBack system.

9. Unlike individuals in other states, I cannot lawfully purchase ammunition online and have it shipped directly to my home.

10. In order for me to comply with California law, I can only acquire and take

possession of firearms and ammunition in a face to face transaction at a licensed firearm and ammunition vendor. Defendants' Orders and actions have resulted in firearm and ammunition stores being closed in the County of Contra Costa, California.

11. I purchased a firearm from Solar Tactical. I passed my background check and my 10-day waiting period was over on March 21, 2020. Because Solar Tactical was forced to close due to Defendants mandatory closure of firearm and ammunition retailers, I have not been able to pick up and acquire my firearm.

12. On April 1, 2020, I was contacted by an employee of Solar Tactical and informed that the last day I would be eligible to pick up my firearm would be April 10, 2020. If I am not able to pick up my firearm by this date, Solar Tactical will have to resubmit the Dealer Record of Sale (DROS) and restart the background check, subjecting me to an additional waiting period and fees.

13. I want to exercise my right to acquire, keep, bear, and practice proficiency training and shooting with arms – including firearms, ammunition, magazines, and appurtenances – for lawful purposes including self-defense, and would do so, but for the reasonable and imminent fear of arrest and criminal prosecution under Defendants' laws, policies, orders, practices, customs, and enforcement.

14. Accordingly, and for reasons set for in Plaintiffs' application and motion, I

respectfully ask this Court to grant the application and/or motion for preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2020.

_____
Scott Chalmers