George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Adam Kraut, Esq.
akraut@fpclaw.org
**FIREARMS POLICY COALITION**
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, *et al*.,<br>  Plaintiffs,<br>vs.<br>COUNTY OF SANTA CLARA, CALIFORNIA, *et al*.,<br><br>  Defendants. | Case No. 4:20-cv-02180-JST<br><br>**DECLARATION OF GREGORY DAVID IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ISSUANCE OF PRELIMINARY INJUNCTION** |

# DECLARATION OF GREGORY DAVID

I, Gregory David, declare as follows:

1. I am an adult resident of the County of Santa Clara, California, the owner and operator Plaintiff Cuckoo Collectibles LLC, d.b.a. Eddy's Shooting

1
2
3
4
5

Sports ("Eddy's") in Mountain View, California, and am personally named as a plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

6
7
8

2. This declaration is executed in support of Plaintiffs' Application for Temporary Restraining Order and Issuance of Preliminary Injunction.

9
10
11

3. I am not prohibited from acquiring or possessing firearms and ammunition under federal and state law.

12
13
14
15

4. Plaintiff Eddy's and I are licensed to sell and transfer firearms and ammunition to non-prohibited individuals who meet federal and state requirements for the purchase and transfer of such items.

16
17
18
19
20

5. Plaintiff Eddy's carries an enormous selection of firearms of all kinds. It sells most major brands and can source special and unique firearms upon request. Eddy's selection is extremely diverse, covering all aspects of shooting, including home defense, hunting, target shooting, and collecting.

21
22
23
24
25
26

6. Plaintiff Eddy's and I are concerned about our own safety, the safety of our customers, and the safety of the general public, especially in light of the developing situation involving the spread of COVID-19 and the release of criminals and inmates.

27
28

7. In order for individuals to comply with California law, they may only acquire

and take possession of firearms and ammunition in a face to face transaction at a licensed firearm and ammunition vendor. Firearm and ammunition product manufacturers, retailers, importers, distributors, and shooting ranges are "Essential Businesses" to us and our customers.

8. Defendants' Orders and actions have resulted in firearm and ammunition stores, like and including me and Plaintiff Eddy's, being required to shut down. Such closures damage me, Plaintiff Eddy's, other firearm and ammunition retailers, our customers, and law-abiding members of the public who wish to exercise their rights.

9. Plaintiff Eddy's and I have been instructed to cease to conduct sales and transfers of firearms and ammunition because of Defendants' laws, policies, orders, practices, customs, and enforcement actions, and for fear of liability, prosecution, and loss of licenses under Defendants' laws, orders, policies, practices, customs, and enforcement actions.

10. On March 30, 2020, I received a letter from City of Mountain View Chief of Police Max Bosel, in which he stated that I may not conduct business operations, as the County has determined my business is non-essential.

11. The letter also stated that "[a]ny violation of the Order may result in any or all enforcement action as provided by law."

12. Defendants' Orders and enforcement have violated fundamental constitutional

rights and caused other damages, including direct economic harm to myself and Plaintiff Eddy's as we are unable to conduct business without being subject to liability, prosecution, and loss of licenses under Defendants' laws, orders, policies, practices, customs, and enforcement actions.

13. Plaintiff Eddy's and I seek to conduct training and education, perform Firearms Safety Certificate ("FSC") testing for and issue FSC certificates to eligible persons, and sell and transfer arms – including firearms, ammunition, magazines, and appurtenances – at our licenses premises without the reasonable and imminent fear of criminal prosecution, penalties, and the loss of our licenses under Defendants' laws, policies, orders, practices, customs, and enforcement thereof.

14. Plaintiff Eddy's and I, as well as our customers and individuals who would be customers, have been and continue to be adversely and directly harmed because of Defendants' laws, policies, orders, practices, customs, and enforcement actions.

15. As detailed in the Plaintiffs' Complaint, Plaintiffs, Plaintiffs' members and customers, and other similarly situated individuals would exercise the fundamental human right to acquire, keep, bear, and practice proficiency training and shooting with arms – including firearms, ammunition, magazines, and appurtenances – for lawful purposes including self-defense, and would do

so, but for fear of liability and prosecution under Defendants' laws, orders, policies, practices, customs, and enforcement actions.

16. Accordingly, and for reasons set for in Plaintiffs' application and motion, I respectfully ask this Court to grant the application and/or motion for preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2020.

_____
Gregory David