George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705

Adam Kraut, Esq. (Admitted *pro hac vice*)
akraut@fpclaw.org
**FIREARMS POLICY COALITION**
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, an individual, et al.<br><br>              Plaintiffs,<br>     vs.<br><br>COUNTY OF SANTA CLARA, CALIFORNIA, et al.<br><br>              Defendants. | Case No. 4:20-cv-02180-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING OF CONSOLIDATED OPPOSITION AND REPLY TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [ECF 20]** |

//

//

//

**STIPULATION**

The parties to this action, by and through each of the counsel undersigned, hereby agree and STIPULATE as follows:

1.  Pursuant to the Court's Order of April 18, 2020 [ECF 37] directing the parties to meet and confer regarding the filing of a single consolidated opposition brief to plaintiffs' pending motion for preliminary injunction [ECF 20], the parties have met, conferred and agree that all defendants below shall file one, consolidated opposition brief in response to the plaintiffs' motion, and that plaintiffs shall file one reply memorandum. The parties do not foresee a need to alter the page limitations for the opposition and reply memorandums, and they will otherwise comply with the requirements of N.D. Civ. L.R. 7-4.

2.  To accommodate the need to coordinate the preparation and filing of a consolidated opposition, the parties have agreed to jointly request that the Court extend the current briefing schedule by one week, such that the defendants' combined opposition and supporting papers would be filed on or before May 1, 2020 at 5:00 p.m., and plaintiffs' reply memorandum would be filed on or before May 8, 2020 at 5:00 p.m.

3.  The parties do not anticipate or request a continuation of the current hearing date of May 13, 2020.

4.  The parties respectfully request that the Court adopt this stipulation by endorsing the proposed order that follows.

SO STIPULATED by:

Dated: April 21, 2020

**SEILER EPSTEIN LLP**

/s/ George M. Lee
George M. Lee

*Attorney for Plaintiffs*

| | |
|---|---|
| Dated: April 21, 2020 | **OFFICE OF THE COUNTY COUNSEL**<br>**COUNTY OF SANTA CLARA**<br><br>/s/ Jason M. Bussey<br>Jason M. Bussey<br>Deputy County Counsel<br><br>*Attorney for Defendants County of Santa Clara, Laurie Smith, Jeffrey Rosen and Sara Cody* |
| Dated: April 21, 2020 | **OFFICE OF THE CITY ATTORNEY**<br>**CITY OF SAN JOSE**<br><br>/s/ Nora Frimann<br>Nora Frimann<br>Assistant City Attorney<br><br>*Attorney for Defendants City of San Jose, California, Sam Liccardo, and Edgardo Garcia* |
| Dated: April 21, 2020 | **OFFICE OF THE CITY ATTORNEY**<br>**CITY OF MOUNTAIN VIEW**<br><br>/s/ Lance Bayer<br>Lance Bayer<br>Special Assistant City Attorney<br><br>*Attorney for Defendants City of Mountain View, California, and Max Bosel* |
| Dated: April 21, 2020 | **OFFICE OF THE COUNTY COUNSEL**<br>**COUNTY OF ALAMEDA**<br><br>/s/ Raymond L. MacKay<br>Raymond L. MacKay<br>Senior Deputy County Counsel<br><br>*Attorney for Defendants County of Alameda, California, Gregory Ahern and Erica Pan* |

| | |
|---|---|
| Dated: April 21 2020 | **OFFICE OF THE COUNTY COUNSEL COUNTY OF SAN MATEO** |
| | /s/ Daniel McCloskey<br>Daniel McCloskey<br>Deputy County Counsel |
| | *Attorney for Defendants County of San Mateo, California, Carlos Bolanos, and Scott Morrow* |
| Dated: April 21, 2020 | **BURKE, WILLIAMS & SORENSEN, LLP** |
| | /s/ Kevin D. Siegel<br>Kevin D. Siegel |
| | *Attorney for Defendants City of Pacifica, California and Dan Steidle* |
| Dated: April 21, 2020 | **OFFICE OF THE COUNTY COUNSEL COUNTY OF CONTRA COSTA** |
| | /s/ Thomas L. Geiger<br>Thomas L. Geiger<br>Assistant County Counsel |
| | *Attorney for Defendants County of Contra Costa, California, David Livingston, and Chris Farnitano* |
| Dated: April 21, 2020 | **BEST, BEST & KRIEGER LLP** |
| | /s/ Gene Tanaka<br>Gene Tanaka |
| | *Attorney for Defendants City of Pleasant Hill, California and Bryan Hill* |

//
//
//
//
//

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | The Court, having reviewed the foregoing stipulation of the parties, and finding good |
| 3 | cause appears, hereby ORDERS that defendants shall file one, consolidated opposition brief in |
| 4 | response to the plaintiffs' motion for preliminary injunction [ECF 20] and that plaintiffs shall file |
| 5 | one reply memorandum. Defendants' combined opposition and supporting papers shall be filed |
| 6 | by May 1, 2020 at 5:00 p.m., and plaintiffs' reply memorandum shall be filed on or before May |
| 7 | 8, 2020 at 5:00 p.m.  Hearing of this matter shall remain on calendar for May 13, 2020 at 2:00 |
| 8 | p.m. |
| 9 | IT IS SO ORDERED. |
| 10 | Dated: _____     _____ |
| 11 | HON. JON S. TIGAR<br>UNITED STATES DISTRICT JUDGE |

– 5 –
STIPULATION AND PROPOSED ORDER RE FILING OF CONSOLIDATED OPPOSITION AND REPLY
TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION | CASE NO. 4:20-cv-02180-JST