KRISHAN CHOPRA, City Attorney (State Bar No. 192032)
LANCE BAYER, Special Assistant City Attorney (State Bar No. 81549)
CITY OF MOUNTAIN VIEW
500 Castro Street
Mountain View, CA 94041
Telephone: (650) 903-6303
Attorneys for Defendants,
CITY OF MOUNTAIN VIEW and
MAX BOSEL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, et al, <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF SANTA CLARA, et al, <br><br> Defendants. | Case No.   No. 20-CV02180JST <br><br> DECLARATION OF LIEUTENANT ARMANDO ESPITIA |

I, ARMANDO ESPITIA, declare as follows:

1.  I am employed by the Mountain View Police Department as a police lieutenant. I have been a peace officer for 20 years.

2.  Since the initial Santa Clara County Health Officer's Order for shelter-in-place was issued on March 16, 2020, my duties and responsibilities have included enforcement of the terms of the Order within the City of Mountain View. These duties and responsibilities include enforcement of the terms of the subsequent order issued on March 31, 2020.

3.  I have reviewed the records of the Mountain View Police Department relating to calls for service for allegations of violations of the Health Officer's Orders. I also am personally

aware of numerous complaints from members of the public relating to allegations of violations of the Health Officer's Orders.

4.  The numerous complaints received by the Mountain View Police Department include allegedly nonessential business operations violating the Health Officer's Orders. These complaints include a game store, a nail salon, a yoga studio, a gym, a beauty salon, a clothing store, a fabric store, an auto dealership, and a barber shop. These cases also include allegations that Eddy's Shooting Sports, a retail store selling guns, was operating in violation of the Health Officer's Orders.

5.  These businesses subject to complaints, including Eddy's Shooting Sports, were investigated based on the contents of the Health Officer's Orders. When violations were found to exist, warnings were issued to the businesses. Eddy's Shooting Sports was one of the businesses receiving warnings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 21, 2020

_____
ARMANDO ESPITIA

---

Declaration of Armando Espitia – Altman v. County of Santa Clara 20-CV02180JST     -2-