GENE TANAKA, Bar No. 101423
gene.tanaka@bbklaw.com
DAKOTAH G. BENJAMIN, Bar No. 316446
dakotah.benjamin@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

Attorneys for Defendants
CITY OF PLEASANT HILL and BRYAN HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JANICE ALTMAN, et al., | Case No. 20-cv-02180-JST |
|---|---|
| Plaintiff, | DECLARATION OF DEFENDANT POLICE CHIEF BRYAN HILL IN SUPPORT OF OPPOSITION TO PRELIMINARY INJUNCTION |
| v. | |
| COUNTY OF SANTA CLARA, et al., | Date: May 20, 2020<br>Time: 2:00 p.m.<br>Courtroom: 6 |
| Defendant. | |
| | Action Filed: Mar. 31, 2020<br>Trial Date: Not set |

# DECLARATION OF BRYAN HILL

I, Bryan Hill, have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify to those facts under oath.

1. I have worked in law enforcement for 28 years, with the last 15 to 16 years in administration, all in Contra Costa County. During that time, I have held virtually every rank in a police department. I was a lieutenant for seven years, was a captain for two to three years, and have been the Chief of Police of the City of Pleasant Hill for the last two years. I have a bachelor's degree in social science and a master's degree in organizational leadership. I also studied at the FBI National Academy.

2. I am familiar with the Contra Costa County Shelter-in-Place Orders, dated March 16, 2020, and March 31, 2020 (collectively "Orders"). As Chief of Police, I supervise enforcement of the Orders within the City of Pleasant Hill ("City").

3. The Pleasant Hill Police Department ("Department") is informed of potential violations of the Orders by citizen complaints made either to the Department dispatch desk or to City Hall. The Department does not proactively seek out possible violations. Initially, when it received a complaint, the Department would dispatch an officer to investigate. Currently, it forwards the complaints to the City Code Enforcement Department to investigate.

4. The complaints have covered a variety of businesses, including, bars, a smoke shop, a retail office supplies and shipping store, a retail flooring store, a

retail furniture store, a mobile dog care and grooming business, and a retail gun store. The complaints that are well founded have all been handled with a warning. None of the complaints led to a citation.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 27, 2020, in Pleasant Hill, California.



Bryan Hill

38074.00029\32887612.1

20-CV-02180-JST
[[DECL. OF BRYAN HILL