DONNA R. ZIEGLER [142415]
County Counsel
By: KRISTY L. VAN HERICK [SBN 178685]
Assistant County Counsel
K. SCOTT DICKEY [SBN 184251]
Assistant County Counsel
RAYMOND L. MACKAY [SBN 113230]
Senior Deputy County Counsel
CLAY J. CHRISTIANSON [SBN 143024]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700

Attorneys for COUNTY OF ALAMEDA,
GREGORY AHERN, and ERICA PAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE ALTMAN, et al.<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>Defendants. | Case No. 4:20-cv-02180-JST<br><br>**DECLARATION OF COLBY STAYSA IN SUPPORT OF DEFENDANTS' OPPOSITION TO APPLICATION FOR A PRELIMINARY INJUNCTION**<br><br>Date:   May 20, 2020<br>Time:   2:00 p.m.<br>Judge:  Jon S. Tigar<br>Ctrm:   6 |

I, Colby Staysa, declare:

1. I am a Division Commander for the Alameda County Sheriff's Office (ACSO) and have been employed by the Sheriff's Office since January of 1998.

2. The matters set forth in this Declaration are within my personal knowledge and if called as a witness, I could and would testify to the following competently.

///

1

3. The matters stated in my Declaration support Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for a Preliminary Injunction in this lawsuit.

4. During my employment, I have been assigned to patrol, special operations, investigations, and administration. I have worked at the ACSO Eden Township Division in every rank from Deputy to Division Commander. I have been the Division Commander of the Eden Township Division since February of 2019.

5. As the Division Commander located at the Eden Township headquarters, I manage ACSO's Youth and Family Services Bureau and Eden Township Substation. Collectively, the units operate patrol, investigations, traffic, crime prevention, and school resource officers. All Sheriff's Office law enforcement services provided to the unincorporated areas of Alameda County fall under my command.

6. As part of my responsibilities, I have been charged with enforcement of the public health Orders issued by Erica Pan, M.D., the Interim Public Health Officer for the County of Alameda. The public health Orders were issued on March 16 and then March 30, 2020. I am familiar with the Orders.

7. Deputy Sheriffs of the Alameda County Sheriff's Office have enforced the public health Orders against various non-essential businesses since the issuance of the initial public health Order. ACSO receives complaints about non-compliance with the public health Orders as well as through observation during their patrols. The Deputy Sheriffs issued warnings to non-essential businesses including but not limited to smoke shops, nail salons, barbershops, massage, floor stores, and martial arts studios. Warnings were given to two gun retail stores and they complied with the Orders. Altogether, 37 warnings were issued by ACSO and all of the businesses closed and complied. No businesses were cited.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 29TH day of April 2020, at San Leandro, California.

_____
Division Commander Colby Staysa

2

DECLARATION OF C. STAYSA ISO DEFS' OPPOSITION TO APP. FOR PRELIMINARY INJUNCTION
CASE NO. 4:20-CV-02180