DONNA R. ZIEGLER [SBN 142415]
County Counsel
By:  KRISTY L. VAN HERICK [SBN 178685]
Assistant County Counsel
K. SCOTT DICKEY [SBN 184251]
Assistant County Counsel
RAYMOND L. MACKAY [SBN 113230]
Senior Deputy County Counsel
CLAY J. CHRISTIANSON [SBN 143024]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700

Attorneys for COUNTY OF ALAMEDA,
GREGORY AHERN, and ERICA PAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE ALTMAN, et al.<br><br>                    Plaintiffs,<br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>                    Defendants. | Case No.  4:20-cv-02180-JST<br><br>**DECLARATION OF DR. ERICA PAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO APPLICATION FOR A PRELIMINARY INJUNCTION**<br><br>Date:      May 20, 2020<br>Time:     2:00 p.m.<br>Judge:    Jon S. Tigar<br>Ctrm:    6 |

I, Erica Pan, M.D., declare:

1.      I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would testify competently as to the matters set forth herein.

2.      I graduated from Stanford University with a degree in Human Biology.  I attended Tufts University Medical School where I received my Doctor of Medicine.  I was a pediatric resident at UCSF - Center for Health Professions and then Chief Resident and was a Pediatric ID

1

1   Fellowship at UCSF.  I was then a Postdoctoral Fellow and trainee in AIDS Prevention at UCSF

2   Center for AIDS Prevention Studies.

3         3.      Following my Postdoctoral Fellowship, I was Director of the Bioterrorism &

4   Infectious Disease Emergencies Unit for San Francisco Department of Public Health.  I held that

5   position from April 2004 until February 2011.  I then became a Deputy Health Officer and

6   Director of Public Health Emergency Preparedness and Response Section for the San Francisco

7   Department of Public Health from February 2011 until October 2011.  From November 2011

8   until January 2020, I was Director of the Division of Communicable Disease Control and

9   Prevention and Deputy Health Officer for the Alameda County Public Health Department.  Since

10  July 2018, I have been the Interim Health Officer for the Alameda County Public Health

11  Department.  Since November 2012, I have also been an attending physician in pediatric

12  infectious diseases at UCSF Benioff Children's Hospital in Oakland, California as well as a

13  clinical professor in pediatric infectious diseases at the University of California, San Francisco.

14        4.      I am currently the Interim Health Officer for the Alameda County Public Health

15  Department.  In this role, I provide leadership on public health issues for Alameda County and

16  our Public Health Department with approximately 600 employees who provide multiple services

17  to safeguard and promote the health of the community.

18        5.      The mission of the Public Health Department is focused on communicable

19  diseases and prevention, community health services, family health services, public health nursing,

20  and health equity policy and planning.  The prevention of communicable diseases such as the

21  coronavirus is critical to the health of the entire community in Alameda County.

22        6.      The novel coronavirus referred to as COVID-19 first appeared in December 2019

23  and has since spread to most countries in the world, including the United States. The United

24  States reported its first case on January 21, 2020, with the first death occurring on February 6,

25  2020 in Santa Clara, California.  The disease has since spread exponentially throughout the

26  country.  As of April 28, 2020, public health authorities had confirmed more than one million

27  cases in the United States.  More than 58,000 people have died from the coronavirus.  Experts

28  consider this outbreak the worst public health epidemic since the influenza outbreak of 1918.

DECLARATION OF E. PAN ISO DEFS' OPPOSITION TO APP. FOR PRELIMINARY INJUNCTION
CASE NO. 4:20-CV-02180

7.      The World Health Organization has deemed COVID-19 a pandemic.  There is currently no vaccine for the novel coronavirus and no specific treatment or cure for COVID-19.

8.      Coronaviruses spread through the air by coughing or sneezing and close personal contact, or by touching contaminated objects or surfaces and then touching your mouth, nose, or eyes.  While people are still thought to be most contagious when they are most symptomatic (i.e., the sickest), several studies have documented the spread of COVID-19 from people who are asymptomatic, for up to 48 hours before onset of symptoms.  Some people who are infected remain asymptomatic and spread the virus.  Therefore, a person may be at risk for COVID-19 if they were in close contact (within six feet for a prolonged period of time) with a person confirmed to have COVID-19, for up to 48 hours before the onset of symptoms, or in contact with an asymptomatic carrier of the virus.  Compliance with social distancing guidelines is critical because people without symptoms could be contagious.

9.      COVID-19 is widespread in Alameda County.  Alameda County recorded its first case of COVID-19 on March 1, 2020, at which time I declared a local public health emergency.  Community transmission is believed to be widespread throughout the County, and limited testing capacity means that case counts represent only a small portion of actual cases.  Regardless of the number of confirmed cases, we must behave as if the virus is everywhere, because it is.

10.     To slow virus transmission as much as possible, to protect the most vulnerable, and to prevent the health care system from being overwhelmed, and after consideration of guidance from the Centers for Disease Control and Prevention, the California Department of Public Health, and other public health officials throughout the United States and around the world, on March 16, 2020, I issued a shelter-in-place order directing all individuals living in the County to shelter at their place of residence, except to engage in certain essential activities.  Attached as **Exhibit A** is a true and correct copy of my March 16, 2020 Order.  Health Officers from Counties of Santa Clara, Contra Costa, Marin, the City and County of San Francisco; and the City of Berkeley issued virtually identical shelter-in-place orders on March 16, 2020 to best protect our respective communities.

11.     Sheltering in place is more rigorous than social distancing.  It means that people

1    stay at their homes; leave only for "essential activities," to work for "essential businesses," to

2    perform "minimum basic operations" for their employers, or for "essential travel," as those terms

3    are defined in the shelter-in-place orders.  People cannot host or attend gatherings; and must

4    maintain at least six feet of separation from other people who are not in their household.

5            12.    The goal of sheltering in place is to lower the number of total people who become

6    sick and to save lives by slowing the spread of the coronavirus in order to ensure that

7    communities have enough space and resources in their hospitals for people who develop severe

8    illness.  Sheltering in place is proven to slow the spread of the virus if everyone decreases the

9    number of people with whom they come in contact because it decreases the number who might

10   get sick from someone who is infected.

11           13.    The March 16, 2020 Order prohibited all public and private gatherings of any

12   number of people occurring outside a household or living unit, except for the limited purposes of

13   performing Essential Activities, such as obtaining food and medication, visiting a health care

14   professional, or obtaining products needed to maintain safety and sanitation.  The Order

15   prohibited all travel, except Essential Travel, such as to access Essential Activities.  All

16   businesses with a facility in the County, except Essential Businesses, as defined in the Order,

17   were required to cease all activities except certain Minimum Basic Operations, such as the

18   minimum necessary activities to maintain and protect the value of inventory; ensure security,

19   safety, and sanitation; process payroll; and facilitate working remotely.  The Order provided

20   definitions of these key terms.

21           14.    The shelter-in-place order was based on evidence of the rapidly increasing case

22   rate of COVID-19 within Alameda County and surrounding Bay Area counties and scientific

23   evidence and best practices regarding the most effective approaches to slow the transmission of

24   COVID-19.  A proven way to slow virus transmission is to limit interactions among people to the

25   greatest extent practicable.  Allowing exceptions other than essential activities, essential

26   businesses, and essential travel – even with social distancing – would result in more interactions

27   among people, resulting in more infections and more deaths.  Limiting the number of interactions

28   among people will reduce the rate of transmission of the COVID-19 disease and will allow our

1    community to "flatten the curve" more quickly than if we did not shelter in place.

2        15.    While the March 16, 2020 proved effective in reducing the rate of transmission of

3    COVID-19, I, in concert with the other Bay Area health officers, determined that further

4    restrictions were necessary to slow down the rapid spread of the virus.   Consequently, On March

5    31, 2020, I issued an updated shelter-in-place order that superseded the March 16, 2020 Order, to

6    increase social distancing and reduce person-to-person contact to further slow transmission of

7    COVID-19.  The March 31 order extended the shelter-in-place requirements through May 3,

8    2020.  Attached as **Exhibit B** is a true and correct copy of my March 31, 2020 Order.  Again, the

9    County of Alameda and the same six other Bay Area jurisdictions listed above issued similar

10   shelter-in-place orders on March 31, 2020.  The public health emergency had substantially

11   worsened since Alameda County issued the initial Order, with a significant escalation in the

12   number of positive cases, hospitalizations, and deaths, and increasing strain on health care

13   resources.

14       16.    The March 31, 2020 shelter-in-place order clarifies the scope of essential

15   businesses and activities and is more restrictive.  It is more restrictive, in part, in the following

16   ways: (1) social distancing requirements are mandatory; (2) by April 3, 2020, essential businesses

17   that continued to operate facilities in the County were required to complete, post, and implement

18   a social distancing protocol for each facility that remains open; (3) essential businesses must

19   maximize the number of employees who work from home, excepting only those employees who

20   cannot perform their job duties from home; (4) essential businesses that continue to operate

21   facilities in the County must scale down operations to their essential component only; (5)

22   businesses that supply products needed for people to work from home are no longer essential

23   businesses and must cease operations; (6) use of playgrounds, dog parks, public picnic areas, and

24   similar recreational areas is prohibited; (7) use of shared public recreational facilities such as golf

25   courses, tennis and basketball courts, pools, and rock walls is prohibited; (8) sports or activities

26   that require use of shared equipment may only be engaged in by members of the same household;

27   and (9) most construction – residential and commercial – is prohibited.

28       17.    The need for the March 31 orders could not be starker.  When I and the other Bay

1   Area health officers issued shelter-in-place orders on March 31, 2020, the public health

2   emergency had substantially worsened since our March 16, 2020 shelter-in-place orders, with a

3   significant escalation in the number of positive cases, hospitalizations, and deaths, and a

4   corresponding increasing strain on health care resources.  At the same time, evidence suggested

5   that the restrictions on mobility and social distancing requirements imposed by the prior orders

6   were slowing the rate of increase in community transmission and confirmed cases by limiting

7   interactions among people, consistent with scientific evidence of the efficacy of similar measures

8   in other parts of the country and world.

9           18.     One of the most important indicators of a slowing of the spread of COVID-19 is

10  the "doubling rate," which is how many days it takes for the number of cases to double.  A lower

11  doubling rate means that the disease is spreading rapidly; while a higher doubling rate means it is

12  taking longer for the number of cases to double, as the spread slows down.  On March 15, 2020,

13  the County's case numbers doubled approximately every four to five days.  On March 31, 2020,

14  the doubling rate was somewhere around 5 days.   One of the reasons I issued another Order on

15  March 31, 2020, was the doubling rate was not increasing, meaning that further efforts were

16  necessary to mitigate community spread of the disease.

17          19.     As of April 28, 2020, there were 1,568 confirmed cases of COVID-19 in Alameda

18  County, up from 19 cases on March 15, 2020, just before the first shelter-in-place order. As of

19  April 28, the number of confirmed deaths in Alameda County was 57.  Other Bay Area counties

20  similarly had an increase in confirmed cases and deaths.  In the seven Bay Area jurisdictions

21  jointly issuing this Order, there have been at least 7,273 confirmed cases (up from 258 confirmed

22  cases on March 15, 2020) and at least 266 deaths (up from three deaths on March 15, 2020).

23          20.     Despite the increases in cases and deaths, as of April 29, 2020, the County's

24  doubling rate was 19 days.  This means that the rate of spread has slowed thanks to County

25  residents complying with the shelter-in-place orders.  Accordingly, on April 29, 2020, I and the

26  other Bay Area health officers issued another shelter-in-place order.  The new order extends the

27  shelter-in-place requirements through May 31, 2020.  Attached as **Exhibit C** is a true and correct

28  copy of my April 29, 2020 Order.  The Order continues to restrict most activity, travel and

governmental and business functions. But in light of progress achieved in slowing the spread of the coronavirus, the Order allows a limited number of additional Essential Businesses and certain lower risk Outdoor Businesses to resume operating. Specifically, childcare establishments and summer camps for essential workers are allowed to the extent their operations comply were certain specified conditions. Outdoor businesses such as wholesale and retail plant nurseries, agricultural operations, and garden centers are allowed to operate so long as they strictly adhere to Social Distancing Requirements as outlined in the Order.

21. Below is a graph of Alameda County Total Cumulative Cases of COVID-19 which was updated on April 28, 2020 with data through the end of April 27, 2020:



22. Had a shelter-in-place order not been put in place on March 16, 2020, and extended on March 31, 2020, we expect we would have had a far greater number of COVID-19 cases in Alameda County by May 1, 2020. We believe we are now in the very early stages of the "flattening of the curve" the orders were designed to achieve.

23. Looking forward in time, the model estimates that by May 1, 2020, our case counts are likely to be far lower than they would have been without the shelter-in-place orders. Many factors can change future outcomes, including our continued ability to maintain shelter in place.

24. Below is a graph of Alameda County COVID-19 Hospitalizations for April 2020

DECLARATION OF E. PAN ISO DEFS' OPPOSITION TO APP. FOR PRELIMINARY INJUNCTION
CASE NO. 4:20-CV-02180

1   which was updated on April 28, 2020 with data through the end of April 27, 2020:



11

12   25.     The graph of hospitalizations due to COVID-19 likewise shows the impact of the

13   shelter-in-place orders.  The blue line in the graph above shows the total number of people

14   hospitalized due to the coronavirus.  The brown line indicates the total number of people

15   hospitalized in intensive care units (ICU).  Finally, the red line shows the total number of people

16   hospitalized but not placed in ICU.  The graph indicates total number of hospitalizations, those in

17   ICU, and those hospitalized but not in ICU are leveling off and not spiking.  This is significant so

18   that the hospitals are not overwhelmed with COVID-19 patients and have adequate hospital bed

19   capacity for incoming patients.  Because sheltering-in-place slowed transmission of the

20   coronavirus, I hope Alameda County will have sufficient capacity to treat all COVID-19 patients.

21   This "flattening of the curve" gives our community much needed additional time to increase our

22   surge capacity.

