1  JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
   By: Daniel McCloskey, Deputy County Counsel (SBN 191944)
2  By: Sarah Trela, Deputy County Counsel (SBN 293089)
   Hall of Justice and Records
3  400 County Center, 6th Floor
   Redwood City, CA  94063
4  Telephone: (650) 363-4792
   Facsimile: (650) 363-4034
5  E-mail:  dmccloskey@smcgov.org
   E-mail:  strela@smcgov.org
6

7  Attorneys for Defendants,
   COUNTY OF SAN MATEO, CARLOS BOLANOS
8  And SCOTT MORROW

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12

13

| JANICE ALTMAN, et. al., | Case No. 20-cv-02180-JST |
|---|---|
| Plaintiffs, | **DECLARATION OF JENNA MCALPIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| SANTA CLARA COUNTY, et.al, | Date: May 20, 2020 |
| Defendants | Time: 2:00 p.m. |
| | Dept:  Courtroom 6 – 2nd Floor |
| | 1301 Clay Street, Oakland, CA 94612 |
| | Before: Honorable Jon S. Tigar |

Case No. 20-cv-02180-JST

**DECLARATION OF JENNA MCALPIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Jenna B. McAlpin, declare as follows:

1. I am a Criminal Records Manager for the Sheriff's Office of the County of San Mateo and have held that position since 2014. The following matters set forth in this declaration are within my personal knowledge (unless otherwise indicated), and if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction in the above-captioned action.

3. As a Criminal Records Manager, I am responsible for managing and coordinating operations for multiple functional areas relating to the Sheriff's Office's Records Unit. This unit manages the repository for the County of San Mateo's criminal records, and through the Criminal Records Bureau, is the official criminal record keeper for the County. Among other things, the unit maintains the County's records of written warnings and criminal citations issued by San Mateo County Sheriff's Deputies in connection with law enforcement. I am familiar with the maintenance system for such records, including records relating to enforcement of the shelter-in-place orders by the County Health Officer dated March 16, and 31, 2020 (the "Orders"), which I have reviewed in connection with providing this declaration.

4. The County has issued written warning citations related to the Orders and citations for violations. Warnings have been issued to individuals engaged in non-essential travel or other non-essential activity, such as at parks or beaches. Warnings have been issued to businesses or business representatives largely related to non-essential construction activities. None of the written warnings or citations have been issued to nor concerned the operation of a firearms or ammunition retailer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of April, at Redwood City, California.

_____
Jenna B. McAlpin

Case No. 20-cv-02180-JST  1
DECLARATION OF JENNA MCALPIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION