JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
JASON M. BUSSEY, Deputy County Counsel (S.B. #227185)
HANNAH KIESCHNICK, Legal Fellow (S.B. # 319011)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, LAURIE SMITH,
JEFFREY ROSEN, and SARA CODY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CLARA, et al., <br><br> Defendants. | No. 20-CV-02180 (JST) <br><br> **DECLARATION OF NEIL VALENZUELA IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION** <br><br> Date: May 20, 2020 <br> Time: 2:00 p.m. <br> Judge: Hon. Jon S. Tigar |

I, Lieutenant Neil Valenzuela, declare as follows:

1.  I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to the matters set forth herein.

2.  I am Assistant Division Commander for the West Valley Patrol Division at the Santa Clara County Sheriff's Office.

3.  The Health Officer of the County of Santa Clara issued an initial Shelter in Place Order on March 17, 2020 and a second such order on March 31, 2020 (SIP Orders). The Sheriff's Office has been responsible for enforcing the SIP Orders in unincorporated areas of the County and in the cities of Saratoga, Cupertino, and Los Altos Hills.

4.  In my position as the Assistant Division Commander, I have been directly involved in enforcing the SIP Orders. Among other things, I have explained the SIP Orders to and

enforced them against businesses and individuals in the field, and I have supervised my patrol team supervisors, who have similar duties.  I am also familiar with records the Sheriff's Office regularly generates and maintains in response to service calls and have reviewed such records for SIP-related calls.

5.   The Sheriff's Office has enforced the SIP Orders only in response to complaints referred from the District Attorney's Office or made directly by residents; it has not proactively enforced those orders.

6.   Since March 17, 2020, the Sheriff's Office has received roughly 250 reports of violations by individuals and businesses.

7.   In all but four of the cases, Officers issued warnings rather than citations.  All four of the citations were issued to individuals rather than businesses.  None of those individuals was cited for buying or selling firearms or engaging in target practice in violation of the SIP.

8.   Officers have issued warnings to many different types of businesses.  Construction companies and landscapers/gardeners have elicited the most complaints and, thus, received the greatest number of warnings.  However, officers have also given warnings to a beauty salon, a nail salon, a craft store, nurseries, a realty business, a tea shop, an apartment leasing office, and a bagel shop.

9.   There are no firearms retailers or commercial shooting ranges in the Sheriff Office's jurisdiction (other than a range operated by the County, which has been closed since the first SIP Order issued on March 17, 2020); thus, it has not issued any warnings or citations to any such businesses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at San José, California on April 27, 2020.

Dated: _Apr 27, 2020_

Respectfully submitted,

Lt. Neil Valenzuela

Declaration of Neil Valenzuela In Opposition to
Plaintiffs' Application for Preliminary Injunction

20-CV-02180 (JST)