RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
MARGO LASKOWSKA, Sr. Deputy City Attorney (187252)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE; SAM LICCARDO and EDGARDO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE ALTMAN, an individual; RYAN GOODRICH, an individual; ALBERT LEE SWANN, an individual; ROMAN KAPLAN, an individual; YAN TRAYTEL, an individual; DMITRIY DANILEVSKY, an individual; GREG DAVID, an individual; SCOTT CHALMERS, an individual; CITY ARMS EAST LLC; CITY ARMS LLC; CUCKOO COLLECTIBLES LLC d.b.a. EDDY'S SHOOTING SPORTS; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; NATIONAL RIFLE ASSOCIATION OF AMERICA; CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, INC.; and FIREARMS POLICY COALITION, INC., <br><br>Plaintiff(s), <br><br>v. <br><br>COUNTY OF SANTA CLARA, CALIFORNIA; LAURIE SMITH, in her capacity as Sheriff of the County of Santa Clara; JEFFREY ROSEN, in his official capacity as Santa Clara County District | Case Number: 4:20-cv-02180-JST <br><br>**DECLARATION OF LIEUTENANT ROBERT IMOBERSTEG IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** <br><br>Date: May 13, 2020 <br>Time: 2:00 p.m. <br>Location: CourtCall <br>Judge: Hon. Jon S. Tigar |

1

1  Attorney; SARA CODY, in her official
   capacity as Santa Clara County Health
2  Officer; CITY OF SAN JOSE,
   CALIFORNIA; SAM LICCARDO, in his
3  official capacity as Mayor of San Jose;
   EDGARDO GARCIA, in his official
4  capacity as Chief of Police for the City of
   San Jose; CITY OF MOUNTAIN VIEW,
5  CALIFORNIA; MAX BOSEL, in his official
6  capacity as the Chief of Police for the City
   of Mountain View; COUNTY OF
7  ALAMEDA, CALIFORNIA; GREGORY
   AHERN, in his capacity as Sheriff
8  of the County of Alameda; ERICA PAN, in
9  her capacity as Health Officer of the
   County of Alameda; COUNTY OF SAN
10 MATEO, CALIFORNIA; CARLOS
   BOLANOS, in his capacity as Sheriff of
11 the County of San Mateo; SCOTT
12 MORROW in his capacity as San
   Mateo County Health Officer; CITY OF
13 PACIFICA, CALIFORNIA; DAN STEIDLE,
   in his official capacity as the Chief of
14 Police for the City of Pacifica; COUNTY
15 OF CONTRA COSTA, CALIFORNIA;
   DAVID LIVINGSTON, in his capacity as
16 Sheriff of the County of Contra Costa;
   CHRIS FARNITANO, in his capacity as
17 Health Officer of Contra Costa County;
18 CITY OF PLEASANT HILL, CALIFORNIA;
   BRYAN HILL in his official capacity as
19 Chief of Police for the City of Pleasant Hill,

20        Defendant(s).

21

22        I, ROBERT IMOBERSTEG, declare:

23        1.      I am a Lieutenant with the San Jose Police Department, Bureau of Field

24 Operations, Administrative Unit. I have personal knowledge of each of the facts set forth in

25 this declaration, and can testify competently thereto.

26        2.      I have been employed by the San Jose Police Department since 1993, and

27 have been in my current position since 2018. My duties include overseeing and managing

28 the deployment of Officers in the Bureau of Field Operations. I am also in charge of

                                           2
DECLARATION OF LIEUTENANT ROBERT IMOBERSTEG IN OPPOSITION TO          4:20-cv-02180-JST
MOTION FOR PRELIMINARY INJUNCTION
                                                                              1707248

enforcement in the City of San Jose the March 16, 2020, and the March 31, 2020, shelter-in-place orders issued by the Public Health Officer for the County of Santa Clara.

3. San Jose Police Department has patrol Officers dedicated to enforcement of these orders. San Jose Police Department receives referrals of complaints of potential violations of these orders from the Santa Clara District Attorney's Office. The Department also receives such complaints from 911 and 311 calls. My Unit refers those complaints to the patrol Officers for enforcement. The patrol Officers also perform "on-view" enforcement.

4. Between March 17, 2020, and today, San Jose Police Officers contacted over 1,800 locations, both businesses and individuals, in connection with the Public Health Officer's shelter-in-place orders. My Unit maintains a record of those contacts.

5. Nearly all of those contacts were handled from an informational standpoint, i.e. the Officers explained the Public Health Officer's order and provided a copy to the responsible person, and advised the person whether or not a violation of the Order occurred.

6. The Officers contacted a broad cross-section of locations, such as automobile sellers, bars, cafes, churches, construction sites, grocery stores, parks, residences, schools, spas, barber shops, salons, vape/cigarette shops, and other miscellaneous businesses.

7. The Department forwarded one citation, against a café, to the Office of the District Attorney for prosecution.

8. The Department contacted one firearms retailer on March 30, 2020, and provided the responsible person with information regarding the shelter-in-place order, treating it as a courtesy service. The Department has not had any contacts at shooting ranges related to the Public Health Officer's Order. I do not know of any public shooting ranges in the City of San Jose.

///

///

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct, and that this declaration was executed on April 21, 2020,
3  at San Jose, California.

4
5  _____ #3054
   LT. ROBERT IMOBERSTEG (#3054)