UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: May 20, 2020            Judge: Jon S. Tigar

Time: 1 hour 25 minutes

Case No. **4:20-cv-02180-JST**
Case Name **Altman et al v. County of Santa Clara et al**

Attorney(s) for Plaintiff(s):     George M. Lee
                                    Raymond DiGuiseppe
                                    Adam Kraut

Attorney(s) for Defendant(s):

*Counsel for Defendants City of San Jose, Mayor Sam Liccardo, and Police Chief Edgardo Garcia:*
Margo Laskowska

*Counsel for Defendants San Mateo County, Scott Morrow and Carlos Bolanos:*
Daniel McCloskey
Sarah Trela

*Counsel for Defendant Contra Costa County:*
Patrick Hurley

*Counsel for City of Pleasant Hill and Police Chief Bryan Hill*:
Gene Tanaka

*City of Pacifica and Dan Steidle, in his official capacity as Chief of Police for City of Pacifica:*
Kevin Siegel

*Counsel for Defendants the County of Santa Clara, Laurie Smith, Jeffrey Rosen, and Sara Cody:*
Jason Bussey
Melissa Kiniyalocts

*Counsel for Defendant Alameda County:*
Raymond Mackay

*Counsel for City of Mountain View and Max Bosel:*
Krishan Chopra, City Attorney

1

Lance Bayer, Special Assistant City Attorney

Deputy Clerk: Mauriona Lee                                   Court Reporter: Pamela Hebel

## PROCEEDINGS

Motion for Temporary Restraining Order or in the Alternative, Preliminary Injunction hearing – held.

## RESULT OF HEARING

1. Hearing held via Zoom. Argument heard from both parties.
2. Supplemental briefing schedule on mootness was set as follows: Plaintiffs' brief, of no more than 10 pages, due by May 22, 2020 at 5:00 p.m. Defendants' reply brief, of no more than 10 pages, due by May 27, 2020 at 5:00 p.m. Plaintiff's response, of no more than 5 pages, due May 29, 2020 by 5:00 p.m.
3. The motion will be deemed submitted upon the filing of Plaintiffs' final response brief.