1 | JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
2 | JASON M. BUSSEY, Deputy County Counsel (S.B. #227185)
HANNAH KIESCHNICK, Deputy County Counsel (S.B. #319011)
3 | OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
4 | San José, California 95110-1770
Telephone: (408) 299-5900
5 | Facsimile: (408) 292-7240

6 | Attorneys for Defendants
COUNTY OF SANTA CLARA, LAURIE SMITH,
7 | JEFFREY ROSEN, and SARA CODY

8

9 | UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 | (Oakland Division)

11

12 | JANICE ALTMAN, et al.,                    No. 20CV02180JST

13 |             Plaintiffs,                    **SUPPLEMENTAL DECLARATION OF
JASON M. BUSSEY IN SUPPORT OF
14 | v.                                         DEFENDANTS' JOINT OPPOSITION TO
PLAINTIFFS' SUPPLEMENTAL BRIEF**
15 | COUNTY OF SANTA CLARA, et al.,

16 |             Defendants.

17

18 |        I, Jason M. Bussey, declare as follows:

19 |        1.      I have personal knowledge of the facts set forth in this declaration.  If called as a

20 | witness, I could and would testify competently to the matters set forth herein.

21 |        2.      Attached as Exhibit A is a true and correct copy of an April 10, 2020 Open Letter to

22 | Federal Firearms Licensees from the Bureau of Alcohol, Tobacco, Firearms and Explosives.

23 |        3.      Attached as Exhibit B is a true and correct copy of excerpts of the 1953 version of

24 | Statutes of California.

25 |        4.      Attached as Exhibit C is a true and correct copy of a California Bill Analysis, Senate

26 | Floor, 1995-1996 Regular Session, Senate Bill 23.

27 |        5.      Attached as Exhibit D is a true and correct printout of a webpage maintained by the

28 | Livermore-Pleasanton Rod & Gun Club.

1

Declaration of Jason M. Bussey in Support of Defendants' Joint          20CV02180JST
Opposition to Plaintiffs' Supplemental Brief

1       6.      Attached as Exhibit E is a true and correct printout of a webpage maintained by the

2   San Leandro Rifle & Pistol Range.

3       7.      Attached as Exhibit F is a true and correct printout of a webpage maintained by

4   United Sportsman.

5       I declare under penalty of perjury under the laws of the United States that the foregoing is

6   true and correct.

7

8   Dated:  May 27, 2020                  By:  */S/ Jason M. Bussey*
                                                Jason M. Bussey
9

10

11  2217901

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Enforcement Programs & Services*

Washington, DC 20226

www.atf.gov

April 10, 2020

ATF Federal Firearms Licensees

Dear Federal Firearms Licensee:

In light of the March 13, 2020, declaration of a national emergency concerning the outbreak of the novel coronavirus disease (COVID-19), and the Department of Homeland Security's subsequent classification of firearms businesses as essential, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has received questions from industry members regarding the legality of firearm sales and deliveries exterior to the brick-and-mortar structure at which the firearms business is licensed.  Specifically, Federal Firearms Licensees (FFLs) have requested guidance regarding whether they may verify customer identity and permit the completion of paperwork, including for purposes of the National Instant Criminal Background Check System; accept payment; and deliver firearms or ammunition to customers (collectively, "the requested activities") in the following settings: (1) a drive-up or walk-up window or doorway on the FFL's property; (2) a temporary table or booth located in a parking lot on the FFL's property; and (3) a nearby space that is not located on the FFL's property.

As is further detailed below, pursuant to the Gun Control Act (GCA) and its implementing regulations, a licensed importer, manufacturer, or dealer may engage in the firearms or ammunition business for which the business is licensed on any part of its business premises, provided that the activity otherwise complies with all applicable federal laws and regulations, and any sale, delivery, or disposition would not violate any State law or published ordinance applicable at the place of sale, delivery, or other disposition.

