JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
JASON M. BUSSEY, Deputy County Counsel (S.B. #227185)
HANNAH KIESCHNICK, Deputy County Counsel (S.B. #319011)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, LAURIE SMITH,
JEFFREY ROSEN, and SARA CODY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Division)

| | |
|---|---|
| JANICE ALTMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　　Defendants. | No. 20CV02180JST<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL BRIEF** |

　　　　Pursuant to Federal Rule of Civil Procedure 201, the County of Santa Clara requests that the Court take judicial notice of Exhibits A-C of the concurrently filed Supplemental Declaration of Jason M. Bussey.

Dated: May 27, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　JAMES R. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　COUNTY COUNSEL


　　　　　　　　　　　　　　　　　　　By: /S/ *Jason M. Bussey*
　　　　　　　　　　　　　　　　　　　　　　JASON M. BUSSEY
　　　　　　　　　　　　　　　　　　　　　　Deputy County Counsel

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　COUNTY OF SANTA CLARA, LAURIE
　　　　　　　　　　　　　　　　　　　　　　SMITH, JEFFREY ROSEN, and SARA CODY

2217902

1

Defendants' Request for Judicial Notice in support of Defendants'　　　　　　　　　　　　20CV02180JST
Joint Opposition to Plaintiffs' Supplemental Brief