SHARON L. ANDERSON (SBN 94814)
County Counsel
PATRICK L. HURLEY (SBN 174438)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: patrick.hurley@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA, CHRIS FARNITANO and
DAVID O. LIVINGSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JANICE ALTMAN, et al., Plaintiffs, v. COUNTY OF SANTA CLARA, et al., Defendants. | No. 4:20-cv-02180 JST<br><br>DEFENDANTS COUNTY OF CONTRA COSTA'S REQUEST FOR JUDICIAL NOTICE OF THE JUNE 2, 2020 AMENDMENT TO CONTRA COSTA COUNTY'S PULIC HEALTH ORDER<br><br>Crtrm: 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar, Presiding<br>Date Action Filed: March 31, 2020<br>Trial Date: None Assigned |
|---|---|

      Defendant County of Contra Costa requests that the Court take judicial notice, under Rule 201 of the Federal Rule of Evidence, of Exhibit A. Exhibit A consists of the Public Health Order the County issued on June 2, 2020 (effective June 3, 2020) and Appendix C-1 to that order. The new health order and Appendix C-1 allows indoor retail businesses to operate provided:

///

"All retail businesses may operate for indoor shopping, subject to applicable industry guidance issued by the State of California (https://covid19.ca.gov/pdf/guidance-retail.pdf). The number of Personnel and customers inside the store or other enclosed space must be limited so that Personnel and customers can comply with Social Distancing Requirements."

The updated Appendix C-1 and other amendments effective June 3, 2020 may be found at:  https://www.coronavirus.cchealth.org/health-orders

DATED: June 2, 2020                    SHARON L. ANDERSON
                                       COUNTY COUNSEL


                                       By:   */s/ Patrick L. Hurley*
                                             PATRICK L. HURLEY
                                             Deputy County Counsel
                                             Attorneys for Defendants
                                             COUNTY OF CONTRA COSTA, CHRIS
                                             FARNITANO and DAVID O. LIVINGSTON