UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 20-cv-02180-JST<br><br>**ORDER OF DISMISSAL**<br>Re: ECF No. 63 |

Pursuant to the Court's order denying Plaintiffs' application for a preliminary injunction, ECF No. 61, the following Defendants are hereby dismissed from this case with prejudice: the County of Santa Clara; Laurie Smith; Jeffrey Rosen; Sara Cody; the City of San Jose; Sam Liccardo; Edgardo Garcia; the City of Mountain View; Max Bosel; the County of San Mateo; Carlos Bolanos; Scott Morrow; the City of Pacifica; Dan Steidle; the County of Contra Costa; David Livingston; Chris Farnitano; the City of Pleasant Hill; and Max Bryan Hill.

**IT IS SO ORDERED.**

Dated: June 18, 2020

                    JON S. TIGAR
                  United States District Judge