DONNA R, ZIEGLER [SBN 142415]
County Counsel
By:  KRISTY L. VAN HERICK [SBN 178685]
Assistant County Counsel
K. SCOTT DICKEY [SBN 184251]
Assistant County Counsel
RAYMOND L. MACKAY [SBN 113230]
Senior Deputy County Counsel
CLAY J. CHRISTIAN  [SBN 143024]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:(510) 272-6700
Attorneys for Defendants County of Alameda,
Gregory J. Ahern and Erica Pan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE ALTMAN, *et al*.,<br><br>            Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, *et al*.,<br><br>            Defendants. | Case No.: 4:20-cv-02180-JST<br><br>ADMINISTRATIVE MOTION RE: DATE FOR RESPONSIVE PLEADINGS; CMC AND JOINT CMC STATEMENT |

Pursuant to United States District Court, Northern District of California Civil Rules of Court, Rules 6.1, 6.2. 7.11 and 7.12, and subject to this Court's Order, Defendants County of Alameda, Gregory J. Ahern and Erica Pan ("County Defendants") and all Plaintiffs Janice Altman, *et al.,* through counsel, wish to schedule a due date for the County Defendants' responsive pleadings; and continue the Case Management Conference (currently scheduled for July 14, 2020) for 60 days or as otherwise available to the Court.

Defendants intend to file and serve a Motion to Dismiss under Rules 12(b)(1) and/or (b)(6) and

//

//

continuing the CMC will allow for briefing and a Hearing if deemed appropriate by the Court. Attached is the County Defendants' and Plaintiffs' Stipulation with a proposed Order.

                                            Respectfully submitted,

DATE: June 23, 2020                    DONNA R. ZIEGLER,
                                            County Counsel in and for the
                                            County of Alameda, State of California


                                          By  /s/ Raymond L. MacKay
                                                RAYMOND L. MACKAY
                                                Senior Deputy County Counsel

                                          Attorneys for Defendants County of Alameda,
                                          Gregory J. Ahern and Erica Pan