DONNA R, ZIEGLER [SBN 142415]
County Counsel
By: KRISTY L. VAN HERICK [SBN 178685]
Assistant County Counsel
K. SCOTT DICKEY [SBN 184251]
Assistant County Counsel
RAYMOND L. MACKAY [SBN 113230]
Senior Deputy County Counsel
CLAY J. CHRISTIAN [SBN 143024]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:(510) 272-6700
Attorneys for Defendants County of Alameda,
Gregory J. Ahern and Erica Pan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE ALTMAN, *et al.*, | Case No.: 4:20-cv-02180-JST |
| Plaintiffs, | PROOF OF SERVICE |
| v. | |
| COUNTY OF ALAMEDA, *et al.*, | |
| Defendants. | |

I, Christine Montgomery, am employed in the County of Alameda, over the age of 18 and not a party to the within action. My business address is 1221 Oak Street, Room 450, Oakland, CA 94612.

On June 23, 2020, I served the following document(s):

1. ADMINISTRATIVE MOTION RE: DATE FOR RESPONSIVE PLEADINGS; CMC AND JOINT CMC STATEMENT
2. STIPULATION AND [PROPOSED] ORDER

on the following parties by electronic notification from the Court:

//

George M. Lee
SEILER EPSTEIN LLP
275 Battery Street, Suite 1600
San Francisco, California 94111

Raymond M. DiGuiseppe
THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461

Adam Kraut, Esq.
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at Oakland, California, on June 23, 2020.

                                                 /s/ Christine Montgomery
                                                  Christine Montgomery