DONNA R, ZIEGLER [SBN 142415]
County Counsel
By:  KRISTY L. VAN HERICK [SBN 178685]
Assistant County Counsel
K. SCOTT DICKEY [SBN 184251]
Assistant County Counsel
RAYMOND L. MACKAY [SBN 113230]
Senior Deputy County Counsel
CLAY J. CHRISTIAN  [SBN 143024]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:(510) 272-6700
Attorneys for Defendants County of Alameda,
Gregory J. Ahern and Erica Pan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE ALTMAN, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, *et al.*,<br><br>                    Defendants. | Case No.: 4:20-cv-02180-JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER |

## STIPULATION

Pursuant to United States District Court, Northern District of California Civil Rules of Court, Rules 6.1, 6.2. 7.11 and 7.12, and subject to this Court's Order, Defendants County of Alameda, Gregory J. Ahern and Erica Pan and all Plaintiffs Janice Altman, *et al.,* through counsel, stipulate that Defendants' responsive pleadings shall be filed and served on or before Wednesday, July 1, 2020.

Said parties also request the Court to continue the Case Management Conference (currently scheduled for July 14, 2020) for 60 days or as otherwise available to the Court.

The parties will file and serve a Joint Case Management Conference Statement one week before the new scheduled date for the CMC or as otherwise ordered by the Court.

Respectfully submitted,

DATED: June 23, 2020

DONNA R. ZIEGLER,
County Counsel in and for the
County of Alameda, State of California


By /s/ Raymond L. MacKay
    RAYMOND L. MACKAY
Senior Deputy County Counsel

Attorneys for Defendants County of Alameda, Gregory J. Ahern and Erica Pan

SEILER EPSTEIN LLP


DATED: June 23, 2020

By /s/ George M. Lee
    George M. Lee

Attorneys for Plaintiffs

**ORDER**

The above parties having stipulated, and good cause appearing, the Court orders:

1. The County Defendants' responsive pleadings are due on or before July 1, 2020.

2. The Case Management Conference is rescheduled to September 15, 2020.

3. The Plaintiffs and the County Defendants shall file a Joint Case Management Conference Statement with the Court on or before September 8, 2020.

IT IS SO ORDERED.

_____
The Hon. John S. Tigar