UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ALAMEDA, CALIFORNIA, et al., <br><br> Defendants. | Case No. 20-cv-02180-JST <br><br> **ORDER VACATING HEARING** <br><br> Re: ECF No. 68 |

Before the Court is Defendants' motion to dismiss Plaintiffs' first amended complaint. ECF No. 68. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for August 12, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 7, 2020



JON S. TIGAR
United States District Judge