```
DONNA R. ZIEGLER [SBN 142415]
County Counsel
By:  KRISTY L. VAN HERICK [SBN 178685]
Assistant County Counsel
K. SCOTT DICKEY [SBN 184251]
Assistant County Counsel
RAYMOND L. MACKAY [SBN 113230]
Senior Deputy County Counsel
CLAY J. CHRISTIANSON  [SBN 143024]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:(510) 272-6700
```
*Attorneys for Defendants County of Alameda,*
*Gregory J. Ahern and Erica Pan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE ALTMAN, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 4:20-cv-02180-JST<br><br>STIPULATION AND [PROPOSED] ORDER |

## **STIPULATION**

Pursuant to United States District Court, Northern District of California Civil Rules of Court, Rules 16-2 (d), and subject to this Court's Order, Defendants County of Alameda, Gregory J. Ahern and Erica Pan and all Plaintiffs Janice Altman, *et al.,* through counsel, stipulate to continue the Initial Case Management Conference.

In light of the pending Motion to Dismiss of Defendants County of Alameda, Gregory J. Ahern and Erica Pan [ECF No. 68] ("Motion"), and the Court's Order Vacating Hearing [ECF No. 72], the parties hereto, through counsel undersigned, respectfully request through this stipulation to continue the Case Management Conference until after a ruling on the Motion.

The parties would propose to file and serve a Joint Case Management Conference Statement one week before the new scheduled date for the Initial CMC or as otherwise ordered by the Court.

                                                  Respectfully submitted,

DATED: September 14, 2020        DONNA R. ZIEGLER,
                                                  County Counsel in and for the
                                                  County of Alameda, State of California

                                                  By  /s/ Raymond L. MacKay_____
                                                        RAYMOND L. MACKAY
                                                        Senior Deputy County Counsel

*Attorneys for Defendants County of Alameda, Gregory J. Ahern and Erica Pan*

SEILER EPSTEIN LLP

By  /s/ George M. Lee
      George M. Lee

*Attorneys for Plaintiffs*

### **ORDER**

The above parties having stipulated, and good cause appearing, the Court orders that the Initial CMC in this matter be continued to _____ .

The Plaintiffs and the County Defendants shall file a Joint Case Management Conference Statement with the Court on or before _____.

IT IS SO ORDERED.

Date: _____                _____
                                              The Hon. John S. Tigar