George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705

Adam Kraut, Esq. (Admitted *pro hac vice*)
akraut@fpclaw.org
**FIREARMS POLICY COALITION**
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, an individual, et al.<br><br>             Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SANTA CLARA,<br>CALIFORNIA, et al.<br><br>           Defendants. | Case No. 4:20-cv-02180-JST<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISIONS RELEVANT TO PLAINTIFFS' OPPOSITION TO DEFENDANTS COUNTY OF ALAMEDA, GREGORY J. AHERN, AND ERICA PAN'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Judge:      Hon. Jon S. Tigar<br>Courtroom:  6; 2nd Floor<br>Action Filed:  March 31, 2020<br>First Amended Comp. filed: April 10, 2020 |

Plaintiffs Janice Altman, et al. ("Plaintiffs"), by and through counsel of record, submit

1

this Statement of Recent Decisions relevant to Plaintiffs' Opposition to Defendants County of Alameda, Gregory J. Ahern, and Erica Pan's ("Defendants") Motion to Dismiss the First Amended Complaint, ECFs No. 68 & 69, pursuant to Local Rule 7-3(d)(2). Defendants' Motion was filed on July 1, 2020, and Plaintiffs' Opposition was filed on July 15, 2020. Defendants' Reply was filed on July 22, 2020. ECF No. 70. A hearing on Defendants' Motion was previously scheduled to be held on August 12, 2020. This Court vacated that hearing on August 7, 2020, finding the matter suitable for disposition without oral argument. ECF No. 72.

Local Rule 7-3(d)(2) provides that "counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion–without argument." To that end, Plaintiffs cite two relevant opinions published after the filing of Plaintiffs' Opposition to Defendants' Motion and after the filing of Defendants' Reply to Plaintiffs' Opposition. Specifically, Plaintiffs cite (1) the opinion in *Duncan v. Becerra*, ___ F.3d___ (9th Cir. 2020), 2020 WL 4730668, published on August 14, 2020 (Attachment A), in particular the analysis at pages *12 through *17; and (2) the opinion in *County of Butler v. Wolf*, ___ F.Supp.3d ___ (W.D.Pa. 2020), 2020 WL 5510690, published September 14, 2020 (Attachment B), in particular the analysis at pages *5 through *10.

Respectfully submitted,

**THE DIGUISEPPE LAW FIRM, P.C.**

Dated: September 15, 2020

/s/ *Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
Attorney for Plaintiffs