DONNA R, ZIEGLER [SBN 142415]
County Counsel
By:  KRISTY L. VAN HERICK [SBN 178685]
Assistant County Counsel
K. SCOTT DICKEY [SBN 184251]
Assistant County Counsel
RAYMOND L. MACKAY [SBN 113230]
Senior Deputy County Counsel
CLAY J. CHRISTIAN  [SBN 143024]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:(510) 272-6700
Attorneys for Defendants County of Alameda,
Gregory J. Ahern and Erica Pan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANICE ALTMAN, *et al*.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, *et al*.,<br><br>　　　　　　　　Defendants. | Case No.: 4:20-cv-02180-JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER |

### **STIPULATION**

　　Pursuant to United States District Court, Northern District of California Civil Rules of Court, Rules 16-2 (d), and subject to this Court's Order, Defendants County of Alameda, Gregory J. Ahern and Erica Pan and all Plaintiffs Janice Altman, *et al.,* through counsel, stipulate to continue the Initial Case Management Conference currently scheduled for Tuesday, November 17, 2020.

　　The Motion to Dismiss of these Defendants is pending the Court's ruling. The parties believe that it would be appropriate to await that ruling before proceeding with the Initial CMC.

　　The parties will file and serve a Joint Case Management Conference Statement one week before

//

//

the new scheduled date for the Initial CMC or as otherwise ordered by the Court.

                                              Respectfully submitted,

DATED: November 6, 2020        DONNA R. ZIEGLER,
                                              County Counsel in and for the
                                              County of Alameda, State of California

                                              By  /s/ Raymond L. MacKay
                                                    RAYMOND L. MACKAY
                                              Senior Deputy County Counsel

                                              Attorneys for Defendants County of Alameda,
                                              Gregory J. Ahern and Erica Pan

DATED: November 6, 2020        SEILER EPSTEIN, LLP

                                              By  /s/ George M. Lee
                                                   George M. Lee

                                              Attorneys for Plaintiffs

## **ORDER**

     The above parties having stipulated, and good cause appearing, the Court orders that the Initial CMC in this matter be continued to January 12, 2021.

     The Plaintiffs and the County Defendants shall file a Joint Case Management Conference Statement with the Court on or before January 5, 2021

     IT IS SO ORDERED.

Date: November 10, 2020

                                                        Hon. Jon S. Tigar
                                                      United States District Judge