George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705

Adam Kraut, Esq. (Admitted *pro hac vice*)
akraut@fpclaw.org
**FIREARMS POLICY COALITION**
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, an individual, et al.<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>COUNTY OF SANTA CLARA, CALIFORNIA, et al.<br><br>　　　　　　　Defendants. | Case No. 4:20-cv-02180-JST<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION RELEVANT TO PLAINTIFFS' OPPOSITION TO DEFENDANTS COUNTY OF ALAMEDA, GREGORY J. AHERN, AND ERICA PAN'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Judge:　　Hon. Jon S. Tigar<br>Courtroom:　6; 2nd Floor<br>Action Filed:　March 31, 2020<br>First Amended Comp. filed: April 10, 2020 |

1

1         Plaintiffs Janice Altman, et al. ("Plaintiffs"), by and through counsel of record, submit this Statement of Recent Decision relevant to Plaintiffs' Opposition to Defendants County of Alameda, Gregory J. Ahern, and Erica Pan's ("Defendants") Motion to Dismiss the First Amended Complaint, ECFs No. 68 & 69, pursuant to Local Rule 7-3(d)(2). Defendants' Motion was filed on July 1, 2020, and Plaintiffs' Opposition was filed on July 15, 2020. Defendants' Reply was filed on July 22, 2020. ECF No. 70. A hearing on Defendants' Motion was previously scheduled to be held on August 12, 2020. This Court vacated that hearing on August 7, 2020, finding the matter suitable for disposition without oral argument. ECF No. 72.

        Local Rule 7-3(d)(2) provides that "counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion–without argument." To that end, Plaintiffs cite the United States Supreme Court's *per curiam* opinion in *Roman Catholic Diocese of Brooklyn v. Cuomo*, 592 U. S. ____ (2020), 2020 WL 6948354, which was published two days ago—in particular the analysis appearing at pages *4 through *7. A copy of the opinion is provided in Attachment A.

                                Respectfully submitted,

Dated: November 27, 2020               **THE DIGUISEPPE LAW FIRM, P.C.**

                                   /s/ *Raymond M. DiGuiseppe*
                                   Raymond M. DiGuiseppe
                                   Attorney for Plaintiffs