AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Janice Altman, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-02180-JST |
| County of Alameda, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants County of Alameda, Gregory J. Ahern and Erica Pan.

Date: 12/04/2020

/s/Matthew D. Zinn
*Attorney's signature*

Matthew D. Zinn SBN 214587
*Printed name and bar number*

396 Hayes Street
San Francisco, CA 94102
*Address*

zinn@smwlaw.com
*E-mail address*

(415) 552-7272
*Telephone number*

(415) 552-5816
*FAX number*