MATTHEW D. ZINN (State Bar No. 214587)
ANDREW P. MILLER (State Bar No. 324093)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile:  (415) 552-5816
zinn@smwlaw.com
amiller@smwlaw.com

Attorneys for Defendants
COUNTY OF ALAMEDA,
GREGORY J. AHERN,
and ERICA PAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANICE ALTMAN et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA et al.,<br><br>　　　　　Defendants. | Case No. 4:20-cv-02180<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>The Hon. Jon S. Tigar |

Pursuant to United States District Court, Northern District of California Civil Rules of Court, Rules 6-2 and 16-2(d), Defendants County of Alameda, Gregory J. Ahern, and Erica Pan ("Defendants") and Plaintiffs Janice Altman et al., through counsel, hereby enter into the following Stipulation and request that the Court issue the attached order accordingly.

## STIPULATION

WHEREAS, on November 30, 2020, this Court granted with leave to amend Defendants' motion to dismiss Count 2 of Plaintiffs' First Amended Complaint (due process); ordered that Plaintiffs could file a Second Amended Complaint within 21 days of that order; and ordered that if Plaintiffs did not file an amended complaint, Plaintiffs' due process claim would be dismissed with prejudice;

WHEREAS, the deadline for any Second Amended Complaint was December 21, 2020;

WHEREAS, Plaintiffs did not file a Second Amended Complaint.

WHEREAS, following this Court's order on the motion to dismiss, Defendants retained new counsel;

WHEREAS, Defendants anticipated that Plaintiffs would file a Second Amended Complaint on or before December 21, 2020, and further anticipated that Defendants would move to dismiss that complaint;

WHEREAS, because Plaintiffs did not file a Second Amended Complaint, Defendants' answer is now due on Monday, January 4, 2021;

WHEREAS, although counsel have worked diligently to come up to speed on this litigation, they require additional time to prepare a comprehensive and concise answer that will aid the Court in resolving this case;

WHEREAS, the period in which Defendants need to prepare the answer is punctuated by several major holidays, including Christmas and New Year's Eve;

WHEREAS, the parties believe it would be appropriate to wait until after the pleadings are settled before proceeding with the Initial Case Management Conference and the preparation required for it;

NOW THEREFORE, the parties to this action, by and through their respective counsel, hereby stipulate and request that the Court issue an order as follows:

1. Defendant's Answer to the First Amended Complaint will be due on January 18, 2021.

2. The parties request that the Court continue the Initial Case Management Conference currently scheduled for Tuesday, January 12, 2021 by two weeks to January 26, 2021, or such time thereafter as is convenient for the Court.

3. The parties will file and serve a Joint Case Management Statement one week before the new scheduled date for the Initial Case Management Conference or as otherwise ordered by the Court.

4. This stipulation may be executed in counterparts and by email or facsimile.

DATED: December 28, 2020          SHUTE, MIHALY & WEINBERGER LLP

By:     /s/Matthew D. Zinn
    MATTHEW D. ZINN
    ANDREW P. MILLER

Attorneys for Defendants
COUNTY OF ALAMEDA, GREGORY J. AHERN, AND ERICA PAN

DATED: December 28, 2020          SEILER EPSTEIN, LLP

By:     /s/George M. Lee
    GEORGE M. LEE

Attorneys for Plaintiffs

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

    /s/Matthew D. Zinn

**[PROPOSED] ORDER**

The above parties having stipulated, and good cause appearing, IT IS HEREBY ORDERED that time for Defendants to Answer the First Amended Complaint be extended to January 18, 2021. The Court further orders that the Initial Case Management Conference in this matter be continued to _____, 2021 at _____.

The Plaintiffs and the County Defendants shall file a Joint Case Management Statement with the Court on or before _____, 2021.

DATED: _____, 2020

Hon. Jon S. Tigar
United States District Judge