MATTHEW D. ZINN (State Bar No. 214587)
ANDREW P. MILLER (State Bar No. 324093)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
zinn@smwlaw.com
amiller@smwlaw.com

Attorneys for Defendant
COUNTY OF ALAMEDA,
GREGORY J. AHERN,
and NICHOLAS MOSS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JANICE ALTMAN et al., | Case No. 4:20-cv-02180 |
| Plaintiffs, | **NOTICE OF AUTOMATIC SUBSTITUTION OF NICHOLAS MOSS FOR DEFENDANT ERICA PAN** |
| v. | |
| COUNTY OF SANTA CLARA et al., | **Fed. R. Civ. P. 25(d)** |
| Defendants. | The Hon. Jon S. Tigar |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Erica Pan is no longer Public Health Officer for the County of Alameda. Nicholas Moss is the current Health Officer for the County of Alameda. Mr. Moss, in his official capacity, has been automatically substituted for Defendant Erica Pan pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

DATED: January 19, 2021            SHUTE, MIHALY & WEINBERGER LLP

By: /s/Matthew D. Zinn
MATTHEW D. ZINN
ANDREW P. MILLER

Attorneys for Defendant
COUNTY OF ALAMEDA, GREGORY J. AHERN, and NICHOLAS MOSS

1329144.1