1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, et al., | Case No. 20-cv-02180-JST |
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| COUNTY OF ALAMEDA, CALIFORNIA, et al., | Re: ECF No. 93 |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Fact discovery cut-off | August 31, 2021 |
| Expert disclosures | September 30, 2021 |
| Expert rebuttal | October 29, 2021 |
| Expert discovery cut-off | November 19, 2021 |
| Deadline to file dispositive motions | November 30, 2021 |
| Pretrial conference statement due | April 22, 2022 |
| Pretrial conference | Friday, April 29, 2022, at 2:00 p.m. |
| Trial | Monday, May 23, 2022, at 8:30 a.m. |
| Estimate of trial length (in days) | 1-3 days |

**This case will be tried to the Court.**

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

The Court has set a dispositive motion deadline which allows enough time for the Court to consider any such motions well in advance of trial.  The parties should assume that any subsequent continuance of the dispositive motion deadline, or any enlargement of the dispositive motion briefing schedule beyond that set forth in Civil Local Rule 7-3, will result in a continuance of the pretrial conference and trial dates of equal or greater length.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

**IT IS SO ORDERED.**

Dated: February 26, 2021



_____
JON S. TIGAR
United States District Judge