George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705

Adam Kraut, Esq. (Admitted *pro hac vice*)
akraut@fpclaw.org
**FIREARMS POLICY COALITION**
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342

Attorneys for Plaintiffs
Janice Altman, et al.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE ALTMAN, an individual, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, CALIFORNIA, et al.<br><br>    Defendants. | Case No. 4:20-cv-02180-JST<br><br>**NOTICE OF APPEAL** |

//

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that plaintiffs Janice Altman, Ryan Goodrich, Albert Lee Swann, Roman Kaplan, Yan Traytel, Dmitry Danilevsky, Greg David, Scott Chalmers, City Arms East LLC, City Arms LLC, Cuckoo Collectibles LLC d.b.a. Eddy's Shooting Sports, Second Amendment Foundation, California Gun Rights Foundation, National Rifle Association of America, California Association of Federal Firearms Licensees, Inc., and Firearms Policy Coalition, Inc. ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's final Order and Judgment entered on March 24, 2021 [ECF 96], and its Order of Dismissal [ECF 65], entered following its Order Denying Preliminary Injunction [ECF 61]. A copy of the Judgment and order(s) are attached hereto.

Respectfully submitted,

Dated: April 2, 2021

**SEILER EPSTEIN LLP**

/s/ George M. Lee
George M. Lee

Attorneys for Plaintiffs