|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 8 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JANICE ALTMAN; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>COUNTY OF SANTA CLARA; et al.,<br><br>        Defendants-Appellees,<br><br> and<br><br>COUNTY OF ALAMEDA; et al.,<br><br>        Defendants. | No.   21-15602<br><br>D.C. No. 4:20-cv-02180-JST<br>Northern District of California,<br>Oakland<br><br>ORDER |

This appeal shall be held in abeyance pending the issuance of the mandate in 20-56220, <u>McDougall v. County of Ventura</u>; or upon further of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Halina Larman
Deputy Clerk
Ninth Circuit Rule 27-7

2