23   26.     The data in other Bay Area counties – including Contra Costa, San Mateo, and

24   Santa Clara Counties – similarly shows that the shelter-in-place orders are increasing the doubling

25   rate, slowing the spread of the virus, and have not overwhelmed our hospital surge capacity.  This

26   will save many lives in our community.

27   27.     As Interim Public Health Officer for the County of Alameda, I have concluded that

28   the best course of action to respond to the coronavirus is a shared commitment to adhering to

preventative measures, including staying at home with few exceptions for essential activities or

8

functions, social distancing, washing your hands and not touching your face.  It is difficult to order people to shelter-in-place.  It is more difficult not to make such an Order.  We each need to reduce the number of people with whom each of us comes in contact.  Sheltering-in-place is saving lives and will continue to save lives.

28.     We are working together and in coordination with the California Department of Public Health to monitor indicators of progress to assess our ability to slowly and safely loosen these shelter-in-place restrictions.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed at Oakland, California on April 29, 2020.

_____
DR. ERICA PAN

DECLARATION OF E. PAN ISO DEFS' OPPOSITION TO APP. FOR PRELIMINARY INJUNCTION
CASE NO. 4:20-CV-02180

# EXHIBIT A

# ORDER OF THE HEALTH OFFICER
## OF THE COUNTY OF ALAMEDA DIRECTING ALL INDIVIDUALS LIVING IN THE COUNTY TO SHELTER AT THEIR PLACE OF RESIDENCE EXCEPT THAT THEY MAY LEAVE TO PROVIDE OR RECEIVE CERTAIN ESSENTIAL SERVICES OR ENGAGE IN CERTAIN ESSENTIAL ACTIVITIES AND WORK FOR ESSENTIAL BUSINESSES AND GOVERNMENTAL SERVICES; EXEMPTING INDIVIDUALS EXPERIENCING HOMELESSNESS FROM THE SHELTER IN PLACE ORDER BUT URGING THEM TO FIND SHELTER AND GOVERNMENT AGENCIES TO PROVIDE IT; DIRECTING ALL BUSINESSES AND GOVERNMENTAL AGENCIES TO CEASE NON-ESSENTIAL OPERATIONS AT PHYSICAL LOCATIONS IN THE COUNTY; PROHIBITING ALL NON-ESSENTIAL GATHERINGS OF ANY NUMBER OF INDIVIDUALS; AND ORDERING CESSATION OF ALL NON-ESSENTIAL TRAVEL

### DATE OF ORDER: <u>MARCH 16, 2020</u>

**Please read this Order carefully. Violation of or failure to comply with this Order is a misdemeanor punishable by fine, imprisonment, or both. (California Health and Safety Code § 120295, *et seq.*)**

UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101085, AND 120175, THE HEALTH OFFICER OF THE COUNTY OF ALAMEDA ("HEALTH OFFICER") ORDERS:

1. The intent of this Order is to ensure that the maximum number of people self-isolate in their places of residence to the maximum extent feasible, while enabling essential services to continue, to slow the spread of COVID-19 to the maximum extent possible. When people need to leave their places of residence, whether to obtain or perform vital services, or to otherwise facilitate authorized activities necessary for continuity of social and commercial life, they should at all times reasonably possible comply with Social Distancing Requirements as defined in Section 10 below. All provisions of this Order should be interpreted to effectuate this intent. Failure to comply with any of the provisions of this Order constitutes an imminent threat to public health.

2. All individuals currently living within the County of Alameda (the "County") are ordered to shelter at their place of residence. To the extent individuals are using shared or outdoor spaces, they must at all times as reasonably possible maintain social distancing of at least six feet from any other person when they are outside their residence. All persons may leave their residences only for Essential Activities, Essential Governmental Functions, or to operate Essential Businesses, all as defined in Section 10. Individuals

Order of the County Health Officer
to Shelter in Place

**EXHIBIT A**

experiencing homelessness are exempt from this Section, but are strongly urged to obtain shelter, and governmental and other entities are strongly urged to make such shelter available as soon as possible and to the maximum extent practicable (and to utilize Social Distancing Requirements in their operation).

3. All businesses with a facility in the County, except Essential Businesses as defined below in Section 10, are required to cease all activities at facilities located within the County except Minimum Basic Operations, as defined in Section 10.  For clarity, businesses may also continue operations consisting exclusively of employees or contractors performing activities at their own residences (i.e., working from home).  All Essential Businesses are strongly encouraged to remain open.  To the greatest extent feasible, Essential Businesses shall comply with Social Distancing Requirements as defined in Section 10 below, including, but not limited to, when any customers are standing in line.

4. All public and private gatherings of any number of people occurring outside a household or living unit are prohibited, except for the limited purposes as expressly permitted in Section 10.  Nothing in this Order prohibits the gathering of members of a household or living unit.

5. All travel, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit, except Essential Travel and Essential Activities as defined below in Section 10, is prohibited.  People must use public transit only for purposes of performing Essential Activities or to travel to and from work to operate Essential Businesses or maintain Essential Governmental Functions.  People riding on public transit must comply with Social Distancing Requirements as defined in Section 10 below, to the greatest extent feasible.  This Order allows travel into or out of the County to perform Essential Activities, operate Essential Businesses, or maintain Essential Governmental Functions.

6. This Order is issued based on evidence of increasing occurrence of COVID-19 within the County and throughout the Bay Area, scientific evidence and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, and evidence that the age, condition, and health of a significant portion of the population of the County places it at risk for serious health complications, including death, from COVID-19.  Due to the outbreak of the COVID-19 virus in the general public, which is now a pandemic according to the World Health Organization, there is a public health emergency throughout the County.  Making the problem worse, some individuals who contract the COVID-19 virus have no symptoms or have mild symptoms, which means they may not be aware they carry the virus.  Because even people without symptoms can transmit the disease, and because evidence shows the disease is easily spread, gatherings can result in preventable transmission of the virus.  The scientific evidence shows that at this stage of the emergency, it is essential to slow virus transmission as much as possible to protect the most vulnerable and to prevent the health care system from being overwhelmed.  One proven way to slow the transmission is to limit interactions among people to the greatest extent practicable.  By

Order of the County Health Officer
to Shelter in Place

**EXHIBIT A**

reducing the spread of the COVID-19 virus, this Order helps preserve critical and limited healthcare capacity in the County.

7. This Order also is issued in light of the existence of 15 cases of COVID-19 in the County, as well as at least 258 confirmed cases and at least three deaths in the seven Bay Area jurisdictions jointly issuing this Order, as of 5 p.m. on March 15, 2020, including a significant and increasing number of suspected cases of community transmission and likely further significant increases in transmission.  Widespread testing for COVID-19 is not yet available but is expected to increase in the coming days.  This Order is necessary to slow the rate of spread and the Health Officer will re-evaluate it as further data becomes available.

8. This Order is issued in accordance with, and incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom, the Declarations of Local Health Emergency issued by the Health Officer on March 1 and 5, the March 10, 2020 Resolution of the Board of Supervisors of the County of Alameda Ratifying the Declarations of Local Health Emergency, and Governor Newsom's March 12, 2020 Executive Order N-25-20.

9. This Order comes after the release of substantial guidance from the County Health Officer, the Centers for Disease Control and Prevention, the California Department of Public Health, and other public health officials throughout the United States and around the world, including a variety of prior orders to combat the spread and harms of COVID-19.  The Health Officer will continue to assess the quickly evolving situation and may modify or extend this Order, or issue additional Orders, related to COVID-19.

10. Definitions and Exemptions.

    a. For purposes of this Order, individuals may leave their residence only to perform any of the following "Essential Activities."  But people at high risk of severe illness from COVID-19 and people who are sick are urged to stay in their residence to the extent possible except as necessary to seek medical care.
        i. To engage in activities or perform tasks essential to their health and safety, or to the health and safety of their family or household members (including, but not limited to, pets), such as, by way of example only and without limitation, obtaining medical supplies or medication, visiting a health care professional, or obtaining supplies they need to work from home.
        ii. To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example only and without limitation, canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products, and products necessary to maintain the safety, sanitation, and essential operation of residences.

Order of the County Health Officer
to Shelter in Place

**EXHIBIT A**

      iii.   To engage in outdoor activity, provided the individuals comply with Social Distancing Requirements as defined in this Section, such as, by way of example and without limitation, walking, hiking, or running.

      iv.   To perform work providing essential products and services at an Essential Business or to otherwise carry out activities specifically permitted in this Order, including Minimum Basic Operations.

      v.   To care for a family member or pet in another household.

b.   For purposes of this Order, individuals may leave their residence to work for or obtain services at any "Healthcare Operations" including hospitals, clinics, dentists, pharmacies, pharmaceutical and biotechnology companies, other healthcare facilities, healthcare suppliers, home healthcare services providers, mental health providers, or any related and/or ancillary healthcare services. "Healthcare Operations" also includes veterinary care and all healthcare services provided to animals.  This exemption shall be construed broadly to avoid any impacts to the delivery of healthcare, broadly defined.  "Healthcare Operations" does not include fitness and exercise gyms and similar facilities.

c.   For purposes of this Order, individuals may leave their residence to provide any services or perform any work necessary to the operations and maintenance of "Essential Infrastructure," including, but not limited to, public works construction, construction of housing (in particular affordable housing or housing for individuals experiencing homelessness), airport operations, water, sewer, gas, electrical, oil refining, roads and highways, public transportation, solid waste collection and removal, internet, and telecommunications systems (including the provision of essential global, national, and local infrastructure for computing services, business infrastructure, communications, and web-based services), provided that they carry out those services or that work in compliance with Social Distancing Requirements as defined this Section, to the extent possible.

d.   For purposes of this Order, all first responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel, and others who need to perform essential services are categorically exempt from this Order.  Further, nothing in this Order shall prohibit any individual from performing or accessing "Essential Governmental Functions," as determined by the governmental entity performing those functions.  Each governmental entity shall identify and designate appropriate employees or contractors to continue providing and carrying out any Essential Governmental Functions.  All Essential Governmental Functions shall be performed in compliance with Social Distancing Requirements as defined in this Section, to the extent possible.

e.   For the purposes of this Order, covered businesses include any for-profit, non-profit, or educational entities, regardless of the nature of the service, the function they perform, or its corporate or entity structure.

Order of the County Health Officer
to Shelter in Place

**EXHIBIT A**

f.   For the purposes of this Order, "Essential Businesses" means:

i.   Healthcare Operations and Essential Infrastructure;

ii.   Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products (such as cleaning and personal care products). This includes stores that sell groceries and also sell other non-grocery products, and products necessary to maintaining the safety, sanitation, and essential operation of residences;

iii.   Food cultivation, including farming, livestock, and fishing;

iv.   Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;

v.   Newspapers, television, radio, and other media services;

vi.   Gas stations and auto-supply, auto-repair, and related facilities;

vii.   Banks and related financial institutions;

viii.   Hardware stores;

ix.   Plumbers, electricians, exterminators, and other service providers who provide services that are necessary to maintaining the safety, sanitation, and essential operation of residences, Essential Activities, and Essential Businesses;

x.   Businesses providing mailing and shipping services, including post office boxes;

xi.   Educational institutions—including public and private K-12 schools, colleges, and universities—for purposes of facilitating distance learning or performing essential functions, provided that social distancing of six-feet per person is maintained to the greatest extent possible;

xii.   Laundromats, drycleaners, and laundry service providers;

xiii.   Restaurants and other facilities that prepare and serve food, but only for delivery or carry out. Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and take-away basis only. Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;

xiv.   Businesses that supply products needed for people to work from home;

xv.   Businesses that supply other essential businesses with the support or supplies necessary to operate;

xvi.   Businesses that ship or deliver groceries, food, goods or services directly to residences;

Order of the County Health Officer
to Shelter in Place

**EXHIBIT A**

xvii.  Airlines, taxis, and other private transportation providers providing transportation services necessary for Essential Activities and other purposes expressly authorized in this Order;

xviii.  Home-based care for seniors, adults, or children;

xix.  Residential facilities and shelters for seniors, adults, and children;

xx.  Professional services, such as legal or accounting services, when necessary to assist in compliance with legally mandated activities;

xxi.  Childcare facilities providing services that enable employees exempted in this Order to work as permitted.  To the extent possible, childcare facilities must operate under the following mandatory conditions:

1.  Childcare must be carried out in stable groups of 12 or fewer ("stable" means that the same 12 or fewer children are in the same group each day).

2.  Children shall not change from one group to another.

3.  If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.

4.  Childcare providers shall remain solely with one group of children.

g.  For the purposes of this Order, "Minimum Basic Operations" include the following, provided that employees comply with Social Distancing Requirements as defined this Section, to the extent possible, while carrying out such operations:

i.  The minimum necessary activities to maintain the value of the business's inventory, ensure security, process payroll and employee benefits, or for related functions.

ii.  The minimum necessary activities to facilitate employees of the business being able to continue to work remotely from their residences.

h.  For the purposes of this Order, "Essential Travel" includes travel for any of the following purposes.  Individuals engaged in any Essential Travel must comply with all Social Distancing Requirements as defined in this Section below.

i.  Any travel related to the provision of or access to Essential Activities, Essential Governmental Functions, Essential Businesses, or Minimum Basic Operations.

ii.  Travel to care for elderly, minors, dependents, persons with disabilities, or other vulnerable persons.

iii.  Travel to or from educational institutions for purposes of receiving materials for distance learning, for receiving meals, and any other related services.

iv.  Travel to return to a place of residence from outside the jurisdiction.

v.  Travel required by law enforcement or court order.

vi.  Travel required for non-residents to return to their place of residence outside the County.  Individuals are strongly encouraged to verify that their transportation out of the County remains available and functional prior to commencing such travel.

Order of the County Health Officer
to Shelter in Place

**EXHIBIT A**

    i.   For purposes of this Order, residences include hotels, motels, shared rental units and similar facilities.

    j.   For purposes of this Order, "Social Distancing Requirements" includes maintaining at least six-foot social distancing from other individuals, washing hands with soap and water for at least twenty seconds as frequently as possible or using hand sanitizer, covering coughs or sneezes (into the sleeve or elbow, not hands), regularly cleaning high-touch surfaces, and not shaking hands.

11. Pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Order.  The violation of any provision of this Order constitutes an imminent threat to public health.

12. This Order shall become effective at 12:01 a.m. on March 17, 2020 and will continue to be in effect until 11:59 p.m. on April 7, 2020, or until it is extended, rescinded, superseded, or amended in writing by the Health Officer.

13. Copies of this Order shall promptly be: (1) made available at the County Administration Building at 1225 Oak Street, Oakland, California 94612; (2) posted on the County Public Health Department's website (acphd.org); and (3) provided to any member of the public requesting a copy of this Order.

14. If any provision of this Order to the application thereof to any person or circumstance is held to be invalid, the reminder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect.  To this end, the provisions of this Order are severable.

**IT IS SO ORDERED:**

Erica Pan, MD, MPH, FAAP

_____

Dr. Erica Pan                              Dated: March 16, 2020
Interim Health Officer of the County of Alameda

Order of the County Health Officer
to Shelter in Place

**EXHIBIT A**

# EXHIBIT B

**ORDER OF THE HEALTH OFFICER
OF THE COUNTY OF ALAMEDA DIRECTING
ALL INDIVIDUALS LIVING IN THE COUNTY TO CONTINUE
SHELTERING AT THEIR PLACE OF RESIDENCE EXCEPT FOR
ESSENTIAL NEEDS; CONTINUING TO EXEMPT HOMELESS
INDIVIDUALS FROM THE ORDER BUT URGING GOVERNMENT
AGENCIES TO PROVIDE THEM SHELTER AND HAND SANITATION
FACILITIES; RESTRICTING ACCESS TO RECREATION AREAS;
REQUIRING ESSENTIAL BUSINESSES TO IMPLEMENT SOCIAL
DISTANCING PROTOCOLS; CLARIFYING AND FURTHER LIMITING
ESSENTIAL BUSINESS ACTIVITIES, INCLUDING CONSTRUCTION;
AND DIRECTING ALL BUSINESSES AND GOVERNMENTAL
OPERATIONS TO FURTHER CEASE NON-ESSENTIAL OPERATIONS**

**DATE OF ORDER: MARCH 31, 2020
No. 20-04**

**Please read this Order carefully. Violation of or failure to comply with this Order is a misdemeanor punishable by fine, imprisonment, or both. (California Health and Safety Code § 120295, *et seq.*; Cal. Penal Code §§ 69, 148(a)(1))**

UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101085, AND 120175, THE HEALTH OFFICER OF THE COUNTY OF ALAMEDA ("HEALTH OFFICER") ORDERS:

1. This Order supersedes the March 16, 2020 Order of the Health Officer directing all individuals to shelter in place ("Prior Shelter Order"). This Order clarifies, strengthens, and extends certain terms of the Prior Shelter Order to increase social distancing and reduce person-to-person contact in order to further slow transmission of Novel Coronavirus Disease 2019 ("COVID-19"). As of the effective date and time of this Order set forth in Section 16 below, all individuals, businesses, and government agencies in the County of Alameda ("County") are required to follow the provisions of this Order.

2. The intent of this Order is to ensure that the maximum number of people shelter in their places of residence to the maximum extent feasible to slow the spread of COVID-19 and mitigate the impact on delivery of critical healthcare services to those in need. All provisions of this Order must be interpreted to effectuate this intent. Failure to comply with any of the provisions of this Order constitutes an imminent threat and menace to public health, constitutes a public nuisance, and is punishable by fine, imprisonment, or both.

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 1 of 13

**EXHIBIT B**

3.  All individuals currently living within the County are ordered to shelter at their place of residence.  They may leave their residence only for Essential Activities, Essential Governmental Functions, Essential Travel, to work for Essential Businesses, or to perform Minimum Basic Operations for non-essential businesses, all as defined in Section 13.  Individuals experiencing homelessness are exempt from this Section, but are strongly urged to obtain shelter, and governmental and other entities are strongly urged to, as soon as possible, make such shelter available and provide handwashing or hand sanitation facilities to persons who continue experiencing homelessness.

4.  When people need to leave their place of residence for the limited purposes allowed in this Order, they must strictly comply with Social Distancing Requirements as defined in Section 13.k, except as expressly provided in this Order.

5.  All businesses with a facility in the County, except Essential Businesses, as defined in Section 13.f, are required to cease all activities at facilities located within the County except Minimum Basic Operations, as defined in Section 13.g.  For clarity, all businesses may continue operations consisting exclusively of owners, employees, volunteers, or contractors performing activities at their own residences (i.e., working from home).  All Essential Businesses are strongly encouraged to remain open.  But Essential Businesses are directed to maximize the number of employees who work from home.  Essential Businesses may only assign those employees who cannot perform their job duties from home to work outside the home.  All Essential Businesses shall prepare, post, and implement a Social Distancing Protocol at each of their facilities at which they are maintaining operations, as specified in Section 13.h.  Businesses that include an Essential Business component at their facilities alongside non-essential components must, to the extent feasible, scale down their operations to the Essential Business component only; provided, however, that mixed retail businesses that are otherwise allowed to operate under this Order may continue to stock and sell non-essential products.  Essential Businesses must follow industry-specific guidance issued by the Health Officer related to COVID-19.

6.  All public and private gatherings of any number of people occurring outside a single household or living unit are prohibited, except for the limited purposes expressly permitted in this Order.  Nothing in this Order prohibits members of a single household or living unit from engaging in Essential Travel or Essential Activities together.

7.  All travel, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit, except Essential Travel, as defined below in Section 13.i, is prohibited.  People may use public transit only for purposes of performing Essential Activities or to travel to and from work to operate Essential Businesses, maintain Essential Governmental Functions, or to perform Minimum Basic Operations at non-essential businesses.  Transit agencies and people riding on public transit must comply with Social Distancing Requirements, as defined in Section 13.k, to the greatest extent feasible.  This Order allows travel into or out of the County only to perform Essential

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 2 of 13

**EXHIBIT B**

Activities, operate Essential Businesses, maintain Essential Governmental Functions, or perform Minimum Basic Operations at non-essential businesses.

8.  This Order is issued based on evidence of increasing occurrence of COVID-19 within the County and throughout the Bay Area, scientific evidence and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, and evidence that the age, condition, and health of a significant portion of the population of the County places it at risk for serious health complications, including death, from COVID-19.  Due to the outbreak of the COVID-19 disease in the general public, which is now a pandemic according to the World Health Organization, there is a public health emergency throughout the County.  Making the problem worse, some individuals who contract the virus causing the COVID-19 disease have no symptoms or have mild symptoms, which means they may not be aware they carry the virus and are transmitting it to others.  Because even people without symptoms can transmit the infection, and because evidence shows the infection is easily spread, gatherings and other interpersonal interactions can result in preventable transmission of the virus.  This public health emergency has substantially worsened since the County issued the Prior Shelter Order on March 16, 2020, with a significant escalation in the number of positive cases, hospitalizations, and deaths, and increasing strain on health care resources.  At the same time, evidence suggests that the restrictions on mobility and social distancing requirements imposed by the Prior Shelter Order are slowing the rate of increase in community transmission and confirmed cases by limiting interactions among people, consistent with scientific evidence of the efficacy of similar measures in other parts of the country and world.  The scientific evidence shows that at this stage of the emergency, it remains essential to continue to slow virus transmission as much as possible to protect the most vulnerable, to prevent the health care system from being overwhelmed, and to prevent deaths.  Extension of the Prior Shelter Order and strengthening of its restrictions are necessary to further reduce the spread of the COVID-19 disease, preserving critical and limited healthcare capacity in the County and advancing toward a point in the public health emergency where transmission can be controlled.

9.  This Order is also issued in light of the existence, as of March 29, 2020, of 254 cases of COVID-19 in the County, as well as at least 2,092 confirmed cases (up from 258 confirmed cases on March 15, 2020, just before the Prior Shelter Order) and at least 51 deaths (up from three deaths on March 15, 2020) in the seven Bay Area jurisdictions jointly issuing this Order, including a significant and increasing number of suspected cases of community transmission and likely further significant increases in transmission.  This Order is necessary to slow the rate of spread, and the Health Officer will re-evaluate it as further data becomes available.

10. This Order is issued in accordance with, and incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom, the Declarations of Local Health Emergency issued by the Health Officer on March 1 and 5, the March 10, 2020 Resolution of the Board of Supervisors of the County of Alameda

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 3 of 13

**EXHIBIT B**

Ratifying the Declarations of Local Health Emergency, and the March 17, 2020 Resolution of the Board of Supervisors Ratifying the Declaration of Local Emergency.

11. This Order is issued in light of evidence that the Prior Shelter Order has been generally effective in increasing social distancing, but that at this time additional restrictions are necessary to further mitigate the rate of transmission of COVID-19, to prevent the health care system from being overwhelmed, and prevent death. This Order comes after the release of substantial guidance from the County Health Officer, the Centers for Disease Control and Prevention, the California Department of Public Health, and other public health officials throughout the United States and around the world, including an increasing number of orders imposing similar social distancing requirements and mobility restrictions to combat the spread and harms of COVID-19. The Health Officer will continue to assess the quickly evolving situation and may modify or extend this Order, or issue additional Orders, related to COVID-19, as changing circumstances dictate.

12. This Order is also issued in light of the March 19, 2020 Order of the State Public Health Officer (the "State Shelter Order") , which set baseline statewide restrictions on non-residential business activities effective until further notice, as well as the Governor's March 19, 2020 Executive Order N-33-20 directing California residents to follow the State Shelter Order. The State Shelter Order was complementary to the Prior Shelter Order. This Order adopts in certain respects more stringent restrictions addressing the particular facts and circumstances in this County, which are necessary to control the public health emergency as it is evolving within the County and the Bay Area. Without this tailored set of restrictions that further reduces the number of interactions between persons, scientific evidence indicates that the public health crisis in the County will worsen to the point at which it may overtake available health care resources within the County and increase the death rate. Also, this Order enumerates additional restrictions on non-work-related travel not covered by the State Shelter Order, including limiting such travel to performance of Essential Travel or Essential Activities; sets forth mandatory Social Distancing Requirements for all individuals in the County when engaged in activities outside their residences; and adds a mechanism to ensure that Essential Businesses comply with the Social Distancing Requirements. Where a conflict exists between this Order and any state public health order related to the COVID-19 pandemic, the most restrictive provision controls. Consistent with California Health and Safety Code section 131080 and the Health Officer Practice Guide for Communicable Disease Control in California, except where the State Health Officer may issue an order expressly directed at this Order and based on a finding that a provision of this Order constitutes a menace to public health, any more restrictive measures in this Order continue to apply and control in this County.

13. Definitions and Exemptions.

    a. For the purposes of this Order, individuals may leave their residence only to perform the following "Essential Activities." But people at high risk of severe illness from COVID-19 and people who are sick are strongly urged to stay in their

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 4 of 13

**EXHIBIT B**

residence to the extent possible, except as necessary to seek or provide medical care or Essential Governmental Functions.  Essential Activities are:

    i.  To engage in activities or perform tasks important to their health and safety, or to the health and safety of their family or household members (including pets), such as, by way of example only and without limitation, obtaining medical supplies or medication, or visiting a health care professional.

    ii.  To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example only and without limitation, canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products, products needed to work from home, or products necessary to maintain the habitability, sanitation, and operation of residences.

    iii.  To engage in outdoor recreation activity, including, by way of example and without limitation, walking, hiking, bicycling, and running, in compliance with Social Distancing Requirements and with the following limitations:

        1.  Outdoor recreation activity at parks, beaches, and other open spaces must be in conformance with any restrictions on access and use established by the Health Officer, government, or other entity that manages such area to reduce crowding and risk of transmission of COVID-19.  Such restrictions may include, but are not limited to, restricting the number of entrants, closing the area to vehicular access and parking, or closure to all public access;

        2.  Use of recreational areas with high-touch equipment or that encourage gathering, including, but not limited to, playgrounds, outdoor gym equipment, picnic areas, dog parks, and barbecue areas, is prohibited outside of residences, and all such areas shall be closed to public access including by signage and, as appropriate, by physical barriers;

        3.  Use of shared facilities for recreational activities outside of residences, including, but not limited to, golf courses, tennis and pickle ball courts, rock parks, climbing walls, pools, spas, shooting and archery ranges, gyms, disc golf, and basketball courts is prohibited and those areas must be closed for recreational purposes, including by signage and, as appropriate, by physical barriers.  Such facilities may be repurposed during the emergency to provide essential services needed to address the COVID-19 pandemic; and

        4.  Sports or activities that include the use of shared equipment may only be engaged in by members of the same household or living unit.