Title 18, United States Code, Section 922(a)(1)(A) provides that it is unlawful for any person, except a licensed importer, manufacturer, or dealer, to engage in the business of importing, manufacturing, or dealing in firearms.  As provided in 18 U.S.C. § 923(a), "No person shall engage in the business of importing, manufacturing, or dealing in firearms, or importing or manufacturing ammunition, until he has filed an application with and received a license to do so from the Attorney General," each applicant paying a fee for such a license, "a separate fee being required for each place in which the applicant is to do business."  The Attorney General shall issue to a qualified applicant the appropriate license.  *See* 18 U.S.C. § 923(c).

Federal Firearms Licensees

The qualifications for obtaining a firearms license are set forth in 18 U.S.C. § 923(d), which requires, among other things, that the applicant have in a State "premises from which he conducts business subject to license under this chapter or from which he intends to conduct such business within a reasonable period of time." *See* 18 U.S.C. § 923(d)(1)(E)(i). Applicants must also certify that the business to be conducted is not prohibited by State or local law in the place where the licensed premises is located. 18 U.S.C. § 923(d)(1)(F)(i). If a dealer, the applicant must "certif[y] that secure gun storage or safety devices will be available at any place in which firearms are sold under the license to persons who are not licensees." 18 U.S.C. § 923(d)(1)(G).

Although Congress did not define what constitutes a business "place" or "premises" in the GCA, ATF has defined the term "business premises" in the GCA's implementing regulations. Specifically, the GCA regulations define the term "business premises" to mean "[t]he property on which the manufacturing or importing of firearms or ammunition or the dealing in firearms is or will be conducted." 27 C.F.R. § 478.11. Further, as provided in 27 C.F.R. § 478.50, a firearms license covers the class of business or the activity specified in the license "at the address specified therein." As provided in 27 C.F.R. § 478.23, ATF must be able to "enter during business hours (or, in the case of a licensed collector, the hours of operation) the premises, including places of storage, of any such licensee for the purpose of inspecting or examining: (1) Any records or documents required to be kept by such licensee under this part and (2) Any inventory of firearms or ammunition kept or stored by any licensed manufacturer, licensed importer, or licensed dealer at such premises . . . ." ATF Form 4473, the Firearms Transaction Record, also instructs that the document shall be "Prepare[d] in original only at the licensed premises."

In light of these and other provisions of the GCA, a licensed importer, manufacturer, or dealer may, in qualifying circumstances, carry out the requested activities on any part of the business premises, including the exterior of the brick-and-mortar structure, *provided*, the activity otherwise complies with all applicable federal laws and regulations, and any sale, delivery, or disposition would not violate any State law or published ordinance applicable at the place of sale, delivery, or other disposition.

Specifically,

(1) An FFL may carry out the requested activities through a drive-up or walk-up window or doorway where the customer is on the licensee's property on the exterior of the brick-and-mortar structure at the address listed on the license.

(2) An FFL may also carry out the requested activities from a temporary table or booth located in a parking lot or other exterior location on the licensee's property at the address listed on the license, but any such activities must occur in a location where the licensee has the authority to permit ATF's entry for inspection purposes. Whether the FFL has the authority to permit such entry, and whether a location constitutes the FFL's property, is likely to be a fact-specific inquiry. An FFL carrying out the requested activities from an exterior table or booth should maintain its inventory and records securely in the interior of the brick-and-mortar structure and ensure that the records of each firearms transaction are stored in the interior.

Federal Firearms Licensees

(3) An FFL may not carry out the requested activities from a nearby space that is not located on the licensee's property at the address listed on the license, unless such activities are at a qualified in-state gun show or event, pursuant to 18 U.S.C. § 923(j) and 27 C.F.R. § 478.100, or other provision of federal law.

(4) An FFL may conduct non-over-the-counter firearm sales to unlicensed in-state residents who are exempt from NICS requirements in accordance with 18 U.S.C. § 922(c), 27 § C.F.R. 478.96, and ATF Procedure 2013-2.

Guidance documents, like this industry letter, are not binding and lack the force and effect of law, unless expressly authorized by statute or expressly incorporated into a contract, grant, or cooperative agreement.  Consistent with Executive Order 13891 and the Office of Management and Budget implementing memoranda, the Department will not cite, use, or rely on any guidance document that is not accessible through the Department's guidance portal, or similar guidance portals for other Executive Branch departments and agencies, except to establish historical facts.  To the extent any guidance document sets out voluntary standards (e.g., recommended practices), compliance with those standards is voluntary, and noncompliance will not result in enforcement action.  Guidance documents may be rescinded or modified in the Department's complete discretion, consistent with applicable laws.