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 5 of 13

EXHIBIT B

    iv.   To perform work for an Essential Business or to otherwise carry out activities specifically permitted in this Order, including Minimum Basic Operations, as defined in this Section.

    v.   To provide necessary care for a family member or pet in another household who has no other source of care.

    vi.   To attend a funeral with no more than 10 individuals present.

    vii.   To move residences, but only if it is not possible to defer an already planned move, if the move is necessitated by safety, sanitation, or habitability reasons, or if the move is necessary to preserve access to shelter.  When moving into or out of the Bay Area region, individuals are strongly urged to quarantine for 14 days.  To quarantine, individuals should follow the guidance of the United States Centers for Disease Control and Prevention.

b.   For the purposes of this Order, individuals may leave their residence to work for, volunteer at, or obtain services at "Healthcare Operations," including, without limitation, hospitals, clinics, COVID-19 testing locations, dentists, pharmacies, blood banks and blood drives, pharmaceutical and biotechnology companies, other healthcare facilities, healthcare suppliers, home healthcare services providers, mental health providers, or any related and/or ancillary healthcare services.  "Healthcare Operations" also includes veterinary care and all healthcare services provided to animals.  This exemption for Healthcare Operations shall be construed broadly to avoid any interference with the delivery of healthcare, broadly defined.  "Healthcare Operations" excludes fitness and exercise gyms and similar facilities.

c.   For the purposes of this Order, individuals may leave their residence to provide any services or perform any work necessary to the operation and maintenance of "Essential Infrastructure," including airports, utilities (including water, sewer, gas, and electrical), oil refining, roads and highways, public transportation, solid waste facilities (including collection, removal, disposal, and processing facilities), cemeteries, mortuaries, crematoriums, and telecommunications systems (including the provision of essential global, national, and local infrastructure for internet, computing services, business infrastructure, communications, and web-based services).

d.   For the purposes of this Order, all first responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel, and others who need to perform essential services are categorically exempt from this Order to the extent they are performing those essential services. Further, nothing in this Order shall prohibit any individual from performing or accessing "Essential Governmental Functions," as determined by the governmental entity performing those functions in the County.  Each governmental entity shall identify and designate appropriate employees, volunteers, or contractors to continue providing and carrying out any Essential

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04

**EXHIBIT B**

Governmental Functions, including the hiring or retention of new employees or contractors to perform such functions.  Each governmental entity and its contractors must employ all necessary emergency protective measures to prevent, mitigate, respond to and recover from the COVID-19 pandemic, and all Essential Governmental Functions shall be performed in compliance with Social Distancing Requirements to the greatest extent feasible.

e.  For the purposes of this Order, a "business" includes any for-profit, non-profit, or educational entity, whether a corporate entity, organization, partnership or sole proprietorship, and regardless of the nature of the service, the function it performs, or its corporate or entity structure.

f.  For the purposes of this Order, "Essential Businesses" are:
   i.  Healthcare Operations and businesses that operate, maintain, or repair Essential Infrastructure;
   ii.  Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of unprepared food, canned food, dry goods, non-alcoholic beverages, pet supply, fresh fruits and vegetables, fresh meats, fish, and poultry, as well as hygienic products and household consumer products necessary for personal hygiene or the habitability, sanitation, or operation of residences.  The businesses included in this subparagraph (ii) include establishments that sell multiple categories of products provided that they sell a significant amount of essential products identified in this subparagraph, such as liquor stores that also sell a significant amount of food.
   iii.  Food cultivation, including farming, livestock, and fishing;
   iv.  Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;
   v.  Construction, but only of the types listed in this subparagraph below:
      1.  Projects immediately necessary to the maintenance, operation, or repair of Essential Infrastructure;
      2.  Projects associated with Healthcare Operations, including creating or expanding Healthcare Operations, provided that such construction is directly related to the COVID-19 response;
      3.  Affordable housing that is or will be income-restricted, including multi-unit or mixed-use developments containing at least 10% income-restricted units;
      4.  Public works projects if specifically designated as an Essential Governmental Function by the lead governmental agency;
      5.  Shelters and temporary housing, but not including hotels or motels;
      6.  Projects immediately necessary to provide critical non-commercial services to individuals experiencing homelessness, elderly persons,

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 7 of 13

**EXHIBIT B**

persons who are economically disadvantaged, and persons with special needs;

7. Construction necessary to ensure that existing construction sites that must be shut down under this Order are left in a safe and secure manner, but only to the extent necessary to do so; and

8. Construction or repair necessary to ensure that residences and buildings containing Essential Businesses are safe, sanitary, or habitable to the extent such construction or repair cannot reasonably be delayed;

vi. Newspapers, television, radio, and other media services;

vii. Gas stations and auto-supply, auto-repair (including, but not limited to, for cars, trucks, motorcycles and motorized scooters), and automotive dealerships, but only for the purpose of providing auto-supply and auto-repair services (and not, by way of example, car sales or car washes). This subparagraph (vii) does not restrict the on-line purchase of automobiles if they are delivered to a residence or Essential Business;

viii. Bicycle repair and supply shops;

ix. Banks and related financial institutions;

x. Service providers that enable residential transactions (including rentals, leases, and home sales), including, but not limited to, real estate agents, escrow agents, notaries, and title companies, provided that appointments and other residential viewings must only occur virtually or, if a virtual viewing is not feasible, by appointment with no more than two visitors at a time residing within the same household or living unit and one individual showing the unit (except that in person visits are not allowed when the occupant is still residing in the residence);

xi. Hardware stores;

xii. Plumbers, electricians, exterminators, and other service providers who provide services that are necessary to maintaining the habitability, sanitation, and operation of residences and Essential Businesses, but not for cosmetic or other purposes;

xiii. Arborists, landscapers, gardeners, and similar service professionals, but only to the limited extent necessary to maintain the habitability, sanitation, operation of businesses or residences, or the safety of residents, employees, or the public (such as fire safety or tree trimming to prevent a dangerous condition), and not for cosmetic or other purposes (such as upkeep);

xiv. Businesses providing mailing and shipping services, including post office boxes;

xv. Educational institutions—including public and private K-12 schools, colleges, and universities—for purposes of facilitating distance learning or performing essential functions, provided that social distancing of six-feet per person is maintained to the greatest extent possible;

xvi. Laundromats, drycleaners, and laundry service providers;

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 8 of 13

EXHIBIT B

xvii.  Restaurants and other facilities that prepare and serve food, but only for delivery or carry out.  Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and take-away basis only.  Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;

xviii.  Funeral home providers, mortuaries, cemeteries, and crematoriums, to the extent necessary for the transport, preparation, or processing of bodies or remains;

xix.  Businesses that supply other Essential Businesses with the support or supplies necessary to operate, but only to the extent that they support or supply these Essential Businesses.  This exemption shall not be used as a basis for engaging in sales to the general public from retail storefronts;

xx.  Businesses that have the primary function of shipping or delivering groceries, food, or other goods directly to residences or businesses.  This exemption shall not be used to allow for manufacturing or assembly of non-essential products or for other functions besides those necessary to the delivery operation;

xxi.  Airlines, taxis, rental car companies, rideshare services (including shared bicycles and scooters), and other private transportation providers providing transportation services necessary for Essential Activities and other purposes expressly authorized in this Order;

xxii.  Home-based care for seniors, adults, children, and pets;

xxiii.  Residential facilities and shelters for seniors, adults, and children;

xxiv.  Professional services, such as legal, notary, or accounting services, when necessary to assist in compliance with non-elective, legally required activities;

xxv.  Services to assist individuals in finding employment with Essential Businesses;

xxvi.  Moving services that facilitate residential or commercial moves that are allowed under this Order;

xxvii.  Childcare facilities providing services that enable owners, employees, volunteers, and contractors for Essential Businesses or Essential Governmental Functions to work as permitted.  Children of owners, employees, volunteers, and contractors who are not exempt under this Order may not attend childcare facilities.  To the extent possible, childcare facilities must operate under the following conditions:

    1.  Childcare must be carried out in stable groups of 12 or fewer ("stable" means that the same 12 or fewer children are in the same group each day).

    2.  Children shall not change from one group to another.

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04

**EXHIBIT B**

3. If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.

4. Childcare providers shall remain solely with one group of children.

g. For the purposes of this Order, "Minimum Basic Operations" means the following activities for businesses, provided that owners, employees, and contractors comply with Social Distancing Requirements as defined this Section, to the extent possible, while carrying out such operations:

   i. The minimum necessary activities to maintain and protect the value of the business's inventory and facilities; ensure security, safety, and sanitation; process payroll and employee benefits; provide for the delivery of existing inventory directly to residences or businesses; and related functions.

   ii. The minimum necessary activities to facilitate owners, employees, and contractors of the business being able to continue to work remotely from their residences, and to ensure that the business can deliver its service remotely.

h. For the purposes of this Order, all Essential Businesses must prepare and post by no later than 11:59 p.m. on April 2, 2020 a "Social Distancing Protocol" for each of their facilities in the County frequented by the public or employees.  The Social Distancing Protocol must be substantially in the form attached to this Order as Appendix A.  The Social Distancing Protocol must be posted at or near the entrance of the relevant facility, and shall be easily viewable by the public and employees.  A copy of the Social Distancing Protocol must also be provided to each employee performing work at the facility.  All Essential Businesses shall implement the Social Distancing Protocol and provide evidence of its implementation to any authority enforcing this Order upon demand.  The Social Distancing Protocol must explain how the business is achieving the following, as applicable:

   i. Limiting the number of people who can enter into the facility at any one time to ensure that people in the facility can easily maintain a minimum six-foot distance from one another at all times, except as required to complete the Essential Business activity;

   ii. Where lines may form at a facility, marking six-foot increments at a minimum, establishing where individuals should stand to maintain adequate social distancing;

   iii. Providing hand sanitizer, soap and water, or effective disinfectant at or near the entrance of the facility and in other appropriate areas for use by the public and employees, and in locations where there is high-frequency employee interaction with members of the public (e.g. cashiers);

   iv. Providing for contactless payment systems or, if not feasible to do so, the providing for disinfecting all payment portals, pens, and styluses after each use;

   v. Regularly disinfecting other high-touch surfaces; and

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04

**EXHIBIT B**

vi.   Posting a sign at the entrance of the facility informing all employees and customers that they should: avoid entering the facility if they have a cough or fever; maintain a minimum six-foot distance from one another; sneeze and cough into one's elbow; not shake hands or engage in any unnecessary physical contact.

vii.  Any additional social distancing measures being implemented (see the Centers for Disease Control and Prevention's guidance at: https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html).

i.    For the purposes of this Order, "Essential Travel" means travel for any of the following purposes:

   i.    Travel related to the provision of or access to Essential Activities, Essential Governmental Functions, Essential Businesses, or Minimum Basic Operations.

   ii.   Travel to care for any elderly, minors, dependents, or persons with disabilities.

   iii.  Travel to or from educational institutions for purposes of receiving materials for distance learning, for receiving meals, and any other related services.

   iv.   Travel to return to a place of residence from outside the County.

   v.    Travel required by law enforcement or court order.

   vi.   Travel required for non-residents to return to their place of residence outside the County.  Individuals are strongly encouraged to verify that their transportation out of the County remains available and functional prior to commencing such travel.

   vii.  Travel to manage after-death arrangements and burial.

   viii. Travel to arrange for shelter or avoid homelessness.

   ix.   Travel to avoid domestic violence or child abuse.

   x.    Travel for parental custody arrangements.

   xi.   Travel to a place to temporarily reside in a residence or other facility to avoid potentially exposing others to COVID-19, such as a hotel or other facility provided by a governmental authority for such purposes.

j.    For purposes of this Order, "residences" include hotels, motels, shared rental units and similar facilities.  Residences also include living structures and outdoor spaces associated with those living structures, such as patios, porches, backyards, and front yards that are only accessible to a single family or household unit.

k.    For purposes of this Order, "Social Distancing Requirements" means:

   i.    Maintaining at least six-foot social distancing from individuals who are not part of the same household or living unit;

   ii.   Frequently washing hands with soap and water for at least 20 seconds, or using hand sanitizer that is recognized by the Centers for Disease Control and Prevention as effective in combatting COVID-19;

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 11 of 13

EXHIBIT B

     iii.  Covering coughs and sneezes with a tissue or fabric or, if not possible, into the sleeve or elbow (but not into hands); and

     iv.  Avoiding all social interaction outside the household when sick with a fever or cough.

All individuals must strictly comply with Social Distancing Requirements, except to the limited extent necessary to provide care (including childcare, adult or senior care, care to individuals with special needs, and patient care); as necessary to carry out the work of Essential Businesses, Essential Governmental Functions, or provide for Minimum Basic Operations; or as otherwise expressly provided in this Order.

14. Government agencies and other entities operating shelters and other facilities that house or provide meals or other necessities of life for individuals experiencing homelessness must take appropriate steps to help ensure compliance with Social Distancing Requirements, including adequate provision of hand sanitizer.  Also, individuals experiencing homelessness who are unsheltered and living in encampments should, to the maximum extent feasible, abide by 12 foot by 12 foot distancing for the placement of tents, and government agencies should provide restroom and hand washing facilities for individuals in such encampments as set forth in Centers for Disease Control and Prevention Interim Guidance Responding to Coronavirus 2019 (COVID-19) Among People Experiencing Unsheltered Homelessness (https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/unsheltered-homelessness.html).

15. Pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Order.  The violation of any provision of this Order constitutes an imminent threat and menace to public health, constitutes a public nuisance, and is punishable by fine, imprisonment, or both.

16. This Order shall become effective at 11:59 p.m. on March 31, 2020 and will continue to be in effect until 11:59 p.m. on May 3, 2020, or until it is extended, rescinded, superseded, or amended in writing by the Health Officer.

17. Copies of this Order shall promptly be: (1) made available at the County Administration Building at 1221 Oak Street, Oakland, California 94612; (2) posted on the County Public Health Department's website (acphd.org); and (3) provided to any member of the public requesting a copy of this Order.

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04
Page 12 of 13

EXHIBIT B

18. If any provision of this Order to its application to any person or circumstance is held to be invalid, the reminder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect.  To this end, the provisions of this Order are severable.

**IT IS SO ORDERED:**

Dr. Erica Pan                                        Dated: March 31, 2020
Interim Health Officer of the County of Alameda

Attachments:   Appendix A – Social Distancing Protocol

Order of the Alameda County Health Officer
to Shelter in Place No. 20-04

**EXHIBIT B**

**Appendix A: Social Distancing Protocol**

Business name:  Click or tap here to enter text.

Facility Address:  Click or tap here to enter text.

Approximate gross square footage of space open to the public:  Click or tap here to enter text.

**Businesses must implement all applicable measures listed below, and be prepared to explain why any measure that is not implemented is inapplicable to the business.**

---

_Signage:_

☐ Signage at each public entrance of the facility to inform all employees and customers that they should: avoid entering the facility if they have a cough or fever; maintain a minimum six-foot distance from one another; sneeze and cough into a cloth or tissue or, if not available, into one's elbow; and not shake hands or engage in any unnecessary physical contact.

☐ Signage posting a copy of the Social Distancing Protocol at each public entrance to the facility.

---

_Measures To Protect Employee Health (check all that apply to the facility):_

☐ Everyone who can carry out their work duties from home has been directed to do so.

☐ All employees have been told not to come to work if sick.

☐ Symptom checks are being conducted before employees may enter the work space.

☐ All desks or individual work stations are separated by at least six feet.