Any questions pertaining to this industry letter may be sent to the Firearms Industry Programs Branch at FIPB@atf.gov or (202) 648-7190.

Sincerely,

Curtis W. Gilbert
Acting Assistant Director
Enforcement Programs and Services

# EXHIBIT B

.

# STATUTES  OF  CALIFORNIA

## 1953

### REGULAR  SESSION

Began on Monday, January 5, 1953, and Adjourned
Wednesday, June 10, 1953

Applications and licenses shall be uniform throughout the State, upon forms to be prescribed by the Attorney General.

12052.   The fingerprints of each applicant shall be taken **Fingerprints** and two copies on standardization 8-inch x 8-inch cards shall be forwarded to the State Bureau of Criminal Identification and Investigation. Upon receipt of the fingerprint cards, the bureau shall promptly furnish the forwarding licensing authority a report of all data and information pertaining to any applicant of which there is a record in its office. No license shall be issued by any licensing authority until after receipt of such report from the bureau.

12053.   When licenses are issued by a sheriff a record thereof **Records** shall be kept in the office of the county clerk; when issued by police authority a record shall be maintained in the office of the authority by whom issued. Copies of each license issued shall be filed immediately by the issuing officer or authority with the State Bureau of Criminal Identification and Investigation.

12054.   Each applicant for a license shall pay a fee of one **Fee** dollar ($1) at the time of filing his application. The officer receiving the application and the fee shall transmit the fee with the fingerprint cards to the State Bureau of Criminal Identification and Investigation. All money so received by the bureau shall promptly be deposited in the State Treasury and credited to the General Fund.

Article 4.   Licenses to Sell Concealed Weapons

12070   Any person who, without being licensed as provided **Unlicensed sale, etc. of concealed weapons** in this article, engages in the business of selling or otherwise transferring, or who advertises for sale, or offers or exposes for sale or transfer, any pistol, revolver or other firearm capable of being concealed upon the person is guilty of a misdemeanor.

12071   The duly constituted licensing authorities of any city **License to sell pistols, etc. at retail** or county may grant licenses in form prescribed by the Attorney General, effective for not more than one year from date of issue, permitting the licensee to sell at retail within the county, city and county, city, town or other municipality pistols, revolvers, and other firearms capable of being concealed upon the person, subject to the following conditions, for breach of any of which the license shall be subject to forfeiture:

1. The business shall be carried on only in the building designated in the license.

2. The license or a copy thereof, certified by the issuing authority, shall be displayed on the premises where it can easily be read.

3. No pistol or revolver shall be delivered

(a) On the day of the application for the purchase, and when delivered shall be unloaded and securely wrapped; nor

(b) Unless the purchaser either is personally known to the seller or shall present clear evidence of his identity.

4. No pistol or revolver, or imitation thereof, or placard advertising the sale or other transfer thereof, shall be displayed

in any part of the premises where it can readily be seen from the outside.

<span style="float:left">Transfers, deliveries</span>

12072.　No person shall sell, deliver, or otherwise transfer any pistol, revolver, or other firearm capable of being concealed upon the person to any person whom he has cause to believe to be within any of the classes prohibited by Section 12201 from owning or possessing such firearms, nor to any minor under the age of 18 years. In no event shall any such firearm be delivered to the purchaser upon the day of the application for the purchase thereof, and when delivered such firearm shall be securely wrapped and shall be unloaded. Where neither party to the transaction holds a dealer's license, no person shall sell or otherwise transfer any such firearm to any other person within this State who is not personally known to the vendor. Any violation of the provisions of this section is a misdemeanor.

<span style="float:left">Register of sales</span>

12073.　Every person in the business of selling, leasing or otherwise transferring a pistol, revolver or other firearm, of a size capable of being concealed upon the person, whether such seller, lessor or transferor is a retail dealer, pawnbroker, or otherwise, except as provided by this chapter, shall keep a register in which shall be entered the time of sale, the date of sale, the name of the salesman making the sale, the place where sold, the make, model, manufacturer's number, caliber, or other marks of identification on such pistol, revolver or other firearm.