☐ Break rooms, bathrooms, and other common areas are being disinfected frequently, on the following schedule:
    ☐ Break rooms:
    ☐ Bathrooms:
    ☐ Other (Click or tap here to enter text.): Click or tap here to enter text.

☐ Disinfectant and related supplies are available to all employees at the following location(s): Click or tap here to enter text.

☐ Hand sanitizer effective against COVID-19 is available to all employees at the following location(s): Click or tap here to enter text.

☐ Soap and water are available to all employees at the following location(s): Click or tap here to enter text.

☐ Copies of this Protocol have been distributed to all employees.

☐ Optional—Describe other measures: Click or tap here to enter text.

---

_Measures To Prevent Crowds From Gathering (check all that apply to the facility):_

☐ Limit the number of customers in the store at any one time to Click or tap here to enter text.[insert maximum number here], which allows for customers and employees to easily maintain at least six-foot distance from one another at all practicable times.

☐ Post an employee at the door to ensure that the maximum number of customers in the facility set forth above is not exceeded.

☐ Placing per-person limits on goods that are selling out quickly to reduce crowds and lines. Explain: Click or tap here to enter text.

**EXHIBIT B**

**Appendix A: Social Distancing Protocol**

☐ Optional—Describe other measures: *Click or tap here to enter text.*

___

***Measures To Keep People At Least Six Feet Apart (check all that apply to the facility)***

☐ Placing signs outside the store reminding people to be at least six feet apart, including when in line.

☐ Placing tape or other markings at least six feet apart in customer line areas inside the store and on sidewalks at public entrances with signs directing customers to use the markings to maintain distance.

☐ Separate order areas from delivery areas to prevent customers from gathering.

☐ All employees have been instructed to maintain at least six feet distance from customers and from each other, except employees may momentarily come closer when necessary to accept payment, deliver goods or services, or as otherwise necessary.

☐ Optional—Describe other measures: *Click or tap here to enter text.*

___

***Measures To Prevent Unnecessary Contact (check all that apply to the facility):***

☐ Preventing people from self-serving any items that are food-related.

    ☐ Lids for cups and food-bar type items are provided by staff; not to customers to grab.

    ☐ Bulk-item food bins are not available for customer self-service use.

☐ Not permitting customers to bring their own bags, mugs, or other reusable items from home.

☐ Providing for contactless payment systems or, if not feasible, sanitizing payment systems regularly. Describe: *Click or tap here to enter text.*

☐ Optional—Describe other measures (e.g. providing senior-only hours): *Click or tap here to enter text.*

___

***Measures To Increase Sanitization (check all that apply to the facility):***

☐ Disinfecting wipes that are effective against COVID-19 are available near shopping carts and shopping baskets.

☐ Employee(s) assigned to disinfect carts and baskets regularly.

☐ Hand sanitizer, soap and water, or effective disinfectant is available to the public at or near the entrance of the facility, at checkout counters, and anywhere else inside the store or immediately outside where people have direct interactions.

☐ Disinfecting all payment portals, pens, and styluses after each use.

☐ Disinfecting all high-contact surfaces frequently.

☐ Optional—Describe other measures: *Click or tap here to enter text.*

\* Any additional measures not included here should be listed on separate pages, which the business should attach to this document.

**You may contact the following person with any questions or comments about this protocol:**

**Name:** *Click or tap here to enter text.*          **Phone number:** *Click or tap here to enter text.*

**EXHIBIT B**

# EXHIBIT C

 

# ORDER OF THE HEALTH OFFICER NO. 20-10

## ORDER OF THE HEALTH OFFICER
## OF THE COUNTY OF ALAMEDA DIRECTING
## ALL INDIVIDUALS IN THE COUNTY TO CONTINUE SHELTERING AT THEIR PLACE OF RESIDENCE EXCEPT FOR ESSENTIAL NEEDS AND IDENTIFIED OUTDOOR ACTIVITIES IN COMPLIANCE WITH SPECIFIED REQUIREMENTS; CONTINUING TO EXEMPT HOMELESS INDIVIDUALS FROM THE ORDER BUT URGING GOVERNMENT AGENCIES TO PROVIDE THEM SHELTER; REQUIRING ALL BUSINESSES AND RECREATION FACILITIES THAT ARE ALLOWED TO OPERATE TO IMPLEMENT SOCIAL DISTANCING, FACE COVERING, AND CLEANING PROTOCOLS; AND DIRECTING ALL BUSINESSES, FACILITY OPERATORS, AND GOVERNMENTAL AGENCIES TO CONTINUE THE TEMPORARY CLOSURE OF ALL OTHER OPERATIONS NOT ALLOWED UNDER THIS ORDER

### DATE OF ORDER: APRIL 29, 2020

**Please read this Order carefully. Violation of or failure to comply with this Order is a misdemeanor punishable by fine, imprisonment, or both. (California Health and Safety Code § 120295, *et seq.*; Cal. Penal Code §§ 69, 148(a)(1))**

UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101085, AND 120175, THE HEALTH OFFICER OF THE COUNTY OF ALAMEDA ("HEALTH OFFICER") ORDERS:

1. This Order supersedes the March 31, 2020 Order of the Health Officer directing all individuals to shelter in place ("Prior Order"). This Order amends, clarifies, and extends certain terms of the Prior Order to ensure continued social distancing and limit person-to-person contact to reduce the rate of transmission of Novel Coronavirus Disease 2019 ("COVID-19"). This Order continues to restrict most activity, travel, and governmental and business functions. But in light of progress achieved in slowing the spread of COVID-19 in the County of Alameda (the "County") and neighboring counties, the Order allows a limited number of additional Essential Businesses and certain lower risk Outdoor Businesses (both as defined in Section 16 below) to resume operating. This initial, measured resumption of those activities is designed to keep the overall volume of person-to-person contact very low to prevent a surge in COVID-19 cases in the County and neighboring counties. The activities allowed by this Order will be assessed on an

**EXHIBIT C**

 

ongoing basis and may need to be modified if the risk associated with COVID-19 increases in the future.  As of the effective date and time of this Order set forth in Section 19 below, all individuals, businesses, and government agencies in the County are required to follow the provisions of this Order.

2.  The primary intent of this Order is to ensure that County residents continue to shelter in their places of residence to slow the spread of COVID-19 and mitigate the impact on delivery of critical healthcare services.  This Order allows a limited number of additional essential and outdoor business activities to resume while the Health Officer continues to assess the transmissibility and clinical severity of COVID-19 and monitors indicators described in Section 11.  All provisions of this Order must be interpreted to effectuate this intent.  Failure to comply with any of the provisions of this Order constitutes an imminent threat and menace to public health, constitutes a public nuisance, and is punishable by fine, imprisonment, or both.

3.  All individuals currently living within the County are ordered to shelter at their place of residence.  They may leave their residence only for: Essential Activities as defined in Section 16.a and Outdoor Activities as defined in Section 16.m; Essential Governmental Functions as defined in Section 16.d; Essential Travel as defined in Section 16.i, to work for Essential Businesses as defined in Section 16.f, and Outdoor Businesses as defined in Section 16.*l*; or to perform Minimum Basic Operations for other businesses that must remain temporarily closed, as provided in Section 16.g.  For clarity, individuals who do not currently reside in the County must comply with all applicable requirements of the Order when in the County.  Individuals experiencing homelessness are exempt from this Section, but are strongly urged to obtain shelter, and governmental and other entities are strongly urged to, as soon as possible, make such shelter available and provide handwashing or hand sanitation facilities to persons who continue experiencing homelessness.

4.  When people need to leave their place of residence for the limited purposes allowed in this Order, they must strictly comply with Social Distancing Requirements as defined in Section 16.k, except as expressly provided in this Order, and must wear Face Coverings as provided in Health Officer Order No. 20-08 (the "Face Covering Order").

5.  All businesses with a facility in the County, except Essential Businesses and Outdoor Businesses, as defined in Section 16, are required to have ceased activities at facilities located within the County except Minimum Basic Operations, as defined in Section 16. For clarity, all businesses may continue operations consisting exclusively of owners, personnel, volunteers, or contractors performing activities at their own residences (i.e., working from home).  All Essential Businesses are strongly encouraged to remain open. But all businesses are directed to maximize the number of personnel who work from home.  Essential Businesses and Outdoor Businesses may only assign those personnel who cannot perform their job duties from home to work outside the home.  Outdoor

Order of the County Health Officer
to Shelter in Place (April 29, 2020)

**EXHIBIT C**

 

Businesses must conduct all business and transactions involving members of the public outdoors.

6. As a condition of operating under this Order, the operators of all businesses must prepare or update, post, implement, and distribute to their personnel a Social Distancing Protocol for each of their facilities in the County frequented by personnel or members of the public, as specified in Section 16.h. Businesses that include an Essential Business or Outdoor Business component at their facilities alongside other components must, to the extent feasible, scale down their operations to the Essential Business and Outdoor Business components only; provided, however, mixed retail businesses that are otherwise allowed to operate under this Order may continue to stock and sell non-essential products. All businesses allowed to operate under this Order must follow any industry-specific guidance issued by the Health Officer related to COVID-19.

7. All public and private gatherings of any number of people occurring outside a single household or living unit are prohibited, except for the limited purposes expressly permitted in this Order. Nothing in this Order prohibits members of a single household or living unit from engaging in Essential Travel, Essential Activities, or Outdoor Activities together.

8. All travel, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit, except Essential Travel, as defined below in Section 16.i, is prohibited. People may use public transit only for purposes of performing Essential Activities and Outdoor Activities, or to travel to and from work for Essential Businesses or Outdoor Businesses, to maintain Essential Governmental Functions, or to perform Minimum Basic Operations at non-essential businesses. Transit agencies and people riding on public transit must comply with Social Distancing Requirements, as defined in Section 16.k, to the greatest extent feasible, and personnel and passengers must wear Face Coverings as required by the Face Covering Order. This Order allows travel into or out of the County only to perform Essential Activities and Outdoor Activities, to operate or perform work for Essential Businesses or Outdoor Businesses, to maintain Essential Governmental Functions, or to perform Minimum Basic Operations at non-essential businesses.

9. This Order is issued based on evidence of continued significant community transmission of COVID-19 within the County and throughout the Bay Area; continued uncertainty regarding the degree of undetected asymptomatic transmission; scientific evidence and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically; evidence that the age, condition, and health of a significant portion of the population of the County places it at risk for serious health complications, including death, from COVID-19; and further evidence that others, including younger and otherwise healthy people, are also at risk for serious outcomes. Due to the outbreak of the COVID-19 disease in the general public,

Order of the County Health Officer
to Shelter in Place (April 29, 2020)

**EXHIBIT C**



which is now a pandemic according to the World Health Organization, there is a public health emergency throughout the County.  Making the problem worse, some individuals who contract the virus causing the COVID-19 disease have no symptoms or have mild symptoms, which means they may not be aware they carry the virus and are transmitting it to others.  Further, evidence shows that the virus can survive for hours to days on surfaces and be indirectly transmitted between individuals.  Because even people without symptoms can transmit the infection, and because evidence shows the infection is easily spread, gatherings and other direct or indirect interpersonal interactions can result in preventable transmission of the virus.

10. The collective efforts taken to date regarding this public health emergency have slowed the virus' trajectory, but the emergency and the attendant risk to public health remain significant.  As of April 27, 2020, there are 1,483 confirmed cases of COVID-19 in the County (up from 19 on March 15, 2020, just before the first shelter-in-place order) as well as at least 7,273 confirmed cases (up from 258 confirmed cases on March 15, 2020) and at least 266 deaths (up from 3 deaths on March 15, 2020) in the seven Bay Area jurisdictions jointly issuing this Order.  The cumulative number of confirmed cases continues to increase, though the rate of increase has slowed in the days leading up to this Order.  Evidence suggests that the restrictions on mobility and social distancing requirements imposed by the Prior Order (and the March 16, 2020 shelter-in-place order) are slowing the rate of increase in community transmission and confirmed cases by limiting interactions among people, consistent with scientific evidence of the efficacy of similar measures in other parts of the country and world.

11. The local health officers who jointly issued the Prior Order are monitoring several key indicators ("COVID-19 Indicators"), which are among the many factors informing their decisions whether to modify existing shelter-in-place restrictions.  Progress on some of these COVID-19 Indicators—specifically related to case and hospitalization trends and adequate current hospital capacity—makes it appropriate, at this time, to ease certain restrictions imposed by the Prior Order to allow individuals to engage in a limited set of additional activities and perform work for a limited set of additional businesses associated with the lower risk of COVID-19 transmission, as set forth in Section 16.*l*.  But the continued prevalence of the virus that causes COVID-19 requires most activities and business functions to remain restricted, and those activities that are permitted to occur must do so subject to social distancing and other infection control practices identified by the Health Officer.  Progress on the COVID-19 Indicators will be critical to determinations by the local health officers regarding whether the restrictions imposed by this Order may be further modified.  The Health Officer will continually review whether modifications to the Order are justified based on (1) progress on the COVID-19 Indicators; (2) developments in epidemiological and diagnostic methods for tracing, diagnosing, treating, or testing for COVID-19; and (3) scientific understanding of the transmission dynamics and clinical impact of COVID-19.  The COVID-19 Indicators include, but are not limited to, the following:

Order of the County Health Officer
to Shelter in Place (April 29, 2020)

**EXHIBIT C**

 

    a.  The trend of the number of new COVID-19 cases and hospitalizations per day

    b.  The capacity of hospitals and the health system in the County and region, including acute care beds and Intensive Care Unit beds, to provide care for COVID-19 patients and other patients, including during a surge in COVID-19 cases.

    c.  The supply of personal protective equipment (PPE) available for hospital staff and other healthcare providers and personnel who need PPE to safely respond to and treat COVID-19 patients.

    d.  The ability and capacity to quickly and accurately test persons to determine whether they are COVID-19 positive, especially those in vulnerable populations or high-risk settings or occupations.

    e.  The ability to conduct case investigation and contact tracing for the volume of cases and associated contacts that will continue to occur, isolating confirmed cases and quarantining persons who have had contact with confirmed cases.