<span style="float:left">Exemption</span>

This section shall not apply to wholesale dealers in their business intercourse with retail dealers, nor to wholesale or retail dealers in the regular or ordinary transport of unloaded firearms as merchandise by mail, express or other mode of shipment, to points outside of the city or county wherein they are situated.

<span style="float:left">Register furnished by State Printer</span>

12074.　The register shall be prepared by and obtained from the State Printer and shall be furnished by the State Printer to the dealers on application at a cost to be determined by the Department of Finance for each 100 leaves in triplicate, one original and two duplicates for the making of carbon copies. The original, duplicate, and triplicate copies shall differ in color, and shall be in the form provided by this article.

<span style="float:left">Not transferable</span>

12075.　The State Printer upon issuing a register shall forward to the State Bureau of Criminal Identification and Investigation the name and business address of the dealer together with the series and sheet numbers of the register. The register shall not be transferable. If the dealer moves his business to a different location he shall notify the bureau of such fact in writing within 48 hours.

<span style="float:left">Purchaser must sign, etc</span>

12076.　The purchaser of any firearm capable of being concealed upon the person shall sign, and the dealer shall require him to sign his name and affix his address to the register in triplicate, and the salesman shall affix his signature in triplicate as a witness to the signature of the purchaser.

One of the triplicate sheets of the register shall, on the date of sale, be placed in the mail, postage prepaid, and properly addressed to the Bureau of Criminal Identification and Investigation at Sacramento and one shall be mailed, postage prepaid, to

the board of police commissioners, chief of police, city marshal, town marshal, or other head of police department of the city or county wherein the sale is made. Where the sale is made in a district where there is no municipal police department the triplicate sheet shall be mailed to the county clerk of the county wherein the sale is made.

12077.   The register provided for in this article shall be substantially in the following form: Forms

FORM OF REGISTER
Original

Serial No._____
Sheet No._____

DEALER'S RECORD OF SALE OF REVOLVER OR PISTOL
STATE OF CALIFORNIA

Notice to dealers: This original is for your files. If spoiled in making out, do not destroy. Keep in books. Fill out in triplicate. A carbon copy must be mailed on the day of sale to the State Bureau of Criminal Identification and Investigation at Sacramento, and a carbon copy must be mailed at the same time to the head of police commissioners, chief of police, city marshal, town marshal, or other head of police department of the municipal corporation, wherein the sale is made, or to the county clerk of your county if the sale is made in a district where there is no municipal police department. Violation of this law is a misdemeanor. Use carbon paper for duplicate. Use indelible pencil.

Sold by _____, Salesman _____
City, town or township, _____
Description of arm (state whether revolver or pistol) _____
Maker _____, number _____, caliber_____
Name of purchaser _____ age _____ years
Permanent residence (state name of city, town or township, street and number of dwelling) _____
Height _____ feet, _____ inches. Occupation _____
Color _____, skin _____, eyes _____, hair _____
If traveling or in locality temporarily, give local address: _____
Signature of purchaser :_____
     (Signing a fictitious name or address is a misdemeanor)
                (To be signed in triplicate)
Witness: _____ Salesman.
                (To be signed in triplicate)

Duplicate and triplicate carbon copies.

Series No. _____
Sheet No. _____

DEALER'S RECORD OF SALE OF REVOLVER OR PISTOL.
STATE OF CALIFORNIA

Notice to dealers: Two duplicate carbon copies are required. They must be mailed on the day of sale as set forth in the original

of this registered page. Violation of this law is a misdemeanor.
Sold by _____, Salesman _____
City, town or township, _____ _____
Description of arm (state whether revolver or pistol) _____
Maker _____, number _____, caliber _____
Name of purchaser _____ age _____ years
Permanent address (state name of city, town or township, street
and number of dwelling) _____
Height _____ feet, _____ inches. Occupation_____
Color _____, skin _____, eyes _____, hair _____
If traveling or in locality temporarily, give local address : _____
Signature of purchaser : _____
      (Signing a fictitious name or address is a misdemeanor)
          (To be signed in triplicate)
Witness: _____ __, Salesman.
          (To be signed in triplicate)
  (Any person signing a fictitious name or address to said register and any person violating any of the provisions of this section is guilty of a misdemeanor.)