12. The scientific evidence shows that at this stage of the emergency, it remains essential to continue to slow virus transmission to help (a) protect the most vulnerable; (b) prevent the health care system from being overwhelmed; (c) prevent long-term chronic health conditions, such as cardiovascular, kidney, and respiratory damage and loss of limbs from blood clotting; and (d) prevent deaths.  Extension of the Prior Order is necessary to slow the spread of the COVID-19 disease, preserving critical and limited healthcare capacity in the County and advancing toward a point in the public health emergency where transmission can be controlled.  At the same time, since the Prior Order was issued the County has made significant progress in expanding health system capacity and healthcare resources and in slowing community transmission of COVID-19.  In light of progress on these indicators, and subject to continued monitoring and potential public health-based responses, it is appropriate at this time to allow additional Essential Businesses and Outdoor Businesses to operate in the County.  Outdoor Businesses, by virtue of their operation outdoors, carry a lower risk of transmission than most indoor businesses.  Because Outdoor Businesses, as defined in section 16.*l*, generally involve only brief and limited person-to-person interactions, they also carry lower risk of transmission than business activities prohibited under the Order, which tend to involve prolonged interactions between individuals in close proximity or in confined spaces where transmission is more likely.  Existing Outdoor Businesses also constitute a relatively small proportion of business activity in the County, and therefore do not substantially increase the volume of interaction between persons in the County when reopened.

Order of the County Health Officer
to Shelter in Place (April 29, 2020)
                    Page 5 of 16

**EXHIBIT C**

 

13. This Order is issued in accordance with, and incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom, the Declarations of Local Health Emergency issued by the Health Officer on March 1 and 5, the March 10, 2020 Resolution of the Board of Supervisors of the County of Alameda Ratifying the Declarations of Local Health Emergency, and the March 17, 2020 Resolution of the Board of Supervisors Ratifying the Declaration of Local Emergency.

14. This Order comes after the release of substantial guidance from the Health Officer, the Centers for Disease Control and Prevention, the California Department of Public Health, and other public health officials throughout the United States and around the world, including the widespread adoption of orders imposing similar social distancing requirements and mobility restrictions to combat the spread and harms of COVID-19. The Health Officer will continue to assess the quickly evolving situation and may modify or extend this Order, or issue additional Orders, related to COVID-19, as changing circumstances dictate.

15. This Order is also issued in light of the March 19, 2020 Order of the State Public Health Officer (the "State Shelter Order"), which set baseline statewide restrictions on non-residential business activities, effective until further notice, as well as the Governor's March 19, 2020 Executive Order N-33-20 directing California residents to follow the State Shelter Order. The State Shelter Order was complementary to the Prior Order and is complementary to this Order. This Order adopts in certain respects more stringent restrictions addressing the particular facts and circumstances in this County, which are necessary to control the public health emergency as it is evolving within the County and the Bay Area. Without this tailored set of restrictions that further reduces the number of interactions between persons, scientific evidence indicates that the public health crisis in the County will worsen to the point at which it may overtake available health care resources within the County and increase the death rate. Also, this Order enumerates additional restrictions on non-work-related travel not covered by the State Shelter Order; sets forth mandatory Social Distancing Requirements for all individuals in the County when engaged in activities outside their residences; and adds a mechanism to ensure that all businesses with facilities that are allowed to operate under the Order comply with the Social Distancing Requirements. Where a conflict exists between this Order and any state public health order related to the COVID-19 pandemic, the most restrictive provision controls. Consistent with California Health and Safety Code section 131080 and the Health Officer Practice Guide for Communicable Disease Control in California, except where the State Health Officer may issue an order expressly directed at this Order and based on a finding that a provision of this Order constitutes a menace to public health, any more restrictive measures in this Order continue to apply and control in this County. In addition, to the extent any federal guidelines allow activities that are not allowed by this Order, this Order controls and those activities are not allowed.

16. <u>Definitions and Exemptions</u>.

Order of the County Health Officer
to Shelter in Place (April 29, 2020)

**EXHIBIT C**

 

a. For the purposes of this Order, individuals may leave their residence only to perform the following "Essential Activities." But people at high risk of severe illness from COVID-19 and people who are sick are strongly urged to stay in their residence to the extent possible, except as necessary to seek or provide medical care or Essential Governmental Functions. Essential Activities are:

    i. To engage in activities or perform tasks important to their health and safety, or to the health and safety of their family or household members (including pets), such as, by way of example only and without limitation, obtaining medical supplies or medication, or visiting a health care professional.

    ii. To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example only and without limitation, canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products, products needed to work from home, or products necessary to maintain the habitability, sanitation, and operation of residences.

    iii. To engage in outdoor recreation activity, including, by way of example and without limitation, walking, hiking, bicycling, and running, in compliance with Social Distancing Requirements and with the following limitations:

        1. Outdoor recreation activity at parks, beaches, and other open spaces must comply with any restrictions on access and use established by the Health Officer, government, or other entity that manages such area to reduce crowding and risk of transmission of COVID-19. Such restrictions may include, but are not limited to, restricting the number of entrants, closing the area to vehicular access and parking, or closure to all public access;

        2. Use of outdoor recreational areas and facilities with high-touch equipment or that encourage gathering, including, but not limited to, playgrounds, gym equipment, climbing walls, picnic areas, dog parks, pools, spas, and barbecue areas, is prohibited outside of residences, and all such areas shall be closed to public access including by signage and, as appropriate, by physical barriers;

        3. Sports or activities that include the use of shared equipment or physical contact between participants may only be engaged in by members of the same household or living unit.

        4. Use of shared outdoor facilities for recreational activities that may occur outside of residences consistent with the restrictions set forth

Order of the County Health Officer
to Shelter in Place (April 29, 2020)

**EXHIBIT C**

 

in subsections 1, 2, and 3, above, including, but not limited to, golf courses, skate parks, and athletic fields, must, before they may begin, comply with social distancing and health/safety protocols posted at the site and any other restrictions, including prohibitions, on access and use established by the Health Officer, government, or other entity that manages such area to reduce crowding and risk of transmission of COVID-19.

iv. To perform work for or access an Essential Business, Outdoor Business, or to otherwise carry out activities specifically permitted in this Order, including Minimum Basic Operations, as defined in this Section.

v. To provide necessary care for a family member or pet in another household who has no other source of care.

vi. To attend a funeral with no more than 10 individuals present.

vii. To move residences. When moving into or out of the Bay Area region, individuals are strongly urged to quarantine for 14 days. To quarantine, individuals should follow the guidance of the United States Centers for Disease Control and Prevention.

b. For the purposes of this Order, individuals may leave their residence to work for, volunteer at, or obtain services at "Healthcare Operations," including, without limitation, hospitals, clinics, COVID-19 testing locations, dentists, pharmacies, blood banks and blood drives, pharmaceutical and biotechnology companies, other healthcare facilities, healthcare suppliers, home healthcare services providers, mental health providers, or any related and/or ancillary healthcare services. "Healthcare Operations" also includes veterinary care and all healthcare services provided to animals. This exemption for Healthcare Operations shall be construed broadly to avoid any interference with the delivery of healthcare, broadly defined. "Healthcare Operations" excludes fitness and exercise gyms and similar facilities.

c. For the purposes of this Order, individuals may leave their residence to provide any services or perform any work necessary to the operation and maintenance of "Essential Infrastructure," including airports, utilities (including water, sewer, gas, and electrical), oil refining, roads and highways, public transportation, solid waste facilities (including collection, removal, disposal, recycling, and processing facilities), cemeteries, mortuaries, crematoriums, and telecommunications systems (including the provision of essential global, national, and local infrastructure for internet, computing services, business infrastructure, communications, and web-based services).

Order of the County Health Officer
to Shelter in Place (April 29, 2020)

**EXHIBIT C**

 

d. For the purposes of this Order, all first responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel, and others who need to perform essential services are categorically exempt from this Order to the extent they are performing those essential services. Further, nothing in this Order shall prohibit any individual from performing or accessing "Essential Governmental Functions," as determined by the governmental entity performing those functions in the County.  Each governmental entity shall identify and designate appropriate personnel, volunteers, or contractors to continue providing and carrying out any Essential Governmental Functions, including the hiring or retention of new personnel or contractors to perform such functions.  Each governmental entity and its contractors must employ all necessary emergency protective measures to prevent, mitigate, respond to, and recover from the COVID-19 pandemic, and all Essential Governmental Functions shall be performed in compliance with Social Distancing Requirements to the greatest extent feasible.

e. For the purposes of this Order, a "business" includes any for-profit, non-profit, or educational entity, whether a corporate entity, organization, partnership or sole proprietorship, and regardless of the nature of the service, the function it performs, or its corporate or entity structure.

f. For the purposes of this Order, "Essential Businesses" are:

   i. Healthcare Operations and businesses that operate, maintain, or repair Essential Infrastructure;

   ii. Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of unprepared food, canned food, dry goods, non-alcoholic beverages, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, as well as hygienic products and household consumer products necessary for personal hygiene or the habitability, sanitation, or operation of residences.  The businesses included in this subparagraph (ii) include establishments that sell multiple categories of products provided that they sell a significant amount of essential products identified in this subparagraph, such as liquor stores that also sell a significant amount of food.

   iii. Food cultivation, including farming, livestock, and fishing;

   iv. Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;

   v. Construction, but only as permitted under the State Shelter Order and only pursuant to the Construction Safety Protocols listed in Appendix B and

Order of the County Health Officer
to Shelter in Place (April 29, 2020)
Page 9 of 16

**EXHIBIT C**

 

incorporated into this Order by this reference.  Public works projects shall also be subject to Appendix B, except if other protocols are specified by the Health Officer;

vi. Newspapers, television, radio, and other media services;

vii. Gas stations and auto-supply, auto-repair (including, but not limited to, for cars, trucks, motorcycles and motorized scooters), and automotive dealerships, but only for the purpose of providing auto-supply and auto-repair services.  This subparagraph (vii) does not restrict the on-line purchase of automobiles if they are delivered to a residence or Essential Business;

viii. Bicycle repair and supply shops;

ix. Banks and related financial institutions;

x. Service providers that enable real estate transactions (including rentals, leases, and home sales), including, but not limited to, real estate agents, escrow agents, notaries, and title companies, provided that appointments and other residential real estate viewings must only occur virtually or, if a virtual viewing is not feasible, by appointment with no more than two visitors at a time residing within the same household or living unit and one individual showing the unit (except that in person visits are not allowed when the occupant is present in the residence);

xi. Hardware stores;

xii. Plumbers, electricians, exterminators, and other service providers who provide services that are necessary to maintaining the habitability, sanitation, or operation of residences and Essential Businesses;

xiii. Businesses providing mailing and shipping services, including post office boxes;

xiv. Educational institutions—including public and private K-12 schools, colleges, and universities—for purposes of facilitating distance learning or performing essential functions, or as allowed under subparagraph xxvi, provided that social distancing of six feet per person is maintained to the greatest extent possible;

xv. Laundromats, drycleaners, and laundry service providers;

xvi. Restaurants and other facilities that prepare and serve food, but only for delivery or carry out.  Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and take-away basis only.  Schools and other entities that provide food services under this exemption shall not

Order of the County Health Officer
to Shelter in Place (April 29, 2020)

**EXHIBIT C**

 

permit the food to be eaten at the site where it is provided, or at any other gathering site;

xvii. Funeral home providers, mortuaries, cemeteries, and crematoriums, to the extent necessary for the transport, preparation, or processing of bodies or remains;

xviii. Businesses that supply other Essential Businesses with the support or supplies necessary to operate, but only to the extent that they support or supply these Essential Businesses. This exemption shall not be used as a basis for engaging in sales to the general public from retail storefronts;

xix. Businesses that have the primary function of shipping or delivering groceries, food, or other goods directly to residences or businesses. This exemption shall not be used to allow for manufacturing or assembly of non-essential products or for other functions besides those necessary to the delivery operation;

xx. Airlines, taxis, rental car companies, rideshare services (including shared bicycles and scooters), and other private transportation providers providing transportation services necessary for Essential Activities and other purposes expressly authorized in this Order;

xxi. Home-based care for seniors, adults, children, and pets;

xxii. Residential facilities and shelters for seniors, adults, and children;

xxiii. Professional services, such as legal, notary, or accounting services, when necessary to assist in compliance with non-elective, legally required activities or in relation to death or incapacity;

xxiv. Services to assist individuals in finding employment with Essential Businesses;

xxv. Moving services that facilitate residential or commercial moves that are allowed under this Order; and

xxvi. Childcare establishments, summer camps, and other educational or recreational institutions or programs providing care or supervision for children of all ages that enable owners, employees, volunteers, and contractors for Essential Businesses, Essential Governmental Functions, Outdoor Businesses, or Minimum Basic Operations to work as allowed under this Order. To the extent possible, these operations must comply with the following conditions:

1. They must be carried out in stable groups of 12 or fewer children ("stable" means that the same 12 or fewer children are in the same group each day).

2. Children shall not change from one group to another.

Order of the County Health Officer
to Shelter in Place (April 29, 2020)
Page 11 of 16

**EXHIBIT C**

 

3. If more than one group of children is at one facility, each group shall be in a separate room.  Groups shall not mix with each other.