## Article 5.    Obliteration of Identification Marks

**Changing, etc, name of maker, etc of pistol or revolver**

12090. Any person who changes, alters, removes or obliterates the name of the maker, model, manufacturer's number, or other mark of identification, including any distinguishing number or mark assigned by the State Bureau of Criminal Identification and Investigation, on any pistol or revolver, without first having secured written permission from the bureau to make such change, alteration or removal shall be punished by imprisonment in the state prison for not less than one year nor more than five years.

**Presumption**

12091. Possession of any pistol or revolver upon which the name of the maker, model, manufacturer's number or other mark of identification has been changed, altered, removed, or obliterated, shall be presumptive evidence that the possessor has changed, altered, removed, or obliterated the same.

**Assigning numbers**

12092. The State Bureau of Criminal Identification and Investigation upon request may assign a distinguishing number or mark of identification to any pistol or revolver whenever it is without a manufacturer's number, or other mark of identification or whenever the manufacturer's number or other mark of identification or the distinguishing number or mark assigned by the bureau has been destroyed or obliterated.

**Stamping, etc numbers etc**

12093. Any person who places or stamps on any pistol or revolver any number except one assigned to it by the bureau is guilty of a misdemeanor. This section does not prohibit restoration by the owner of the name of the maker, model, or of the original manufacturer's number or other mark of identification when such restoration is authorized by the bureau, nor prevent any manufacturer from placing in the ordinary course of business the name of the maker, model, manufacturer's number, or other mark of identification upon a new pistol or revolver.

# EXHIBIT C

Case 4:20-cv-02180-JST  Document 55-1  Filed 05/27/20  Page 14 of 27

California Bill Analysis, S.B. 23 Sen., 6/13/1995, California Bill Analysis, S.B. 23 Sen.,...

CA B. An., S.B. 23 Sen., 6/13/1995

California Bill Analysis, Senate Floor, 1995-1996 Regular Session, Senate Bill 23

June 13, 1995
California Senate
1995-1996 Regular Session

SENATE RULES COMMITTEE

Office of Senate Floor Analyses

UNFINISHED BUSINESS

Bill No: SB 23

Author: Peace (D)

Amended: 6/13/95

Vote: 21

SENATE CRIMINAL PROCEDURE COMMITTEE: 5-0, 3/28/95

AYES: Beverly, Campbell, Kopp, Polanco, Boatwright

NOT VOTING: Watson, Marks

SENATE APPROPRIATIONS COMMITTEE: 9-0, 4/24/95

AYES: Johnston, Greene, Kelley, Leonard, Leslie, Lewis, Mello, Mountjoy, Polanco

NOT VOTING: Alquist, Calderon, Dills, Killea

SENATE FLOOR: 39-0, 5/4/95, Consent

AYES: Alquist, Ayala, Beverly, Boatwright, Calderon, Campbell, Costa, Craven, Dills, Greene, Hayden, Haynes, Hughes, Hurtt, Johannessen, Johnston, Kelley, Killea, Kopp, Leonard, Leslie, Lewis, Lockyer, Maddy, Marks, Mello, Monteith, Mountjoy, O'Connell, Peace, Petris, Polanco, Rogers, Rosenthal, Russell, Solis, Thompson, Watson, Wright

ASSEMBLY FLOOR: 77-0, 7/6/95 (Passed on Consent)

SUBJECT: Restricted weapons: firearms

SOURCE: Author

DIGEST: This bill includes the following additional persons who have been convicted of specified misdemeanors to those persons prohibited from owning or possessing firearms, including persons:
  1. Convicted of possession of a deadly weapon with the intent to commit an assault.
  2. Receipt of a deadly weapon or firearm by a person being treated for a mental disorder or who has been adjudicated a mentally disordered sex offender.

This bill provides that a licensed firearm dealer be allowed to deliver a firearm at a gun show, auction, residence and other specified locations.