4. Providers or educators shall remain solely with one group of children.

The Health Officer will carefully monitor the changing public health situation as well as any changes to the State Shelter Order.  In the event that the State relaxes restrictions on childcare and related institutions and programs, the Health Officer will consider whether to similarly relax the restrictions imposed by this Order.

g. For the purposes of this Order, "Minimum Basic Operations" means the following activities for businesses, provided that owners, personnel, and contractors comply with Social Distancing Requirements as defined this Section, to the extent possible, while carrying out such operations:

   i. The minimum necessary activities to maintain and protect the value of the business's inventory and facilities; ensure security, safety, and sanitation; process payroll and employee benefits; provide for the delivery of existing inventory directly to residences or businesses; and related functions.  For clarity, this section does not permit businesses to provide curbside pickup to customers.

   ii. The minimum necessary activities to facilitate owners, personnel, and contractors of the business being able to continue to work remotely from their residences, and to ensure that the business can deliver its service remotely.

h. For the purposes of this Order, all businesses that are operating at facilities in the County visited or used by the public or personnel must, as a condition of such operation, prepare and post a "Social Distancing Protocol" for each of these facilities; provided, however, that construction activities shall instead comply with the Construction Project Safety Protocols set forth in Appendix B and not the Social Distancing Protocol.  The Social Distancing Protocol must be substantially in the form attached to this Order as Appendix A, and it must be updated from prior versions to address new requirements listed in this Order or in related guidance or directives from the Health Officer.  The Social Distancing Protocol must be posted at or near the entrance of the relevant facility and shall be easily viewable by the public and personnel.  A copy of the Social Distancing Protocol must also be provided to each person performing work at the facility.  All businesses subject to this paragraph shall implement the Social Distancing Protocol and provide evidence of its implementation to any authority enforcing this Order upon demand.  The Social Distancing Protocol must explain how the business is achieving the following, as applicable:

Order of the County Health Officer
to Shelter in Place (April 29, 2020)

**EXHIBIT C**

 

i.  Limiting the number of people who can enter into the facility at any one time to ensure that people in the facility can easily maintain a minimum six-foot distance from one another at all times, except as required to complete Essential Business activity;

ii.  Requiring face coverings to be worn by all persons entering the facility, other than those exempted from face covering requirements (e.g. young children);

iii.  Where lines may form at a facility, marking six-foot increments at a minimum, establishing where individuals should stand to maintain adequate social distancing;

iv.  Providing hand sanitizer, soap and water, or effective disinfectant at or near the entrance of the facility and in other appropriate areas for use by the public and personnel, and in locations where there is high-frequency employee interaction with members of the public (e.g. cashiers);

v.  Providing for contactless payment systems or, if not feasible to do so, the providing for disinfecting all payment portals, pens, and styluses after each use;

vi.  Regularly disinfecting other high-touch surfaces;

vii.  Posting a sign at the entrance of the facility informing all personnel and customers that they should: avoid entering the facility if they have any COVID-19 symptoms; maintain a minimum six-foot distance from one another; sneeze and cough into one's elbow; not shake hands or engage in any unnecessary physical contact; and

viii.  Any additional social distancing measures being implemented (see the Centers for Disease Control and Prevention's guidance at: https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html).

i.  For the purposes of this Order, "Essential Travel" means travel for any of the following purposes:

i.  Travel related to the provision of or access to Essential Activities, Essential Governmental Functions, Essential Businesses, Minimum Basic Operations, Outdoor Activities, and Outdoor Businesses.

ii.  Travel to care for any elderly, minors, dependents, or persons with disabilities.

iii.  Travel to or from educational institutions for purposes of receiving materials for distance learning, for receiving meals, and any other related services.

Order of the County Health Officer
to Shelter in Place (April 29, 2020)

**EXHIBIT C**



  iv. Travel to return to a place of residence from outside the County.

  v. Travel required by law enforcement or court order.

  vi. Travel required for non-residents to return to their place of residence outside the County.  Individuals are strongly encouraged to verify that their transportation out of the County remains available and functional prior to commencing such travel.

  vii. Travel to manage after-death arrangements and burial.

  viii. Travel to arrange for shelter or avoid homelessness.

  ix. Travel to avoid domestic violence or child abuse.

  x. Travel for parental custody arrangements.

  xi. Travel to a place to temporarily reside in a residence or other facility to avoid potentially exposing others to COVID-19, such as a hotel or other facility provided by a governmental authority for such purposes.

j. For purposes of this Order, "residences" include hotels, motels, shared rental units, and similar facilities.  Residences also include living structures and outdoor spaces associated with those living structures, such as patios, porches, backyards, and front yards that are only accessible to a single family or household unit.

k. For purposes of this Order, "Social Distancing Requirements" means:

  i. Maintaining at least six-foot social distancing from individuals who are not part of the same household or living unit;

  ii. Frequently washing hands with soap and water for at least 20 seconds, or using hand sanitizer that is recognized by the Centers for Disease Control and Prevention as effective in combatting COVID-19;

  iii. Covering coughs and sneezes with a tissue or fabric or, if not possible, into the sleeve or elbow (but not into hands);

  iv. Wearing a face covering when out in public, consistent with the orders or guidance of the Health Officer; and

  v. Avoiding all social interaction outside the household when sick with a fever, cough, or other COVID-19 symptoms.

All individuals must strictly comply with Social Distancing Requirements, except to the limited extent necessary to provide care (including childcare, adult or senior care, care to individuals with special needs, and patient care); as necessary to carry out the work of Essential Businesses, Essential Governmental Functions, or provide for Minimum Basic Operations; or as otherwise expressly provided in this

Order of the County Health Officer
to Shelter in Place (April 29, 2020)
        Page 14 of 16

EXHIBIT C

 

Order.  Outdoor Activities and Outdoor Businesses must strictly adhere to these Social Distancing Requirements.

l.   For purposes of this Order, "Outdoor Businesses" means:

   i.   The following businesses that normally operated primarily outdoors prior to March 16, 2020 and where there is the ability to fully maintain social distancing of at least six feet between all persons:

      1.   Businesses primarily operated outdoors, such as wholesale and retail plant nurseries, agricultural operations, and garden centers.

      2.   Service providers that primarily provide outdoor services, such as landscaping and gardening services, and environmental site remediation services.

   For clarity, "Outdoor Businesses" do not include outdoor restaurants, cafes, or bars.

m.  For purposes of this Order, "Outdoor Activities" means:

   i.   To obtain goods, services, or supplies from, or perform work for, an Outdoor Business.

   ii.  To engage in outdoor recreation as permitted in Section 16.a.

17.  Government agencies and other entities operating shelters and other facilities that house or provide meals or other necessities of life for individuals experiencing homelessness must take appropriate steps to help ensure compliance with Social Distancing Requirements, including adequate provision of hand sanitizer.  Also, individuals experiencing homelessness who are unsheltered and living in encampments should, to the maximum extent feasible, abide by 12 foot by 12 foot distancing for the placement of tents, and government agencies should provide restroom and hand washing facilities for individuals in such encampments as set forth in Centers for Disease Control and Prevention Interim Guidance Responding to Coronavirus 2019 (COVID-19) Among People Experiencing Unsheltered Homelessness (https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/unsheltered-homelessness.html).

18.  Pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Order.  The violation of any provision of this Order constitutes an imminent threat and menace to public health, constitutes a public nuisance, and is punishable by fine, imprisonment, or both.

Order of the County Health Officer
to Shelter in Place (April 29, 2020)

**EXHIBIT C**

 

19. This Order shall become effective at 11:59 p.m. on May 3, 2020 and will continue to be in effect until 11:59 p.m. on May 31, 2020, or until it is extended, rescinded, superseded, or amended in writing by the Health Officer.

20. Copies of this Order shall promptly be: (1) made available at the County Administration Building at 1221 Oak Street, Oakland, California 94612; (2) posted on the County Public Health Department's website (acphd.org); and (3) provided to any member of the public requesting a copy of this Order.

21. If any provision of this Order or its application to any person or circumstance is held to be invalid, the remainder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect.  To this end, the provisions of this Order are severable.

**IT IS SO ORDERED:**

_____

Dr. Erica Pan                                                    Dated: April 29, 2020
Interim Health Officer of the County of Alameda


Attachments:   Appendix A – Social Distancing Protocol
                        Appendix B1 – Small Construction Project Safety Protocol
                        Appendix B2 – Large Construction Project Safety Protocol

Order of the County Health Officer
to Shelter in Place (April 29, 2020)

**EXHIBIT C**

**Appendix A: Social Distancing Protocol (Updated April 29, 2020)**

Business name: Click or tap here to enter text.

Facility Address: Click or tap here to enter text.

Approximate gross square footage of space open to the public: Click or tap here to enter text.

**Businesses must implement all applicable measures listed below, and be prepared to explain why any measure that is not implemented is inapplicable to the business.**

---

**_Signage_:**

☐Signage at each public entrance of the facility to inform all employees and customers that they should: avoid entering the facility if they have COVID-19 symptoms; maintain a minimum six-foot distance from one another; sneeze and cough into a cloth or tissue or, if not available, into one's elbow; wear face coverings, as appropriate; and not shake hands or engage in any unnecessary physical contact.

☐Signage posting a copy of the Social Distancing Protocol at each public entrance to the facility.

---

**_Measures To Protect Employee Health (check all that apply to the facility)_:**

☐ Everyone who can carry out their work duties from home has been directed to do so.

☐ All employees have been told not to come to work if sick.

☐ Symptom checks are being conducted before employees may enter the work space.

☐ Employees are required to wear face coverings, as appropriate.

☐ All desks or individual work stations are separated by at least six feet.

☐ Break rooms, bathrooms, and other common areas are being disinfected frequently, on the following schedule:
       ☐ Break rooms:
       ☐ Bathrooms:
       ☐ Other (Click or tap here to enter text.): Click or tap here to enter text.

☐ Disinfectant and related supplies are available to all employees at the following location(s): Click or tap here to enter text.

☐ Hand sanitizer effective against COVID-19 is available to all employees at the following location(s): Click or tap here to enter text.

☐ Soap and water are available to all employees at the following location(s): Click or tap here to enter text.

☐ Copies of this Protocol have been distributed to all employees.

☐ Optional—Describe other measures: Click or tap here to enter text.

---

**_Measures To Prevent Crowds From Gathering (check all that apply to the facility)_:**

☐ Limit the number of customers in the store at any one time to Click or tap here to enter text., which allows for customers and employees to easily maintain at least six-foot distance from one another at all practicable times.

☐ Post an employee at the door to ensure that the maximum number of customers in the facility set forth above is not exceeded.

**EXHIBIT C**

## Appendix A: Social Distancing Protocol (Updated April 29, 2020)

☐ Placing per-person limits on goods that are selling out quickly to reduce crowds and lines. Explain: Click or tap here to enter text.

☐ Optional—Describe other measures: Click or tap here to enter text.

---

### _Measures To Keep People At Least Six Feet Apart (check all that apply to the facility)_

☐ Placing signs outside the store reminding people to be at least six feet apart, including when in line.

☐ Placing tape or other markings at least six feet apart in customer line areas inside the store and on sidewalks at public entrances with signs directing customers to use the markings to maintain distance.

☐ Separate order areas from delivery areas to prevent customers from gathering.

☐ All employees have been instructed to maintain at least six feet distance from customers and from each other, except employees may momentarily come closer when necessary to accept payment, deliver goods or services, or as otherwise necessary.

☐ Optional—Describe other measures: Click or tap here to enter text.

---

### _Measures To Prevent Unnecessary Contact (check all that apply to the facility):_

☐ Preventing people from self-serving any items that are food-related.

☐ Lids for cups and food-bar type items are provided by staff; not to customers to grab.

☐ Bulk-item food bins are not available for customer self-service use.

☐ Not permitting customers to bring their own bags, mugs, or other reusable items from home.

☐ Providing for contactless payment systems or, if not feasible, sanitizing payment systems regularly. Describe: Click or tap here to enter text.

☐ Optional—Describe other measures (e.g. providing senior-only hours): Click or tap here to enter text.

---

### _Measures To Increase Sanitization (check all that apply to the facility):_

☐ Disinfecting wipes that are effective against COVID-19 are available near shopping carts and shopping baskets.

☐ Employee(s) assigned to disinfect carts and baskets regularly.

☐ Hand sanitizer, soap and water, or effective disinfectant is available to the public at or near the entrance of the facility, at checkout counters, and anywhere else where people have direct interactions.

☐ Disinfecting all payment portals, pens, and styluses after each use.

☐ Disinfecting all high-contact surfaces frequently.

☐ Optional—Describe other measures: Click or tap here to enter text.

\* Any additional measures not included here should be listed on separate pages and attached to this document.

**You may contact the following person with any questions or comments about this protocol:**

**Name:** Click or tap here to enter text.         **Phone number:** Click or tap here to enter text.

**EXHIBIT C**

Appendix B-1


## Small Construction Project Safety Protocol


1. Any construction project meeting any of the following specifications is subject to this Small Construction Project Safety Protocol ("SCP Protocol"), including public works projects unless otherwise specified by the Health Officer:

   a. For residential projects, any single-family, multi-family, senior, student, or other residential construction, renovation, or remodel project consisting of 10 units or less.  This SCP Protocol does not apply to construction projects where a person is performing construction on their current residence either alone or solely with members of their own household.

   b. For commercial projects, any construction, renovation, or tenant improvement project consisting of 20,000 square feet of floor area or less.

   c. For mixed-use projects, any project that meets both of the specifications in subsection 1.a and 1.b.

   d. All other construction projects not subject to the Large Construction Project Safety Protocol set forth in Appendix B-2.

2. The following restrictions and requirements must be in place at all construction job sites subject to this SCP Protocol:

   a. Comply with all applicable and current laws and regulations including but not limited to OSHA and Cal-OSHA. If there is any conflict, difference, or discrepancy between or among applicable laws and regulations and/or this SCP Protocol, the stricter standard shall apply.

   b. Designate a site-specific COVID-19 supervisor or supervisors to enforce this guidance.  A designated COVID-19 supervisor must be present on the construction site at all times during construction activities.  A COVID-19 supervisor may be an on-site worker who is designated to serve in this role.

   c. The COVID-19 supervisor must review this SCP Protocol with all workers and visitors to the construction site.

   d. Establish a daily screening protocol for arriving staff to ensure that potentially infected staff do not enter the construction site.  If workers leave the jobsite and return the same day, establish a cleaning and decontamination protocol prior to entry and exit of the jobsite.  Post the daily screening protocol at all entrances and exits to the jobsite.  More information on screening can be found online at:  https://www.cdc.gov/coronavirus/2019-ncov/community/index.html.

   e. Practice social distancing by maintaining a minimum six-foot distance between workers at all times, except as strictly necessary to carry out a task associated with the construction project.