Assembly Amendments:
1. Deleted the possession of a silencer as constituting a prohibition to own a firearm.
2. Expanded the types of warnings that must be displayed by gun dealers.

ANALYSIS: Under existing law, any person who has been convicted of specified misdemeanor violations and who, within 10 years of the conviction, owns, or has in his or her possession or under his or her custody or control, any firearm is guilty of a public offense that is punishable by imprisonment in the state prison or in a county jail not exceeding one year, by a fine not exceeding $1,000, or by both. (Penal Code Section 12021)

This bill would add to those misdemeanor violations the possession of a deadly weapon with intent to commit an assault, the unauthorized transportation of a machine gun, and the possession, purchase, or receipt of a firearm or deadly weapon by a person who is being treated for or has a mental disorder or who has been adjudicated to be a mentally disordered sex offender.

Under existing law, a dealer in firearms is required to meet specified requirements to qualify as a licensee, including the requirement that the dealer's business be conducted only in the buildings designated in the license. (Penal Code Section 12071)

This bill would further provide that a firearm may be delivered to the purchaser, transferee, or person being loaned the firearm - subject to all other statutory requirements - at gun shows, at auctions or similar events conducted by nonprofit mutual or public benefit corporations, or at the place of residence of, the fixed place of business of, or on private property owned or lawfully possessed by, the purchaser, transferee, or person being loaned the firearm.

This bill would make other related changes as well.

Existing law (Proposition 65), among other things, required the conspicuous posting of specified warnings by firearm dealers.

This bill would expand the warning signs to include specified language as to the danger of exposure to lead when handling firearms or ammunition.

The purpose of this bill is to make the changes noted in the Penal Code sections related to firearms possession and transactions.

FISCAL EFFECT: Appropriation: No Fiscal Com.: Yes Local: Yes

SUPPORT: (Verified 7/6/95)

The Governor

California State Sheriffs' Association

American Shooting Sports Council

ARGUMENTS IN SUPPORT: The author's staff states that this measure is a technical-substantive firearms cleanup bill to the chaptering problems of last year....This bill cleans up the 10 year prohibition provision to take account of chaptering difficulties associated with SB 36X (Presley) and SB 1463 (Petris). With regard to the prohibition on ostrawo firearms transactions between parties, this bill clarifies that a violation occurs whether a dealer or a private party is used as the intermediary. Finally, it is an open question whether dealers can deliver guns to purchasers at their homes, fixed places of business or on land they own or lawfully possess. These places are all places where a person can possess guns without the need for carry permits under Penal Code Section 12026....Former President Reagan was, in fact, delivered a gun and filled out a Federal Form 4473 at his ranch in Santa Barbara County under this procedure. In so far as there is a question whether this is allowed under state law, this bill would clarify that it is legal.

RJG:jk 6/7/9595 Senate Floor Analyses

SUPPORT/OPPOSITION: -- SEE ABOVE

CA B. An., S.B. 23 Sen., 6/13/1995

**End of Document**                                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT D



(https://lprg.org)



**4000 Dagnino Rd**    (https://goo.gl/maps/aR5tkUun8CH2)

Livermore, CA 94551



**Rifle/Pistol Range** (tel:9254493616)

(925) 449 3616



**Trap Range**    (tel:9254498780)

(925) 449 8780

**f** (https://www.facebook.com/pages/Livermore-Pleasanton-Rod-Gun-Club/559791290827630) 🐦 (https://twitter.com/livplsrodgun)

# New Range opening times and rules

by LPRG Team (https://lprg.org/author/lprg-team/) | May 16, 2020 | Featured (https://lprg.org/category/featured/), LPRG News (https://lprg.org/category/lprg-news/)

LPRG is pleased to announce that the range will be reopening with new range opening times and guidelines

**TRAP:**
10am-5pm Saturdays and Sundays beginning May 23

**Rifle/Pistol:**
May hours
10am-5pm Friday May 22, Saturday May 23 and Sunday May 24
10am-5pm Thursday-Sunday May 28-May 31

June hours
10am-5pm on Tuesdays, Thursday-Sundays

**Sign our waiver ✛**

The range will be closed on Wednesdays except on June 17 when the combination Rifle/Pistol Range and the Steel Challenge shooting will be open from 5pm-8:45pm.