**EXHIBIT C**

**Appendix B-1**

f.   Where construction work occurs within an occupied residential unit, separate work areas must be sealed off from the remainder of the unit with physical barriers such as plastic sheeting or closed doors sealed with tape to the extent feasible.  If possible, workers must access the work area from an alternative entry/exit door to the entry/exit door used by residents.  Available windows and exhaust fans must be used to ventilate the work area.  If residents have access to the work area between workdays, the work area must be cleaned and sanitized at the beginning and at the end of workdays.  Every effort must be taken to minimize contact between workers and residents, including maintaining a minimum of six feet of social distancing at all times.

g.   Where construction work occurs within common areas of an occupied residential or commercial building or a mixed-use building in use by on-site employees or residents, separate work areas must be sealed off from the rest of the common areas with physical barriers such as plastic sheeting or closed doors sealed with tape to the extent feasible. If possible, workers must access the work area from an alternative building entry/exit door to the building entry/exit door used by residents or other users of the building. Every effort must be taken to minimize contact between worker and building residents and users, including maintaining a minimum of six feet of social distancing at all times.

h.   Prohibit gatherings of any size on the jobsite, including gatherings for breaks or eating, except for meetings regarding compliance with this protocol or as strictly necessary to carry out a task associated with the construction project.

i.   Cal-OSHA requires employers to provide water, which should be provided in single-serve containers.  Sharing of any of any food or beverage is strictly prohibited and if sharing is observed, the worker must be sent home for the day.

j.   Provide personal protective equipment (PPE) specifically for use in construction, including gloves, goggles, face shields, and face coverings as appropriate for the activity being performed.  At no time may a contractor secure or use medical-grade PPE unless required due to the medical nature of a jobsite.  Face coverings must be worn in compliance with Section 5 of the Health Officer's Order No. 20-08, dated April 17, 2020, or any subsequently issued or amended order.

k.   Strictly control "choke points" and "high-risk areas" where workers are unable to maintain six-foot social distancing and prohibit or limit use to ensure that six-foot distance can easily be maintained between individuals.

l.   Minimize interactions and maintain social distancing with all site visitors, including delivery workers, design professional and other project consultants, government agency representatives, including building and fire inspectors, and residents at residential construction sites.

m.   Stagger trades as necessary to reduce density and allow for easy maintenance of minimum six-foot separation.

**EXHIBIT C**

Appendix B-1

n.  Discourage workers from using others' desks, work tools, and equipment.  If more than one worker uses these items, the items must be cleaned and disinfected with disinfectants that are effective against COVID-19 in between use by each new worker.  Prohibit sharing of PPE.

o.  If hand washing facilities are not available at the jobsite, place portable wash stations or hand sanitizers that are effective against COVID-19 at entrances to the jobsite and in multiple locations dispersed throughout the jobsite as warranted.

p.  Clean and sanitize any hand washing facilities, portable wash stations, jobsite restroom areas, or other enclosed spaces daily with disinfectants that are effective against COVID-19. Frequently clean and disinfect all high touch areas, including entry and exit areas, high traffic areas, rest rooms, hand washing areas, high touch surfaces, tools, and equipment

q.  Maintain a daily attendance log of all workers and visitors that includes contact information, including name, phone number, address, and email.

r.  Post a notice in an area visible to all workers and visitors instructing workers and visitors to do the following:
    i.   Do not touch your face with unwashed hands or with gloves.
    ii.  Frequently wash your hands with soap and water for at least 20 seconds or use hand sanitizer with at least 60% alcohol.
    iii. Clean and disinfect frequently touched objects and surfaces such as work stations, keyboards, telephones, handrails, machines, shared tools, elevator control buttons, and doorknobs.
    iv.  Cover your mouth and nose when coughing or sneezing, or cough or sneeze into the crook of your arm at your elbow/sleeve.
    v.   Do not enter the jobsite if you have a fever, cough, or other COVID-19 symptoms.  If you feel sick, or have been exposed to anyone who is sick, stay at home.
    vi.  Constantly observe your work distances in relation to other staff.  Maintain the recommended minimum six feet at all times when not wearing the necessary PPE for working in close proximity to another person.
    vii. Do not carpool to and from the jobsite with anyone except members of your own household unit, or as necessary for workers who have no alternative means of transportation.
    viii. Do not share phones or PPE.

**EXHIBIT C**

**Appendix B-2**

**Large Construction Project Safety Protocol**

1. Any construction project meeting any of the following specifications is subject to this Large Construction Project Safety Protocol ("LCP Protocol"), including public works projects unless otherwise specified by the Health Officer:

    a. For residential construction projects, any single-family, multi-family, senior, student, or other residential construction, renovation, or remodel project consisting of more than 10 units.

    b. For commercial construction projects, any construction, renovation, or tenant improvement project consisting of more than 20,000 square feet of floor area.

    c. For construction of Essential Infrastructure, as defined in section 16.c of the Order, any project that requires five or more workers at the jobsite at any one time.

2. The following restrictions and requirements must be in place at all construction job sites subject to this LCP Protocol:

    a. Comply with all applicable and current laws and regulations including but not limited to OSHA and Cal-OSHA. If there is any conflict, difference or discrepancy between or among applicable laws and regulations and/or this LCP Protocol, the stricter standard will apply.

    b. Prepare a new or updated Site-Specific Health and Safety Plan to address COVID-19-related issues, post the Plan on-site at all entrances and exits, and produce a copy of the Plan to County governmental authorities upon request. The Plan must be translated as necessary to ensure that all non-English speaking workers are able to understand the Plan.

    c. Provide personal protective equipment (PPE) specifically for use in construction, including gloves, goggles, face shields, and face coverings as appropriate for the activity being performed. At no time may a contractor secure or use medical-grade PPE, unless required due to the medical nature of a job site. Face Coverings must be worn in compliance with Section 5 of the Health Officer Order No. 20-08, dated April 17, 2020, or any subsequently issued or amended order.

    d. Ensure that employees are trained in the use of PPE. Maintain and make available a log of all PPE training provided to employees and monitor all employees to ensure proper use of the PPE.

    e. Prohibit sharing of PPE.

    f. Implement social distancing requirements including, at minimum:

1

**EXHIBIT C**

**Appendix B-2**

  i. Stagger stop- and start-times for shift schedules to reduce the quantity of workers at the jobsite at any one time to the extent feasible.

  ii. Stagger trade-specific work to minimize the quantity of workers at the jobsite at any one time.

  iii. Require social distancing by maintaining a minimum six-foot distance between workers at all times, except as strictly necessary to carry out a task associated with the project.

  iv. Prohibit gatherings of any size on the jobsite, except for safety meetings or as strictly necessary to carry out a task associated with the project.

  v. Strictly control "choke points" and "high-risk areas" where workers are unable to maintain minimum six-foot social distancing and prohibit or limit use to ensure that minimum six-foot distancing can easily be maintained between workers.

  vi. Minimize interactions and maintain social distancing with all site visitors, including delivery workers, design professional and other project consultants, government agency representatives, including building and fire inspectors, and residents at residential construction sites.

  vii. Prohibit workers from using others' phones or desks.  Any work tools or equipment that must be used by more than one worker must be cleaned with disinfectants that are effective against COVID-19 before use by a new worker.

  viii. Place wash stations or hand sanitizers that are effective against COVID-19 at entrances to the jobsite and in multiple locations dispersed throughout the jobsite as warranted.

  ix. Maintain a daily attendance log of all workers and visitors that includes contact information, including name, address, phone number, and email.

  x. Post a notice in an area visible to all workers and visitors instructing workers and visitors to do the following:

    1. Do not touch your face with unwashed hands or with gloves.

    2. Frequently wash your hands with soap and water for at least 20 seconds or use hand sanitizer with at least 60% alcohol.

    3. Clean and disinfect frequently touched objects and surfaces such as workstations, keyboards, telephones, handrails, machines, shared tools, elevator control buttons, and doorknobs.

    4. Cover your mouth and nose when coughing or sneezing or cough or sneeze into the crook of your arm at your elbow/sleeve.

    5. Do not enter the jobsite if you have a fever, cough, or other COVID-19 symptoms.  If you feel sick, or have been exposed to anyone who is sick, stay at home.

    6. Constantly observe your work distances in relation to other staff. Maintain the recommended minimum six-feet distancing at all times when not wearing the necessary PPE for working in close proximity to another person.

    7. Do not share phones or PPE.

  xi. The notice in section 2.f.x must be translated as necessary to ensure that all non-English speaking workers are able to understand the notice.

**EXHIBIT C**

**Appendix B-2**

g.  Implement cleaning and sanitization practices in accordance with the following:
   i.  Frequently clean and sanitize, in accordance with CDC guidelines, all high-traffic and high-touch areas including, at a minimum: meeting areas, jobsite lunch and break areas, entrances and exits to the jobsite, jobsite trailers, hand-washing areas, tools, equipment, jobsite restroom areas, stairs, elevators, and lifts.
   ii.  Establish a cleaning and decontamination protocol prior to entry and exit of the jobsite and post the protocol at entrances and exits of jobsite.
   iii.  Supply all personnel performing cleaning and sanitization with proper PPE to prevent them from contracting COVID-19.  Employees must not share PPE.
   iv.  Establish adequate time in the workday to allow for proper cleaning and decontamination including prior to starting at or leaving the jobsite for the day.

h.  Implement a COVID-19 community spread reduction plan as part of the Site-Specific Health and Safety Plan that includes, at minimum, the following restrictions and requirements:
   i.  Prohibit all carpooling to and from the jobsite except by workers living within the same household unit, or as necessary for workers who have no alternative means of transportation.
   ii.  Cal-OSHA requires employers to provide water, which should be provided in single-serve containers.  Prohibit any sharing of any food or beverage and if sharing is observed, the worker must be sent home for the day.
   iii.  Prohibit use of microwaves, water coolers, and other similar shared equipment.

i.  Assign a COVID-19 Safety Compliance Officer (SCO) to the jobsite and ensure the SCO's name is posted on the Site-Specific Health and Safety Plan.  The SCO must:
   i.  Ensure implementation of all recommended safety and sanitation requirements regarding the COVID-19 virus at the jobsite.
   ii.  Compile daily written verification that each jobsite is compliant with the components of this LCP Protocol.  Each written verification form must be copied, stored, and made immediately available upon request by any County official.
   iii.  Establish a daily screening protocol for arriving staff, to ensure that potentially infected staff do not enter the construction site.  If workers leave the jobsite and return the same day, establish a cleaning and decontamination protocol prior to entry and exit of the jobsite.  Post the daily screening protocol at all entrances and exit to the jobsite.  More information on screening can be found online at:  https://www.cdc.gov/coronavirus/2019-ncov/community/index.html.
   iv.  Conduct daily briefings in person or by teleconference that must cover the following topics:
      1.  New jobsite rules and pre-job site travel restrictions for the prevention of COVID-19 community spread.
      2.  Review of sanitation and hygiene procedures.
      3.  Solicitation of worker feedback on improving safety and sanitation.
      4.  Coordination of construction site daily cleaning/sanitation requirements.
      5.  Conveying updated information regarding COVID-19.
      6.  Emergency protocols in the event of an exposure or suspected exposure to COVID-19.

**EXHIBIT C**

**Appendix B-2**

    v.   Develop and ensure implementation of a remediation plan to address any non-compliance with this LCP Protocol and post remediation plan at entrance and exit of jobsite during remediation period.  The remediation plan must be translated as necessary to ensure that all non-English speaking workers are able to understand the document.

    vi.  The SCO must not permit any construction activity to continue without bringing such activity into compliance with these requirements.

    vii.  Report repeated non-compliance with this LCP Protocol to the appropriate jobsite supervisors and a designated County official.

j.   Assign a COVID-19 Third-Party Jobsite Safety Accountability Supervisor (JSAS) for the jobsite, who at a minimum holds an OSHA-30 certificate and first-aid training within the past two years, who must be trained in the protocols herein and verify compliance, including by visual inspection and random interviews with workers, with this LCP Protocol.

    i.   Within seven calendar days of each jobsite visit, the JSAS must complete a written assessment identifying any failure to comply with this LCP Protocol.  The written assessment must be copied, stored, and, upon request by the County, sent to a designated County official.

    ii.  If the JSAS discovers that a jobsite is not in compliance with this LCP Protocol, the JSAS must work with the SCO to develop and implement a remediation plan.

    iii.  The JSAS must coordinate with the SCO to prohibit continuation of any work activity not in compliance with rules stated herein until addressed and the continuing work is compliant.

    iv.  The remediation plan must be sent to a designated County official within five calendar days of the JSAS's discovery of the failure to comply.

k.   In the event of a confirmed case of COVID-19 at any jobsite, the following must take place:

    i.   Immediately remove the infected individual from the jobsite with directions to seek medical care.

    ii.  Each location the infected worker was at must be decontaminated and sanitized by an outside vendor certified in hazmat clean ups, and work in these locations must cease until decontamination and sanitization is complete.

    iii.  The County Public Health Department must be notified immediately and any additional requirements per the County health officials must be completed, including full compliance with any tracing efforts by the County.

l.   Where construction work occurs within an occupied residential unit, any separate work area must be sealed off from the remainder of the unit with physical barriers such as plastic sheeting or closed doors sealed with tape to the extent feasible.  If possible, workers must access the work area from an alternative entry/exit door to the entry/exit door used by residents.  Available windows and exhaust fans must be used to ventilate the work area.  If residents have access to the work area between workdays, the work area must be cleaned and sanitized at the beginning and at the end of workdays. Every effort must be taken to

4

**EXHIBIT C**

**Appendix B-2**

minimize contact between workers and residents, including maintaining a minimum of six feet of social distancing at all times.

m.  Where construction work occurs within common areas of an occupied residential or commercial building or a mixed-use building in use by on-site employees or residents, any separate work area must be sealed off from the rest of the common areas with physical barriers such as plastic sheeting or closed doors sealed with tape to the extent feasible.  If possible, workers must access the work area from an alternative building entry/exit door to the building entry/exit door used by residents or other users of the building.  Every effort must be taken to minimize contact between worker and building residents and users, including maintaining a minimum of six feet of social distancing at all times.

**EXHIBIT C**