# We will be observing all the Alameda County Social Distancing Guidelines (http://acphd.org/ (http://acphd.org/))

- We will require face coverings at all times, 6 foot social distancing, etc.
- We will only assign two shooters per bench maximum (one at bench and one 6 feet or more away) and no spectators.
- You should bring your own mask/ppe, gloves, sanitizer, etc. when you come.

Also, there will be no outdoor benches for customers waiting to shoot, so you should bring your own folding chair (to minimize viral contamination).



## Office Information

📍 4000 Dagnino Rd, Livermore CA 94551
------ Get Directions (https://goo.gl/maps/pUdMFmQSt34so1Kd9) ------
🕐 See range details
📞 Trap: (925) 449 8780
📞 Rifle/Pistol: (925)449 3616

## Resources

- Membership Application (https://lprg.org/about/membership/)
- Firearm Safety (https://lprg.org/safety/firearm-safety/)
- Links (https://lprg.org/links/)
- RSO Resources (https://lprg.org/safety/rso-resources/)

Sign our waiver ✚

**f** (https://www.facebook.com/pages/Livermore-Pleasanton-Rod-Gun-Club/559791290827630?sk=timeline)

**🐦** (https://twitter.com/livplsrodgun)

©2016 Livermore Pleasanton Gun Club - all rights reserved | **Terms of Use (https://lprg.org/terms-of-use/)** | **Privacy Policy (https://lprg.org/privacy-policy/)** |
Website by **Creatability LLC (http://creatability.com)**

Sign our waiver ✛

# EXHIBIT E

**Update May 11, 2020**:

The Optimist Club of San Leandro announces the partial reopening of the San Leandro Rifle & Pistol Range starting Saturday, May 16, 2020, at 9 am.

We will have seven (7) outdoor lanes open: one (1) 25-yard, three (3) 50-yard, and three (3) 100-yard.

Our indoor range is closed until further notice.

Please note our updated pricing: $25 general admission per person with a two (2) hour time limit. There are no discounts offered at this time.

Our hours will remain the same except these specific dates:

- May 19, 26, and 28: 12 pm - 6 pm
- June 4, 9, 16, 18, 22, and 30: 12 pm - 6 pm

We thank you for your past support, and we hope you will support us in these difficult times.

---

**March 18, 2020**: The San Leandro Rifle & Pistol Range is closed until further notice. Please check here for any updated information as it becomes available. Thank you, and take care.

---

**March 14, 2020**

**Dear San Leandro Rifle & Pistol Range customers and staff:**

As the U.S. is beginning to grapple with COVID-19 (Coronavirus) and its implications, I hope you and your families are remaining healthy and safe during this time.

On behalf of the Range staff and San Leandro Optimist Club, we want to let you know that the safety and well-being of our employees and customers continue to be our top priority.

# EXHIBIT F

5/26/2020    United Sportsmen of Northern California's Multi-Purpose Shooting Facility    Case 4:20-cv-02180-JST   Document 55   Filed 05/27/20   Page 24 of 27

MENU

** IMPORTANT ANNOUNCEMENT **

## UNITED SPORTSMEN Shooting Range
### MAY & JUNE 2020 schedule:

**FACE MASKS covering nose and mouth ARE REQUIRED AT ALL TIMES on USI property**
**ALL PEOPLE MUST PRACTICE CC COUNTY SOCIAL DISTANCING REQUIREMENTS**
**PEOPLE NOT USING MASKS WILL BE ASKED TO LEAVE THE PROPERTY**

**TRAP & SKEET RANGES**

Wednesdays & Thursdays 11am-6pm **NEW HOURS** –Till further notice
Fridays 10am-3pm
Saturdays & Sundays 10am-6pm

**RIFLE & PISTOL RANGES - BOTH ARE OPEN TO ALL SHOOTERS**
Limited Bench space due to 6' social distancing requirement by CC
Health Services

Fridays, Saturdays & Sundays 10am-5pm
We are making plans to open Wednesday's and Thursday's soon - watch website

*************************************************************************************************



# WE ARE OPEN ON **MEMORIAL DAY** MAY 25th

# TRAP & SKEET RANGES 10am - 5pm
# RIFLE & PISTOL RANGES 10am - 3pm

Privacy - Terms



# *United Sportsmen Incorporated*

## *"Northern California's Finest Multi Purpose Shooting Facility"*

*United Sportsmen is open for trap, skeet, air gun, and archery. We offer Hunter Education classes, as well as youth program. Boy and Girl Scouting and Scholastic activities are welcome. U.S.I. is owned and operated by five local gun clubs, and memberships are available! Our facilities are well maintained and provide all members and guests a very special place to enjoy your sport.*

> *United Sportsmen Inc. requires all members and guests visiting our range to have a signed "Liability Waiver" on file prior to being allowed to use our ranges. The waivers are available on-line (link below) allowing you to complete the waivers prior to arriving at the range. Tablets are also available for you to sign-up at the range office. The waiver is required for all Adults and Minors.*
>
> *Prior to reviewing and signing the waiver, customers are required to watch the safety briefing and familiarization videos so you will know what to expect when you come to the range. Additionally, there will be a short quiz at the end of the waiver covering the content of the videos and our range rules.*
>
> *When you arrive at the range you will be issued a new USI Range Card after we have verified completion of your waiver. This card will replace the older "Yellow", "Blue" and "Purple" cards for all activities. The different waivers for Skeet/Trap and Rifle/Pistol will be tracked within our systems. If you plan to shoot both, please review and sign both waivers.*
>
> *The "Liability Waiver" is a bi-annual requirement. "Liability Waivers" for minors MUST be completed and signed by a Parent or Legal Guardian ONLY.*

Sign WAIVER HERE

RANGE RULES

AMMO PURCHASE

U.S.I. Range Construction Photos

## MEMBERSHIP & CLUB INFORMATION



United Sportsmen Incorporated is owned and operated by five clubs: the Bay Point Rod and Gun Club, the Brentwood Rod and Gun Club, the Concord Sportsmen's Club, the Diablo Rod and Gun Club, and the Walnut Creek Sportsmen's Club. Each club hosts a wide variety of recreational shooting and social events … **Read More**



### RIFLE & PISTOL RANGE

OPEN TO THE PUBLIC! RIFLE: The Public rifle range has covered shooting positions for 50 yard and 100 yard targets. PISTOL: The Public pistol range has covered shooting positions for 15 yard and 25 yard … **Read More**



### TRAP & SKEET

OPEN TO THE PUBLIC! SHOTGUN FIELDS: United Sportsmen has eight (8) lighted shotgun fields for trap and skeet. "Members Only "fields have hand held "wireless" release with Briley token coin boxes. Our Trap … **Read More**

### ** *Masks and Social Distancing REQUIRED* **

## LOCATION



## HOURS

**Rifle/Pistol:**
Fri. Sat. Sun.
10:00 AM – 5:00 PM
Limited bench space due to "Social Distancing"
**Trap/Skeet:**
Wed. & Thurs. 11:00 AM - 6:00 PM
Friday 10:00 AM - 3:00 PM

## CONTACT US

United Sportsmen Incorporated
4700 Evora Road
Concord, California 94520

On-Duty Manager:
**925-408-1201 (cell)**

**Main Office-Shotgun-Club House:**

## USI WEATHER

United Sportsmen
May 26, 2020, 3:50 pm

 Sunny
96°F

 7 mph

real feel: 102°F
current pressure: 30 in
humidity: 24%
wind speed: 7 mph NNW
wind gusts: 7 mph
UV-Index: 7




Saturday & Sunday
10:00 AM – 6:00 PM

**925-676-1987**

**Rifle & Pistol Range:**

**925-676-1963**

sunrise: 5:50 am
sunset: 8:21 pm
© 2020 AccuWeather, Inc.

---

| Home | Location | RIFLE & PISTOL RANGE | Trap & Skeet | Calendar | News | Hunter Education | Membership Info |

Waiver     Contact Us

Copyright © 2020 **United Sportsmen Incorporated** - All Rights Reserved | **Terms of Use** | **Privacy Policy**